UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| UNITED STATES OF AMERICA, acting through the United States Department of Agriculture<br><br>Plaintiff<br><br>v.<br><br>ASAEL GUZMAN CORREA a/k/a ASAEL GUZMAN, ADA MINERVA TORRES ALVAREZ, and their Conjugal Partnership<br><br>Defendants | CIVIL NO.<br><br><br>Foreclosure of Mortgage |

**COMPLAINT**

TO THE HONORABLE COURT:

COMES NOW the United States of America -acting by the United States Department of Agriculture- through the undersigned attorney, who respectfully alleges and prays as follows:

1.   Jurisdiction of this action is conferred on this Court by 28 U.S.C. Section 1345.

2.   Plaintiff, United States of America, is acting through the United States Department of Agriculture, which is organized and existing under the provisions of the Consolidated Farm and Farm Service Agency Act, 7 U.S.C. §1921 et seq. Plaintiff is the owner and holder of two (2) promissory notes that affect the four (4) properties described further below.

3.  The first promissory note was subscribed for the amount of **$30,000.00,** with annual interest of 13.25%, on May 14, 1982. *See Exhibit 1.*

4.  For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 19. *See Exhibit 2.*

5.  On June 23, 1988, Deed 75 was executed in order to modify the loan above-mentioned to the amount of %55,234.48. Through said deed, defendants also assumed said loan obligations. *See Exhibit 3.*

6.  Deed 62 was executed on August 30, 1991, to clarify that property described as "B" in the same, was not registered in the Property Registry, at the moment. *See Exhibit 4.*

7.  Plaintiff is also the owner and holder of a promissory note for the amount of **$14,000.00,** with annual interest of 5%, subscribed on June 23, 1988. *See Exhibit 5.*

8.  For the purpose of securing the payment of said promissory note, a voluntary mortgage was executed on the same date, in favor of the plaintiff, under the terms and conditions stipulated and agreed therein, through Deed No. 76. *See Exhibit 6.*

9.  According to the Property Registry, defendant party is the

owner of record of the real estate properties subject of this case. Said properties are described -as they were recorded in Spanish- as follows:

A. "A" RUSTICA: Porción de terreno sin nombre, que radica en el término municipal de Ponce, Barrio Marueño, con una cabida de cuarenta cuerdas, más o menos equivalentes a quince hectáreas, setenta y dos áreas, dieciséis centiáreas, iguales a ciento cincuenta y siete mil doscientos dieciséis metros cuadrados (157,216 m/c), colindando al NORTE, con Sucesión Maldonado y Don Claudino Chamorro; por el ESTE, la citada Sucesión de Don Sandalio Rivera y el referido Don Claudino Chamorro; por el OESTE, el Río Marueño; por el SUR, con la Sucesión Maldonado y otras de Claudino Chamorro.

Property 6,239 (before 10,038), recorded at page 111 of volume 122, Property Registry of Ponce, Puerto Rico, Section II.

*See Title Search attached as Exhibit 7.*

B. RÚSTICA: Predio de terreno radicado en el Barrio Marueño del término municipal de Ponce, Puerto Rico, compuesto de ocho cuerdas, equivalentes a tres hectáreas, catorce áreas y cuarenta y tres centiáreas, dedicado a café y frutos menores, en lindes por el NORTE y ESTE, con terrenos de Don Román Quintana; por el SUR, con terrenos de Antonio Batiz y Román Quintana; y por el OESTE, con el Río Marueño.

Property 6,671 (before 14,641), recorded at page 81 of volume 126, Property Registry of Ponce, Puerto Rico, Section II.

*See Title Search attached as Exhibit 8.*

C. RÚSTICA: Predio de terreno compuesto de cuatro cuerdas, equivalentes a una hectárea, cincuenta y siete áreas y veintidós centiáreas, radicado en el Barrio Marueño del término municipal de Ponce, Puerto Rico, dedicado a café y frutos menores, en lindes por el NORTE, con terrenos del Sr. Ramón Quintana; y por el SUR, ESTE y OESTE, con

terrenos de Don Antonio Batiz.

Property 6,672 (before 14,642), recorded at page 86 of volume 126, Property Registry of Ponce, Puerto Rico, Section II.

*See Title Search attached as Exhibit 9.*

D. RUSTICA: Predio de cuatro cuerdas de terreno más o menos, equivalentes a una hectárea, cincuenta y siete áreas, veintiuna centiáreas iguales a quince mil setecientos veintiuno punto sesenta metros cuadrados (15,721.60 m/c), radicadas en el Barrio Marueño de Ponce, colindando al NORTE, con Vicente, Juan, Manuel Maldonado, antes Santiago Maldonado; al SUR, con Manuel Maldonado; al ESTE, con el mismo Miguel Maldonado y Ramona Maldonado; y por el OESTE, con el Río Marueño.

Property 6,674, recorded at page 23 of volume 62, Property Registry of Ponce, Puerto Rico, Section II.

*See Title Search attached as Exhibit 10.*

10. The title searches attached to this complaint confirm the registration of the mortgage liens that secure the loan obligations between the plaintiff and the defendants. *See Exhibits 7-10.*

11. It was expressly stipulated in the notes evidencing the indebtedness that default in the payment of any part of the covenant or agreement therein contained will authorize the plaintiff, as payee of said notes, to declare due and payable the total amount of the indebtedness evidenced by said notes and proceed with the execution and/or foreclosure of the mortgages.

12.   The defendant party herein, jointly and severally, has failed to comply with the terms of the mortgage contracts by failing to pay the installments due on all notes until the present day, and that after declaring all the indebtedness due and payable, the defendant party owes to the plaintiff, according to the Certification of Indebtedness included herein as *Exhibit 11*, the following amounts, as to July 10, 2020:

a) On the $30,000.00 Note, as modified:

1) The sum of $56,020.00, of principal;

2) The sum of $105,303.00, of interest accrued, and thereafter until its full and total payment, which interest amount increases at the daily rate of $9.2088;

3) Plus, insurance premium, taxes, advances, late charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

b) On the $14,000.00 Note:

1) The sum of $14,000.00, of principal;

2) The sum of $22,199.60, of interest accrued, and thereafter until its full and total payment, which interest amount increases at the daily rate of $1.9178;

3) Plus, insurance premium, taxes, advances, late

> charges, costs, court costs expenses, disbursements and attorney's fees guaranteed under the mortgage obligation.

13. The indebtedness evidenced by the aforementioned notes is secured by the mortgages over the properties described in this complaint.

14. Codefendants are not currently active in the military service for the United States. *See Exhibit 12.*

15. The real estate properties mentioned before are subject to the following liens in the rank indicated:

(A)  Property 6,239:

1) Recorded liens with preference or priority over mortgage herein included:

a. Real and perpetual Right of easement in favor of Commonwealth of Puerto Rico for compulsory expropriation, for compensation of $9,523.89, corresponding to this farm $601.57, by Resolution dictated on March 23rd, 1971 in the Superior Court of Puerto Rico, Expropriation Court, cases E-71-157 up to 176 both inclusive, recorded at overleaf of page 111 of volume 122 of Ponce, 12th, inscription, transferred in favor of Autoridad de Fuentes Fluviales de Puerto Rico before, today Autoridad de Energía Eléctrica, by Resolution issued on September 30th, 1981, recorded at page 113 of volume 122 of Ponce, property number 6,239, 13th inscription.

2) Junior Liens with inferior rank or priority over mortgage herein included:

a. None.

(B)   <u>Property 6,674</u>:

1) Recorded liens with preference or priority over mortgage herein included:

    a. SEIZURE ANNOTATION: Executed in the Municipal Court of the Minicipal Judicial District of Ponce, civil case #8775, for reason of Collection of Money by Eloy Colón Luna plaintiff, versus Cecilio Quintana y Ramón Quintana, defendant, by the amount of $250.00 responding this for $82.50 of principal, plus interests, etc. Order dated April 9, 1927, recorded on April 10th, 1927 at overleaf of page 23 of volume 62 of Ponce, property number 6,674, annotation A.

2) Junior Liens with inferior rank or priority over mortgage herein included:

    b. None.

## VERIFICATION

I, JACQUELINE LAZU LABOY, of legal age, married, executive and resident of Humacao, Puerto Rico, in my capacity as Director of LRTF Director for the Farm Service Agency, San Juan, Puerto Rico, under the penalty of perjury, as permitted by Section 1746 of Title 28, United States Code, declare and certify:

1) My name and personal circumstances are stated above;

2) I subscribed this complaint as the legal and authorized representative of the plaintiff;

3) Plaintiff has a legitimate cause of action against the defendants above named which warrants the granting of relief requested in said complaint;

4) Defendants are a necessary and legitimate party to this action in view of the fact that they originated or assumed the mortgage obligation subject of this foreclosure, or bought the property subject to said mortgage;

5) From the information available to me and based upon the documents in the Farm Service Agency, it appears that defendants have not been declared incompetent by a court of justice with authority to make such a declaration;

6) I have carefully read the allegations contained in this complaint and they are true and correct to the best of my knowledge and to the documents contained in the files of the Farm Service Agency;

7) I have carefully examined the Exhibits included to this complaint which are true and correct copies of the originals. The mortgage deeds have been duly recorded in the Property Registry.

I make the foregoing declaration under penalty of perjury, as permitted under Section 1746 of Title 28, United States Code.

In San Juan, Puerto Rico, this 12 day of January, 2021.



Digitally signed by JACQUELINE LAZU
DN: c=US, o=U.S. Government, ou=Department of
Agriculture, cn=JACQUELINE LAZU,
0.9.2342.19200300.100.1.1=12001000567085
Date: 2021.01.12 12:04:18 -04'00'
Adobe Acrobat version: 2020.013.20074

JACQUELINE LAZÚ LABOY

PRAYER

WHEREFORE, the plaintiff demands judgment as follows:

a)   That defendant's party pays unto the plaintiff the amounts claimed on this complaint;

b)    Or in default thereof that all legal right, title and interest which the defendants may have in the property described in this complaint and any building or improvement thereon be sold at public auction and that the monies due to the United States as alleged in the preceding paragraphs be paid out of the proceeds of said sale;

c)    That the defendants and all persons claiming or who may claim by, from or under them be absolutely barred and foreclosed from all rights and equity of redemption in and to said property;

d)    That if the proceeds of such sale be insufficient to cover the amounts specified under paragraph 16 of this prayer, said defendant be adjudged to pay to the United States the total amount of money remaining unsatisfied to said paragraph (a) of this prayer, and execution be issued forthwith against said defendants for the payment of said deficiencies against any of the properties of said defendants;

e)    That if the proceeds of said sale exceed the sum of money to be paid to the United States as aforesaid, any such excess be deposited with the Clerk of this Court subject to further orders from the Court;

f)    That once the property is auctioned and sold, the Clerk of this Court issue a writ addressed to the Registry of the Property ordering the cancellation of the foreclosed mortgage and of any other junior liens recorded therein;

g)    For such further relief as in accordance with law and

equity may be proper.

        In Guaynabo, Puerto Rico, on   January 12       , 2021.



/s/ Juan Carlos Fortuño Fas
JUAN CARLOS FORTUÑO FAS
USDCPR 211913

FORTUÑO & FORTUÑO FAS, C.S.P.
P.O. BOX 3908
GUAYNABO, PR 00970
TEL.  787-751-5290
FAX. 787-751-6155
Email: dcfilings@fortuno-law.com

**FmHA Form 1940-17 (S)**
**(Rev. 11-1-78)**

<div align="center">

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION
PROMISSORY NOTE

</div>

TYPE OF LOAN
Type: FO-I
In accordance with:

      X   Consolidated Farm and Rural Development Act
           Emergency Agricultural Credit Adjustment Act of 1978

Name: LUIS G. SEDA BONILLA
State: PUERTO RICO
Office: JUANA DIAZ
Case Number: 63-33-
Date: MAY 14, 1982

ACTION REQUIRING NOTE:

| | | |
|---|---|---|
| X | Initial Loan | New Payment Plan |
| | Subsequent Loan | Reamortization |
| | Consolidation and Subsequent Loan | Sale on Credit |
| | Consolidation | Deferred Payments |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower, jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices located in JUANA DIAZ, PUERTO RICO or at another location designated in writing by the Government, the principal sum of THIRTY THOUSAND DOLLARS ($30,000.00), plus interest on the unpaid principal of THIRTEEN AND ONE QUARTER PERCENT (13.25%) PER ANNUM. If this note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than a calendar trimester basis, and shall notify Borrower at his most current address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 41 installments, as indicated below, unless modified by a different interest rate, on or before the following dates:

$100.00................on January 1, 1983
$100.00...............on January 1, 1984
$4,162.00.............on January 1, 1985

and $4,162.00 each January first subsequently thereafter until the principal and interests are completely paid, except for the final payment of the debt evidenced herein, which, if not sooner paid, shall be due and payable 40 years from the date of this note, with the exception that prepayments may be made as provided for below. The consideration hereof shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the due date, the loan will be forwarded to Borrower, pursuant to request by Borrower and approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interests will accrue on the amount of each loan starting on the date these become effective as shown in the Payment Log at the end of this note. Borrower authorizes the Government to note the amount(s) and date(s) of any prepayment(s) in the Payment Log.

For any note that is reamortized, consolidated or with a new payment plan, interests accumulated as of the date of this instrument will be added to the principal and the new principal will accrue interests at the rate evidenced herein.

Every payment made on any indebtedness evidenced by this note shall be applied first to interests computed as of the effective payment date and then to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and insure payment of the same, the Borrower shall continue making payments to the Government as collecting agent of the holder.

If this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except the final payment, or such payments shall be retained by the Government and transferred to the holder either on an annual installment due date basis. The effective date of any advance payment retained and transferred by the Government to the holder on an annual installment due date basis shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

2

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or paid in any way under the terms of any security agreement or other instrument executed in relation to the loan evidenced herein, shall, at the option of the Government, become part of the loan and shall accrue interest at the same rate as the principal of the debt evidenced herein and shall be immediately due and payable by the Borrower to the Government without the need of requirements.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced herein shall not be voluntarily leased, surrendered, sold, transferred, or encumbered, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan", "Consolidation", "Reamortization" or "New Payment Plan" is marked in the upper box of the first page titled "Action Requiring Note", this promissory note is executed to consolidate, reamortize or as evidence of a new payment plan, but not to satisfy the principal and interests of the following promissory note(s) or assumption agreement(s) (new terms):

AMOUNT OF NOTE: $
INTERESTS: %
DATE:
ORIGINAL BORROWER:
LAST INSTALLMENT DUE:

The security documents taken in relation to the loans evidenced by the described promissory notes or other stated obligations are not affected by the execution of this consolidation, reamortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans evidenced by the described promissory notes shall continue to guarantee the loan evidenced by this promissory note and by any other stated obligations.

REFINANCING AGREEMENT: If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary shares.

DEFAULT: Failure to pay any debt described herein when due, or failure to comply with any condition or agreement of this document, shall constitute default under any other instrument evidencing a debt insured or guaranteed by the Government, or in any other way related to such debt, that the Borrower may have; and default under any other instrument shall constitute default under the terms of this document. UPON ANY SUCH

DEFAULT, the Government, at its discretion, may declare all or part of such debt due and payable immediately.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box 'TYPE OF LOAN" above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
LUIS G. SEDA BONILLA (BORROWER)
(Divorced)
_____ (BORROWER)

URB. VILLA GRILLASCA G-7 B
PONCE, PUERTO RICO 00731

PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|--------|------|--------|------|--------|------|
| $30,000.00 | | $ | | $ | |

TOTAL: $30,000.00

# CERTIFICATE

    I hereby certify that the attached Promissory Note is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DEFAULT, the Government, at its discretion, may declare all or part of such debt due and payable immediately.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box 'TYPE OF LOAN" above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
ASAEL GUZMAN CORREA (BORROWER)
[Signature]
ADA MINERVA TORRES ALVAREZ (BORROWER)

HC-01 BOX 4291
VILLALBA, PUERTO RICO 00766

PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $5,000.00 | 6/23/88 | $ | | $ | |

TOTAL: $5,000.00

[Translator's note: The source document includes a final page which is translated as follows:]

LOAN REAMORTIZATION AND LIQUIDATION AND PARTIAL RELEASE FROM MORTGAGES AND MODIFICATION

This promissory note, reamortized and liquidated on June twenty-three, 1988, had an unpaid balance amounting to FIFTY-FIVE THOUSAND TWO HUNDRED AND THIRTY-FOUR DOLLARS AND FORTY-EIGHT CENTS ($55,234.48), of which the present owners, Mr. Asael Guzman, aka Asael Guzmán Correa, and Ada Minerva Torres Alvarez, shall assume the sum of $54,000.00, and the sum of $1,234.48 shall continue to be the responsibility of the principal debtor.

That the sum of $54,000.00 assumed by the present borrowers has been reamortized as follows: said debt shall accrue interest at the rate of FIVE PERCENT (5%) per annum, which shall be payable as follows: $1,421.00 on or before January 1st , 1988, and $3,174.00 in subsequent years.

4

For the record, this loan encumbers a property belonging to the original debtor. All of which is detailed more fully in deed number 57, executed on the same date and in the same place as this one, before the undersigned Notary.

In Juana Díaz, P.R., on June 23, 1988
[Signature]

once the note is signed and attached, I return this document to the appearing party JUAN ACEVEDO MERCADO, in the capacity he bears.
[Signature]
ERASMO LEON ROSARIO
ATTORNEY-NOTARY
URB. LA ESPERANZA C-6
BOX 842
JUANA DIAZ, P.R. 00665
TEL. 837-2128
[Seal]

This promissory note and the mortgage securing it is partially cancelled, in the amount of $1,234.48 of principal, and the property described as number ONE in the second paragraph of deed number 38 of this same date before this same Notary is released from the same.
Juana Díaz, June 23, 1988
[Signature]
[Seal]

# <u>CERTIFICATE</u>

I hereby certify that the attached Promissory Note is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 18th day of April of 2005.

Nicole Harris

WITNESS my hand and official seal hereto affixed this 18th day of April of 2005.

Signature

Notary Public
State of Washington
Rosa Walker
Commission Expires 02-01-06

Print Name: Rosa Walker
Notary Public in and for the State of Washington
My appointment expires: 02/01/06

DATED this 18th day of April of 2005.

Nicole Harris

WITNESS my hand and official seal hereto affixed this
18th day of April of 2005.

Signature

Notary Public
State of Washington
Rosa Walker
Commission Expires 02-01-06

Print Name: Rosa Walker
Notary Public in and for the State of Washington
My appointment expires: 02/01/06

ru usrmAA 1940-17 (S)
{Rev. 11-1-78)

| | |
|---|---|
| **DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**<br>**ADMINISTRACION DE HOGARES DE AGRICULTORES**<br><br>**PAGARE** | CI : DE PRESTAMO<br>Tipo: **FO-1**<br>De acuerdo a:<br>☒ Consolidated Farm & Rural Development Act<br>☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre LUIS G. SEDA BONILLA | ACCION QUE REQUIERE PAGARE: |
|---|---|
| Estado Puerto Rico    Oficina Juana Díaz | ☒ Préstamo Inicial    ☐ Nuevo Plan de Pago<br>☐ Préstamo Subsiguiente    ☐ Reamortización |
| Caso Núm. 63-33-    Fecha 14 de mayo de 1982 | ☐ Consolidación y préstamo    ☐ Venta a Crédito<br>subsiguiente    ☐ Pagos Diferidos<br>☐ Consolidación |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su

cesionario en su oficina en _____ Juana Díaz , Puerto Rico _____

o en otro sitio designado por el Gobierno por escrito, la suma principal de _____ TREINTA MIL & 00/100 _____

- - - - - - - - - - - - - - - - - - - - dólares ($ 30,000.00 ) más intereses sobre el principal adeudado al

_____ TRECE Y CUARTO _____ POR CIENTO ( 13.25 %) anual. Si este pagaré

es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en _____ 41 _____ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | | | |
|---|---|---|---|---|
| $ 100.00 | en enero 1, 1983 | $ N/A | en enero 1, 19 ; |
| $ 100.00 | en enero 1, 1984 | $ N/A | en enero 1, 19 ; |
| $ 4162.00 | en enero 1, 1985 | $ N/A | en enero 1, 19 ; |
| $ | en enero 1, 19 ; | $ N/A | en enero 1, 19 ; |
| $ | en enero 1, 19 ; | $ N/A | en enero 1, 19 ; |

y $ 4,162.00 , subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en _____ 40 _____ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Jay-Ce–Agricultura      *Posición 2*      Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

Pagos adelantados de los plazos estipulados o cualquier parte de los mismos, podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen e los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARÉ | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciado por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO: Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_____ *(Prestatario)*
LUIS G. SEDA BONILLA
(Divorciado)

_____ *(Prestatario)*

Urb. Villa Grillasca  G-7  B

Ponce, Puerto Rico 00731

_____

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $ 30,000.00 | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| | | | | TOTAL $ 30,000.00 | |

Jay-Ce-Agricultura

*Posición 2*

Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

REAMORTIZ   ION, LIQUIDACION DE PREST    Y LIBERACION
PA__IAL DE HIPOTECAS Y MODIFIC  _ION

...Este pagaré reamortizado y liquidado al día veintitres de
junio de 1988, dió un saldo deudor montante a CINCUENTA Y CINCO
MIL DOSCIENTOS TREINTA Y CUATRO DOLARES CON CUARENTA Y OCHO CEN
TAVOS ($55,234.48),  de los cuales el actual dueño el Sr. Asael
Guzman C/P Asael Guzmán Correa y Ada Minerva Torres Alvarez asu
mirán la suma de  $54,000.00,  y la suma de $ 1,234.48, seguirán
siendo obligación del deudor principal.

    Que la suma de $54,000.00 asumidos por los actuales presta
tarios se ha reamortizado de la siguiente forma:  devengará inte
reses dicha deuda a razón del cinco porciento anual (5%), los
cuales se pagarán de la siguiente forma:  1,421.00 en o antes
del 1ro de enero de 1988 y $3,174.00 los años subsiguientes.

    Se hace constar que éste prestamo quedará gravando una pro
piedad del duedor original.  Todo ello más detallado en la
Escritura Número  75, otorgada en la misma fecha y lugar que
éste, ante el fedaatrio.


    En Juana Díaz, P.R. a 23 de junio de 1988

    Una vez firmada la nota, devuelvo el presente documento
al compareciente JUAN MERCADO ACEVEDO en el caracter que os
tenta.



Lcdo. Erasmo León Rosario
ABOGADO-NOTARIO
URB. LA ESPERANZA C-6
BOX 842    -    TEL. 837-2128
JUANA DIAZ, P.R. 00665

Form FmHA 1965-13
(11-84)

| | Case No. | 63-33-58?761852 |
|---|---|---|

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION

**ASSUMPTION AGREEMENT
(FARMER PROGRAM LOANS)**

Type of Loan

FO
*(Specify)*

☐ Direct   ☒ Insured

☐ Eligible Transferee
☐ Ineligible Transferee
☐ Transfer for full amount of debt
☒ Transfer for less than full amount of debt
☐ Transferor released from personal liability
☒ Transferor NOT released from personal liability
☐

THIS AGREEMENT dated _____ JUNE 23 _____, 19 __88__, between the United States of America

acting through the Farmers Home Administration (called the "Government"), and _____ ASAEL GUZMAN CORREA

_____ and _____ ADA MIERVA TORRES ALVAREZ

(called the "assuming parties"), whose post office address is _____ HC-01 BOX 4291, VILLALBA, P. R.   00766

BECAUSE the Government is the holder or insurer of loan(s) evidenced by certain debt instrument(s) executed by the present debtor(s)

_____ LUIS G. SEDA BONILLA

_____ Case number _____ 63-33-581466946 _____, and identified as follows:

**TABLE I**

| | | | Unpaid on Date Hereof | | | |
|---|---|---|---|---|---|---|
| Instrument | Executed | Principal Amount | Principal | Accrued Interest | Int. Rate | Ins. Chg. Ra |
| PROMISSORY NOTE | 05-14-82 | $30,000.00 | $31,143.47 | $24,091.01 | 13.2500 | |

BECAUSE in connection with such loan(s) the following-described security instrument(s) were taken on property described there

and located in _____ JUANA DIAZ _____ County, State of _____ PUERTO RICO

**TABLE II**

| Instrument | Executed | Office Where Recorded or Filed | Book, Volume, or Document | Page |
|---|---|---|---|---|
| MORTGAGE DEED | 05-14-82 | PONCE | Book: 415 Farm: 10,038 | 115 vto. |
| | | | Book: 251 Farm: 9,918 | 238 |
| | | | Book: 422 Farm: 6,672 | 88 |
| | | | Book: 422 Farm: 6,671 | 83 |
| | | | Book: 62 Farm: 6,674 | 25 vto. |

THEREFORE, in consideration of (i) the assumption of indebtedness as herein provided, and (ii) the Government's consent to such assumption and to any accompanying conveyance or transfer of security property to the assuming parties, it is agreed as follows:

*Position 2*

FmHA 1965-13 (11-

1.   The assuming parties hereby jc      and severally assume liability for and agre    pay to the order of the Government or to th      .r of the insured lender through the Government if and when an insured lender is the holder of said debt instrument(s), at the office of th      .rmers Home Administration shown below, the amounts, and at the times, specified in the following subparagraph (a) or (b) designated b      .n X in the appropriate block:

(a)   ☐   THE SUM OF _____ dollar

($_____), plus INTEREST on the UNPAID PRINCIPAL at the rate of _____ PERCEN

(_____ %) PER ANNUM, in _____ installments as follows:

$ _____ on _____ , 19 ___

and $ _____ thereafter on the _____ of each _____
until the PRINCIPAL and INTEREST are fully paid except that the FINAL INSTALLMENT of the entire indebtedness evidence

hereby, if not sooner paid, shall be due and PAYABLE _____ ( _____ ) YEAR
from the DATE of this assumption agreement.

(b)   ☒   Of the entire unpaid indebtedness under said debt and security instrument(s), the sum of ---THIRTY ONE THOUSAND--

-ONE HUNDRED FORTY THREE 47/100dollars ($ 31,143.47 _____ ) principal, with interest thereon at the
                                                                        ---TWENTY TWO THOUSAND EIGHT--
rate of _____FIVE_____ percent per annum from the date hereof, plus -HUNDRED FIFTY SIX 53/100---

dollars ($ 22,856.53 _____ ) accrued interest as of the date hereof, without interest thereon, which accrued interes
is included to the first installment written below. The principal and interest shall be due and payable as follows:

$ 1,421.00 on 1-1 , 19 89 $ NA on _____ , 19 ___ $ NA on _____ , 19 __

$ NA on _____ , 19 ___ $ NA on _____ , 19 ___ $ NA on _____ , 19 __

$ NA on _____ , 19 ___ $ NA on _____ , 19 ___ $ NA on _____ , 19 __

$ NA on _____ , 19 ___ $ NA on _____ , 19 ___ $ NA on _____ , 19 __

$ NA on _____ , 19 ___ $ NA on _____ , 19 ___ $ NA on _____ , 19 __

and $ 3,174.00 _____ thereafter on January 1st of each year until the indebtedness hereby assumed is paid
except that the final installment of the entire indebtedness evidenced hereby, if not sooner paid, shall be due and payable on or before

_____JUNE 23_____ , 19 2028

2.   Payments shall be applied in accordance with the accounting procedures of the Farmers Home Administration.

3.   If this assumption evidences a limited resource loan, the Government may CHANGE THE RATE OF INTEREST in accordance
with the regulations of the Farmers Home Administration, not more often than quarterly by giving the borrower thirty (30) days prior written
notice to the borrower's last known address.

4.   The provisions of said debt and security instrument(s) and of any outstanding agreements executed or assumed by the present
debtors pertinent thereto, shall except as modified herein, remain in full force and effect, and the assuming parties hereby assume the obliga-
tions of and agree to be bound by and to comply with all covenants, agreements and conditions contained in said instrument(s) and agree-
ments, except as modified herein, the same as if they had executed them as of the dates thereof as principal obligors, including any obliga-
tion to pay the Government an insurance charge in addition to interest, if and as provided in any such instrument(s). Any provisions of the debt
and security instrument(s) which require (a) that the borrower occupy the FmHA financed dwelling, (b) live on and operate the FmHA
financed farm or (c) graduate to other sources of credit, will not apply to assumptions by an ineligible transferee.

5.   This agreement shall be subject to present regulations of the Farmers Home Administration and to its future regulations which are
not inconsistent with the express provisions hereof.

6.   When the loan(s) hereby assum... ...s held by an insured lender, prepayments m... ...by the assuming parties may, except for fina... payment, be retained by the Government and remitted to the holder on an annual installment due date basis or other basis established by Farmers Home Administration regulation. Final payment will be remitted promptly. The effective date of every payment made by the assuming parties shall be the date the payment is made by them. The Government will pay the interest to which the holder is entitled accruing between the effective date of the payment and the date of the Treasury check to the holder.

ASSUMING PARTIES:

_Asael Guzman Correa_

ASAEL GUZMAN CORREA                        *(Borrower)*

_Ada Minerva Torres Alvarez_

ADA MINERVA TORRES ALVAREZ                 *(Co-Borrower)*

HC-01 BOX 4291, VILLALBA, P. R.   00766

UNITED STATES OF AMERICA

_Juan Mercado Acevedo_

JUAN MERCADO ACEVEDO
County Supervisor
*(Title)*

FARMERS HOME ADMINISTRATION

#217 LAS FLORES ST. ROUTE 14 KM. 15.3
JUANA DIAZ, P. R.   00665
*(Office Address)*

Exhibit 2

NUMBER **NINETEEN (19)**

Form FmHa 427-1 PR
10/77

VOLUNTARY MORTGAGE

In **Ponce, Puerto Rico, on May fourteen (14), nineteen eighty-
two (1982)**.

BEFORE ME

**ISIDORO MONTES CEBOLLERO**

Attorney and Notary Public of this Island, resident and domicile of **Ponce,
Puerto Rico**, with offices in **this city**.

APPEAR

The persons named in paragraph TWELVE of this mortgage, hereinafter referred
to as "mortgagor," and whose personal information appears in said paragraph.

I do attest to personal acquaintance with the appearing parties, as well to as their
statements regarding their age, marital status, profession, and residence.

[Seal]

They assure me that they are in full enjoyment of their civil rights and the free
administration of their property, and they have, in my judgment, the necessary legal
capacity for this granting,

THEY STATE

FIRST:  That the mortgagor is the owner of the farm or farms described in
paragraph ELEVENTH of this mortgage as well as all rights and interest in the
same, hereinafter referred to as "the properties."

[Seal]

SECOND:  That the property mortgaged herein is subject to the liens specified in
paragraph ELEVENTH.

THIRD: That the mortgagor is obligated to the United States of America, acting
through the Farmers Home Administration, hereinafter referred to as the
"mortgagee," in connection with a loan or loans evidenced by one or more
promissory notes or subrogation agreements, hereinafter referred to as the
"promissory note," be there one or more. The Government requires that additional
monthly payments of one twelfth of the contributions, assessments (taxes),

1

SEP 30 1982

Form FmHa 427-1 PR

Form FmHa 427-1 PR
10/77

insurance premiums and other charges that have been estimated for the mortgaged property.

FOURTH: It is understood that;

(One) The promissory note represents a loan or loans to mortgagor in the principal amount specified therein, granted with the purpose and intention that the mortgagee may at any time surrender the note and insure the payment thereof pursuant to the Act of nineteen sixty-one consolidating the Farmers Home Administration, or Title Five of the Home Act of nineteen forty-nine, as amended.

(Two) When payment of the note is guaranteed by the mortgagee, it may be transferred from time to time, and each holder of said note will in turn be considered the insured lender.

(Three) When payment of the note is insured by the mortgagee, the mortgagee will execute and deliver to the insured lender, along with the note, an insurance endorsement fully guaranteeing payment of the principal and interest of said promissory note.

[Seal]

(Four) At all times when payment of the note is insured by the mortgagee, the mortgagee, by agreement with the insured lender, shall determine on the insurance endorsement the portion of the promissory note's interest to be designated as "annual charges."

[Seal]

(Five) As a condition of the insurance of the note's payment, the holder will surrender all rights and remedies against the mortgagor and any others in connection with said loan, as well as any benefit of this mortgage, and will accept instead the insurance benefits, and in the event that the mortgagor violates any agreement or stipulation contained herein, or in the promissory note, or in any other supplementary agreement, he shall sign the promissory note over to the mortgagee upon mortgagee's request.

(Six) Among other things, it is the purpose and intent of this mortgage that whenever the promissory note is held by the mortgagee, or in the event the mortgagee transfers this mortgage without insuring the promissory note, this mortgage shall guarantee payment of the promissory note; but when the promissory note

Form FmHa 427-1 PR

-2-

Form FmHa 427-1 PR
10/77

is held by an insured lender, this mortgage shall not guarantee payment of the note, nor shall it form any part of the debt represented thereby, but the note and said debt shall constitute an indemnity mortgage to insure the mortgagee against any loss under the insurance endorsement caused by any default by the mortgagor.

FIFTH: That, in consideration of said loan and (a) whenever the promissory note is held by the mortgagee, or in the event that the mortgagee should transfer this mortgage without insuring the promissory note's payment and as a guarantee of the amount of the promissory note as specified in subparagraph (One) of paragraph NINTH, with interest at the rate stipulated and to ensure prompt payment of said promissory note, and any renewals or extensions thereof, and any agreements contained therein, (b) whenever the promissory note is held by an insured lender guaranteeing the amounts specified in subparagraph (Two) of paragraph NINTH herein, in order to guarantee compliance with the mortgagor's agreement to indemnify and hold the mortgagee harmless against losses under its insurance endorsement due to any default by the mortgagor, and (c) in any event and at all times whatsoever, to guarantee the additional amounts specified in subparagraph (Three) of paragraph NINTH of this document, and to insure mortgagor's compliance with each and every agreement and stipulation herein or in any supplementary agreement, mortgagor hereby executes a voluntary mortgage in favor of mortgagee for the property described in paragraph ELEVENTH below, together with all rights, interests, easements, inheritances, and attachments pertaining thereto; all income, credits, profits, revenues of same; all improvements or personal property thereto attaching, at present or in the future, or which are reasonably necessary for the use thereof; all water, water rights, or shares in said rights; pertaining to the farms or to all payments owed at any time to mortgagor by virtue of the sale, lease, transfer, conveyance, or total or partial expropriation of, or for damages to any part thereof, or interest on same, it being understood that this mortgage will continue in full force and effect until all amounts specified in paragraph NINTH, with interest before and after maturity, have been paid in full. In case of foreclosure, the property shall be used for the payment of the principal, interest thereon before and after maturity, until these are fully

[Seal]

Form FmHa 427-1 PR

-3-

Form FmHa 427-1 PR
10/77 paid, losses sustained by mortgagee as insurer of the note, taxes, insurance premiums, or any other disbursements or advances by mortgagee to the mortgagor with applicable interest until all costs and expenses, including mortgagee's attorneys' fees, are paid to mortgagee, along with all extensions and renewals of said obligations, with interest, and all other charges and additional amounts specified in paragraph NINTH of this document.

SIXTH: Mortgagor explicitly agrees to the following:

(One) To pay promptly to the mortgagee any debt herein guaranteed when due and to indemnify and hold mortgagee harmless against any loss under its insurance for payment of the promissory note due to any default by mortgagor. Whenever the note is held by an insured lender, mortgagor shall continue making payments on the promissory note to mortgagee, as holder's collection agent.

(Two) To pay to mortgagee an initial fee for inspection and appraisal and any delinquency charges required now or in the future by Farmers Home Administration regulations.

[Seal]

(Three) Whenever the note is held by an insured lender, any amount due and unpaid under the terms of the promissory note, less the annual amount or charge, may be paid by mortgagee to the holder of the promissory note under the terms of the promissory note and of the insurance endorsement referenced in the above paragraph FOURTH on mortgagor's behalf.

Any amount due and unpaid under the terms of the promissory note, whether it is held by mortgagee or by an insured lender, may be applied to the promissory note by mortgagee, and shall thus constitute an advance made by mortgagee on mortgagor's behalf.                                                      [Seal]

Any advance by mortgagee as described in this subparagraph shall bear interest at the annual rate of **Thirteen and one quarter** percent (**13.25%**) per annum, from the date on which payment was due until the date on which mortgagor satisfies same.

(Four) Whether or not the note is insured by mortgagee,

Form FmHa 427-1 PR

-4-

Form FmHa 427-1 PR
10/77

any or all advances made by mortgagee for insurance premiums, repairs, liens, or other claims for the protection of the mortgaged property, or for taxes or assessments or other similar charges, due to mortgagor's failure to pay said charges, shall bear interest at the rate stated in the preceding subparagraph, from the date of the advances until mortgagor pays said advances.

(Five) All advances made by mortgagee as described in this mortgage, with interest, shall be immediately due and payable by mortgagor to mortgagee without need for advance notification in the place designated in the promissory note and shall be guaranteed by this mortgage. No advance by mortgagee shall relieve mortgagor from his breach of the payment agreement. Said advances, with interest, shall be repaid from the first payments received from mortgagor. In the absence of such advances, all payments verified by mortgagor may be applied to the promissory note or to any other debt of the mortgagor guaranteed herein, in the order determined by mortgagee.

(Six) To use the amount of the loan indicated in the promissory note solely for purposes authorized by mortgagee.

(Seven) To pay, when due, the loan total, all taxes, special assessments, liens, and charges encumbering the property or the rights or interests of mortgagor under the terms of this mortgage.

[Seal]

(Eight) To obtain and maintain insurance against fire and other hazards as required by mortgagee on all existing buildings and property, as well as on all future improvements. The insurance against fire and other hazards shall be in the form, amounts, and terms and conditions approved by mortgagee.

[Seal]

(Nine) To maintain the property in good condition and to promptly verify all necessary repairs for the preservation of the property; to refrain from any activity, or from allowing any activity, which would result in the deterioration of the property; to not remove or demolish any building or improvement on the property; nor cut or remove wood from the farm, nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other minerals without mortgagee's consent, and to promptly carry out the repairs on the property that

Form FmHa 427-1 PR

-5-

Form FmHa 427-1 PR
10/77

mortgagee may require from time to time. Mortgagor shall comply with soil conservation practices and farm and home management plans that mortgagee may prescribe from time to time.

(Ten) If this mortgage is granted for a loan to a farm owner as defined in Farmers Home Administration regulations, the mortgagor shall personally manage the property, on his own or through his family, as a farm and for no other purpose, and he shall not lease the farm, nor any part of it, unless mortgagee gives written consent for another method of operation or for leasing.

(Eleven) To submit information regarding income and expenses and any other information related to the management of the property in the form and manner required by mortgagee, and to comply with all laws, ordinances, and regulations affecting the property or its use.

(Twelve) Mortgagee, his agents, and his attorneys shall at all times have the right to inspect and examine the property for the purpose of ascertaining whether the security granted has been deteriorated or diminished, and if such inspection or examination reveals, in mortgagee's judgment, that the security is in fact deteriorating or diminishing, this shall constitute a breach of this mortgage agreement by mortgagor.

[Seal]

(Thirteen) If any other person interferes with or contests mortgagor's rights of possession of the property, mortgagor shall immediately notify mortgagee of such action, and mortgagee may implement the proceedings necessary to defend his interests, and any costs or expenditures incurred by mortgagee in said proceedings will be added to mortgagor's debt, and shall be guaranteed by this mortgage as additional credits under the clause regarding advances, expenditures and other payments.

[Seal]

(Fourteen) If, at any time while this mortgage remains in effect, mortgagor does abandon the property or voluntarily turn it over to mortgagee, mortgagee is hereby authorized and empowered to take possession of the property, to lease and administer it, and to collect rents, benefits, and income deriving from same,

Form FmHa 427-1 PR

-6-

Form FmHa 427-1 PR
10/77

and to apply these first to collection and administration expenses and second to the payment of the debt evidenced by the promissory note or any other debt to mortgagee guaranteed herein, in the order and manner determined by mortgagee.

(Fifteen) At any time that mortgagee determines that mortgagor may obtain a loan from a production credit association, from a Federal Bank, or another responsible source, whether cooperative or private, at an interest rate and on terms that are reasonable for loans of similar duration and purposes, then mortgagor, at mortgagee's request, will apply for and accept such a loan in an amount sufficient to pay the promissory note and any other debt guaranteed herein, and to pay for the necessary shares in the cooperative agency with respect to such a loan.

(Sixteen) In the event of a default in the discharge of any obligation guaranteed by this mortgage, or if mortgagor, or any other person included herein as a mortgagor, defaults in the payment of any amount, or violates or fails to comply with any clause, condition, stipulation, covenant, or agreement contained herein, or in any supplementary agreement, or if mortgagor dies or declares himself or is declared incompetent, bankrupt, or insolvent, or makes a transfer for the benefit of creditors, or if the property or any part thereof or interest therein is sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise, without mortgagee's written consent, then mortgagee is irrevocably authorized and empowered, at his discretion and without notice:  (One) to declare all unpaid debt under the terms of this promissory note, or any other debt to mortgagee guaranteed herein, immediately due and payable, and to proceed to foreclosure in accordance with the law and the provisions thereof; (Two) to incur and pay reasonable expenses for the repair and maintenance of the property and any expenses or obligations that mortgagor failed to pay as agreed in this mortgage, including taxes, assessments, insurance premiums, and any other expenses or costs for the protection and conservation of the property and of this mortgage, or for violation of any provision of this mortgage; and (Three) to request legal protection.

[Seal]

[Seal]

(Seventeen) Mortgagor shall pay or reimburse mortgagee for all necessary expenses for the fulfillment of the covenants and agreements of this mortgage, those of the promissory note and in any other

Form FmHa 427-1 PR

-7-

Form FmHa 427-1 PR
10/77

supplementary agreement, including the costs of surveying, title search, court costs, deed recording, and attorneys' fees.

(Eighteen) Without in any way affecting mortgagee's right to require and enforce at any subsequent date the covenants, agreements, obligations, or similar concepts set forth herein, or in other agreements, and without affecting the liability of any person for payment of the promissory note or any other debt herein guaranteed, and without affecting the lien on the property or the priority of said lien, mortgagee is hereby authorized and empowered at any time: (One) to waive compliance with any agreement or obligation contained herein, or in the note, or in any supplementary agreement; (Two) to negotiate with  mortgagor or to grant to mortgagor any indulgence or forbearance or extension of time for payment of the promissory note (with the consent of the note's holder when it is held by an insured lender), or for payment of any debt to the mortgagee herein guaranteed; or (Three) to grant and deliver partial releases of any part of the mortgaged property described herein, or to grant deferment or postponement of this mortgage in favor of any other lien on the property.

(Nineteen) All rights, title, and interest in or over this mortgage, including but not limited to the power to grant consent, partial releases, subordination, and full cancellation, shall be vested solely and exclusively in the mortgagee, and no insured lender shall have any right, title, or interest in or over the lien and benefits contained herein.

[Seal]

(Twenty) Default on this mortgage shall constitute default on any other mortgage, rehabilitation loan, or real estate mortgage held or insured by mortgagee, and executed or assumed by mortgagor; and default on any other such security instrument shall constitute default on this mortgage.

[Seal]

(Twenty-One) All notices to be given under the terms of this mortgage shall be sent by certified mail, unless otherwise required by law, and shall be addressed, until some other address is designated in a notice provided to that effect, in the case of mortgagee, to Farmers Home Administration, United States Department of Agriculture, San Juan, Puerto Rico; and in the case of mortgagor, to the mailing address

Form FmHa 427-1 PR

-8-

Form FmHa 427-1 PR
10/77

of his residence as specified below.

(Twenty-Two) Mortgagor hereby relinquishes to mortgagee the amount of any judgment obtained through forced expropriation for public use of the property or any part thereof, as well as the amount of any judgment for damages to the property. Mortgagee will apply the amount so received to pay costs incurred in collection, and the balance to payment of the promissory note and any indebtedness to mortgagee guaranteed by this mortgage, and if any amount then remains, will pay such amount to mortgagor.

SEVENTH:   That for the purpose of the first auction to be held in case of foreclosure of this mortgage, in accordance with the mortgage law, as amended, mortgagor does hereby appraise the mortgaged property in the amount of **FIFTY-SEVEN THOUSAND SIX HUNDRED FIFTY DOLLARS ($57,650.00)**.

EIGHTH:  Mortgagor hereby waives the procedural requirements and agrees to be considered in default without need of any notification of default or demand for payment on the part of the mortgagee. This mortgage is subject to the regulations of the Farmers Home Administration now in effect, and to future regulations not inconsistent with the provisions of this mortgage, as well as to the laws of the Congress of the United States of America that authorize the allocation and insuring of the aforementioned loan.

[Seal]

NINTH: The amounts guaranteed by this mortgage are as follows:

One. At all times when the promissory note referenced in paragraph THIRD of this mortgage is held by mortgagee, or in the event mortgagee should assign this mortgage without insuring the promissory note:
**THIRTY THOUSAND**                                    DOLLARS **($30,000.00)**, the principal amount as said promissory note, with interest as stipulated therein at the rate of **Thirteen and one quarter** percent **(13.25%)** per annum;
                                                                                        [Seal]
Two. At all times when the promissory note is held by an insured lender:

(A) **THIRTY THOUSAND**                              DOLLARS **($30,000.00)**

Form FmHa 427-1 PR

Form FmHa 427-1 PR
10/77

to indemnify the mortgagee for advances to the insured lender due to mortgagor's failure to pay the installments as specified in the promissory note, with interest as a stated in paragraph SIXTH, Third;

(B) **FORTY-FIVE THOUSAND** DOLLARS (**$45,000.00**)
to indemnify the mortgagee against any loss it might sustain under its insurance of payment of the note;

Three. If any event and at all times whatsoever:

(A) **TWELVE THOUSAND** DOLLARS (**$12,000.00**)
for arrears interest.

(B) **SIX THOUSAND** DOLLARS (**$6,000.00**)
for taxes, insurance, and other advances for the preservation and protection of this mortgage, with interest at the rate stipulated in paragraph SIXTH, Third;

(C) **THREE THOUSAND** DOLLARS (**$3,000.00**)
for costs, expenses, and attorneys' fees in case of foreclosure;

(D) **THREE THOUSAND** DOLLARS (**$3,000.00**)
for costs and expenses incurred by mortgagee in proceedings to defend its interests against any other person interfering with or contesting the mortgagor's right of possession of the property, as provided in paragraph SIXTH, Thirteen.

TENTH: That the promissory note(s) referred to in paragraph THIRD of this mortgage is(are) described as follows:

"Promissory note executed in case number **Sixty-three, dash thirty-three, dash** , dated **May fourteen (14)**, nineteen **eighty-two (1982)**.

[Seal]

[Seal]

Form FmHa 427-1 PR

Form FmHa 427-1 PR
10/77

in the amount of **THIRTY THOUSAND DOLLARS ($30,000.00)**

dollars[1] of principal, plus interest on the unpaid principal balance at a rate of **THIRTEEN AND ONE QUARTER**

**(13.25%)** percent per annum, until the principal is fully paid according to the terms, installments, conditions and stipulations contained in said promissory note and as agreed between the Borrower and the Government, except that the final installment of the total debt herein, if not previously paid, shall be due and payable **FORTY (40)** years from the date of this promissory note.

Said promissory note has been granted as evidence of a loan made by the Government to the Borrower, pursuant to the law of the Congress of the United States of America known as "Consolidated Farm and Rural Development Act of 1961" or pursuant to "Title V of the Housing Act of 1949," as amended, and is subject to the current regulations of the Farmers Home Administration and its future regulations not inconsistent with said Law. To which description I, the authorizing Notary, DO ATTEST.

[Seal]

ELEVENTH: The farm object of this deed and over which this Voluntary Mortgage is constituted is described as follows:

*Reverse of*
*Folio-115*
*Book-(415)*
*122*
*Farm 10,038*
*Rec. - 16.*

[Illegible]:
*f. 268*
[Illegible]

"A" – RURAL PROPERTY: Unnamed plot of land, in the municipality of Ponce, Barrio Marrueño, with a surface area of forty cuerdas, more or less, equivalent to fifteen hectares, seventy-two ares, sixteen centiares, equal to One Hundred Fifty-Seven Thousand Two Hundred Sixteen square meters (157,216 m²). Bordered to the North by Inheritance of Mr. Sandalio Rivera Luna; to the South, Inheritance of Maldonado and Mr. Claudino Chamorro; to the East, the aforementioned Inheritance of Mr. Sandalio Rivera and the above-mentioned Mr. Claudino Chamorro; and to the West, the Marueño River."

Recorded on Folio One Hundred Eleven (111) of Book Four Hundred Fifteen (415) of Ponce, Farm number Ten Thousand Zero[2] Thirty-Eight (10,038).

[Seal]

The Farm described above has a value of Twenty Thousand Dollars ($20,000.00).

*Folio -*
*Book -* NO
*Farm -*
9918

"B"–RURAL PROPERTY: Plot of land consisting of four cuerdas and square,[3] equivalent to one hectare, sixty-seven ares, and four centiares, more or less, equal to Fifteen Thousand Seven Hundred Twenty-One point Sixty square meters (15,721.60 m²), located in Barrio Marueño of the municipality of Ponce. Bordered to the north by lands of Mr. Sandalio Rivera, today his inheritance; to the South, by Manuel

Form FmHa 427-1 PR

11

---

[1] *Translator's Note: "Dollars" intentionally repeated to reflect original Spanish-language document.*
[2] *Translator's Note: "Zero" included to reflect original Spanish-language document.*
[3] *Translator's Note: Translated literally from original.*

Maldonado Valázquez; to the East and West by lands of Mr. Sandalio Rivera, today his Inheritance. It is hereby stated that, to the West and North, this farm is currently bordered by Román Quintana.

Recorded on Folio Two Hundred Thirty-Eight (238) of Book Two Hundred Fifty-One (251) of Ponce, Farm number Nine Thousand Nine Hundred Eighteen (9,918), third recording.

It has a value of Two Thousand Dollars ($2,000.00)

*Folio 88*
*Book 422*
*Farm (-14642)*
*today 6672*
*Rec. 4*

"C" - RURAL PROPERTY: Plot of land consisting of Four cuerdas, equivalent to One hectare, Fifty-Seven ares, and twenty-two centiares, equal to Fifteen Thousand Seven Hundred Twenty-One point Sixty square meters (15,721.60 m²), located in Barrio Marueño of the Municipality of Ponce, Puerto Rico. Bordered to the North by lands of Mr. Ramón Quintana; and to the South, East, and West by lands of Mr. Antonio Batiz.

Recorded on Folio Eighty-Six (86) of Book Four Hundred Twenty-Two (422), municipality of Ponce, Farm number Fourteen Thousand Six Hundred Forty-Two (14,642), first recording.

[Initials]

It has a value of Two Thousand Dollars ($ 2,000.00)

*Folio 83*
*Book 422*
*Farm (4641)*
*Today 6671*
*Rec. - 4*

[Seal]

"D" RURAL PROPERTY: Plot of land located in Barrio Marueño of the municipality of Ponce, Puerto Rico, consisting of Eight cuerdas, equivalent to Three hectares, Fourteen ares, and forty-three centiares, equal to Thirty-One Thousand Four Hundred Forty-Three point Twenty square meters (31,443.20 m²).
Bordered to the North and East by lands of Mr. Román Quintana; to the South by lands of Antonio Batíz and Román Quintana; and to the West by the Marueño River.

Recorded on Folio Eighty-One (81) of Book Four Hundred Twenty-Two (422), municipality of Ponce, Farm number Fourteen Thousand Six Hundred Forty-One (14,641), first recording.

It has a value of Four Thousand Dollars ($ 4,000.00)

*Folio (reverse of*
*[Illegible]25*
*[Illegible]*
*Book (255)*
*62*
*Farm (10,002)*
*6674*
*Rec. - 4*

[Seal]

"E" - RURAL PROPERTY: Four cuerdas of land, more or less, equivalent to one hectare, Fifty-Seven ares, twenty-one centiares, equal to Fifteen Thousand Seven Hundred Twenty-One point Sixty square meters (15,721.60 m²), located in Barrio Marueño of Ponce. Bordered to the North by Vicente, Juana, Miguel Maldonado and Ramona Maldonado, that is, previously Santiago Maldonado; to the South by Manuel Maldonado; to the East by the same Miguel Maldonado and Ramona Maldonado; and to the West by the Marueño River.

Recorded on folio eighty-one (23) of book four hundred fifty-five (255), municipality of Ponce, farm number ten thousand two (10,002). Second inscription.

It has a value of Two Thousand Dollars ($ 2,000.00)

"F"--URBAN PROPERTY: Plot located in Barrio Canas of the municipality of Ponce, Puerto Rico, in the Punto Oro Subdivision, marked with the number fifty-eight (58) of Block "O," with a surface area of THREE HUNDRED SIXTY-EIGHT SQUARE METERS AND TWENTY-SIX SQUARE CENTIMETERS (368.26 m²). Bordered to the North, for twelve meters and eighty-eight centimeters, by plot number sixty-nine of Block "O" of said Subdivision; to the South, for Sixteen, correction, Sixteen meters and forty-one centimeters, by street number One of said Subdivision; to the East, for twenty-five meters, by plot number fifty-seven of Block "O" of said Subdivision; and to the West, for twenty-five meters, by plot number fifty-nine of the same Block "O" of the Subdivision.

*Folio: reverse of 118*
*Book: (1361)*
*571*
*Farm: (38,975)*
*Today 5708*
*Rec.: 3*

The plot described above contains a reinforced concrete residence, for housing purposes of a single family.

[Seal]

Recorded on Folio One Hundred Eighteen (118) of Book One Thousand Three Hundred Sixty-One (1,361) of the municipality of Ponce II, Farm number Five Thousand Seven Hundred Eight (5,708) according to its second inscription.

The property described above was acquired, pursuant to deed number Eighteen, granted in the city of Ponce, Puerto Rico, on June twenty-six, nineteen eighty-one, before the Notary Francisco Méndez Santana.

[Seal]

11-b

Form FmHa 427-1 PR
10/77

The borrower acquired the farm described above through purchase from
Mr. Román Quintana Colón and the Inheritance of Mrs. Juana
Maldonado, the farms described under the letters A, B, C, D,
and E
pursuant to Deed Number Twenty (20),
dated May eight, nineteen eighty-two,
granted in the city of Ponce
before the Notary Francisco Méndez Santana.
Said property is subject to the encumbrances and restrictions
described in paragraph Nineteenth of this deed.

TWELFTH: Appearing as mortgagors on this deed are: MR. LUIS G. SEDA
BONILLA, of legal age, divorced,

[Seal]

whose mailing address is: Urbanización Villa Grillasca
G-7 B, Ponce, Puerto Rico, 00731,
and a resident of Ponce, Puerto Rico.

THIRTEENTH: The proceeds of the loan recorded herein were used or shall be used for agricultural purposes and construction and/or repairs and/or improvements to the physical structures on the aforementioned farm(s).

FOURTEENTH: The mortgagor shall personally occupy and make use of any structure that has been built, improved and sold with the amount of the loan herein guaranteed and shall not lease or use said structure for other purposes without the written consent of the Government. Violation of this clause, as well as the violation of any other agreement or clause contained herein, shall cause the maturity of the obligation as if the loan term were complete and the Government shall be empowered to declare the loan due and payable and proceed to the foreclosure of the mortgage.

FIFTEENTH: This mortgage is expressly extended to all existing construction or buildings on the farm(s) described above

12

Form FmHa 427-1 PR
10/77

and all to all improvements, construction, or buildings constructed on said farm(s) during the effective period of the mortgage constituted in favor of the Government, verified by the current owners/debtors or by their heirs and assignees.

SIXTEENTH: The mortgagor hereby jointly and severally waives, for himself and on behalf of his heirs, assignees and successors or representatives, and in favor of mortgagee (Farmers Home Administration), any Homestead right that he may have, presently or in the future, related the property described in paragraph eleventh or in the buildings set thereon or that may be constructed in the future; this waiver in favor of Farmers Home Administration is permitted under Act Number Thirteen (13) of May twenty-eight (28), nineteen sixty-nine (1969) (31 L.P.R.A. 1851).

[Seal]

SEVENTEENTH: The mortgagee and mortgagor agree that any stove, oven, or heater purchased either fully or in part with funds from the loan guaranteed herein, shall be considered and understood to be part of the property encumbered by this mortgage.

EIGHTEENTH: This instrument further guarantees the rescue or recovery of any interest credit and subsidy that may be granted to the borrowers by the Government, in accordance with the provisions of Title 42 of the United States Code, Section 1490-A, (42 U.S.C. 1490-A).

[Seal]

NINETEENTH: The farms object of this mortgage are subject to the following charges and conditions:

The farm described property under letter "A," to a real right of a right-of-way easement on a strip of land of Eight

13

point Two Thousand Six Hundred Ninety-Seven cuerdas (8.2697 cdas.), in favor of the *Autoridad de Energía Eléctrica de Puerto Rico* [Puerto Rico Electric Power Authority]; and to a notation of claim in civil case number eighty-seven seventy-five (8775) for Money Collection, dated April twenty-two of nineteen twenty-seven, for Two Hundred Dollars ($200.00), Ponce Municipal Court, which notation of claim also appears on the farm described under the letter "E" ; The farm described under the letter "B" is subject to two mortgages, each in the amount of Four Hundred dollars ($400.00), granted on July fourteen, nineteen twenty-six, in favor of the bearer, with maturity dates of June thirty, nineteen twenty-eight, and June thirty, nineteen thirty ; The farms under the letters "C" and "D" are free of charges and encumbrances ; The property described under the letter "F" is subject to easements in favor of *Autoridad de las Fuentes Fluviales de Puerto Rico* [Puerto Rico Water Resources Authority], now *Autoridad de Energía Eléctrica* [Electric Power Authority], *Autoridad de Acueductos y Alcantarillados de Puerto Rico* [Puerto Rico Aqueducts and Sewer Authority], Puerto Rico Telephone Company, Municipality of Ponce, restrictive conditions on building and use, and a First mortgage in the amount of Twenty-Seven Thousand Six Hundred Fifty dollars ($27,650.00), with interest at a rate of eight and one half percent (8 1/2 %) per annum, in favor of James T. Barnes of Puerto Rico.

[Seal]

[Seal]

TWENTIETH: In reference to paragraph Seventh, which stated that in the event of

foreclosure on this mortgage, the mortgaged properties are appraised in the amount of Fifty-Seven Thousand Six Hundred Fifty Dollars ($57,650.00). No distribution is effected as regards the liability of each farm because the mortgagor expressly consents that, in the event of foreclosure, the farms shall be severally liable.

Such is the Voluntary Mortgage Deed that the appearing party agrees to and accepts, after I, the Notary, made to him the legal advisements pertinent to the nature of this granting.

[Seal]

After this deed was read by the appearing party, he ratifies its content, affixes his initials to each and every folio of same, and signs with me, the Notary. To all that is set forth in this Public Instrument, I DO ATTEST.

SIGNED: Luis G. Seda Bonilla

SIGNED, STAMPED, SEALED, AND MARKED: ISODRO MONTES CEBOLLERO, Attorney and Public Notary.
The corresponding Internal Revenue seals and the Bar Association of Puerto Rico seal are attached and duly cancelled, and the initials of the appearing parties appear on each and all of the pages of the original of this deed.
The foregoing is A TRUE AND EXACT COPY of the content of the original, which is filed in my Current Register of Public Instruments, according to the number indicated at the beginning, in my custody and to which I refer.  In witness whereof, and at the request of the interested party, I issue this copy, which I sign, seal, stamp, and mark, in Ponce, Puerto Rico, on the day of its granting.

[Signature]
ISIDORO MONTES CEBOLLERO
ATTORNEY - NOTARY
APARTADO 7594
PONCE, P.R. 00732

[Stamp]                    [Seal]

Registry [Illegible]

Submitted at *2:55 p.m.*
Entry No. *63* [Illegible]    *28*
[Illegible] *No fees*
Ponce, P.R. *May 14* , 19[Illegible]

*Taken out today, June 28, 1982.*

Registry [Illegible]

Submitted at *8:45 a.m.*
Entry No. *69* [Illegible]    *29*
[Illegible] *No fees*
Ponce, P.R. *July 2* , 19*82*

*Recorded on reverse of folio 115 of book 415 of Ponce previously, today 122, farm #10,038 previously, today 6239, recording 16. Subject*

*This document recorded where indicated in the margin next to the description of each of the farms: Farm #10,038 is subject to an easement in favor of Autoridad de Energía Eléctrica [Electric Energy Authority].*                                       [Seal]
*Farms (#14,641) and (14642) are free of charges.*
*Farm #10,002 is subject to a lien that gave rise to the notation letter A. And farm #38,975*
*is subject to the following charges: easement in favor of E.L.A. of P.R.; lease in favor of Alvaro L. [Illegible], easement in favor of Autoridad de las Fuentes Fluviales de P.R. [P.R. Water Resources Authority], easement in favor of the Autoridad de Acueductos y Alcantarillados de P.R. [P.R. Aqueducts and Sewer Authority], easement in favor of Puerto Rico Telephone Company, restrictive conditions; subject to the mortgage constituted herein.*
*Ponce, August 17, 1982* [Signature]
*No Fees*
*where indicated by the notes in the margin next to each farm. Utuado, February 22, 1982.*

pertinent to the nature of this granting.[4]

After this deed was read by the appearing party, he ratifies its content, affixes his initials to each and every folio of same, and signs with me, the Notary. To all that is set forth in this Public Instrument, I DO ATTEST.

SIGNED: Luis G. Seda Bonilla

SIGNED, STAMPED, SEALED, AND MARKED: ISODRO MONTES CEBOLLERO, Attorney and Public Notary.

The corresponding Internal Revenue seals and the Bar Association of Puerto Rico seal are attached and duly cancelled, and the initials of the appearing parties appear on each and all of the pages of the original of this deed.

The foregoing is A TRUE AND EXACT COPY of the content of the original, which is filed in my Current Register of Public Instruments, according to the number indicated at the beginning, in my custody and to which I refer. In witness whereof, and at the request of the interested party, I issue this copy, which I sign, seal, stamp, and mark, in Ponce, Puerto Rico, on the day of its granting.

[Signature]
ISIDORO MONTES CEBOLLERO
ATTORNEY - NOTARY
APARTADO 7594
PONCE, P.R. 00732

[Seal]                                                              [Stamp]

---

REGISTRY OF THE PROPERTY OF PONCE
SECTION II

Submitted at _8:05 AM_
Entry Number ___532___ of daily book _28_
Fees: A stamp of $50 cents    Num.
A receipt of $1.00    Num.
Receipt of $    Num.
Receipt of $    Num.
Total fees $ No Fees
In Ponce, P.R. on _June 22_, 19_82_.

_____
Registrar

---

[4] *Translator's Note: Scan of original document contains extensive handwriting that appears reversed and likely bled through from the other side of the paper when the copy/scan was made.*

*This document recorded where indicated in the margin next to the description of each of the farms: Farm #10,038 is subject to an easement in favor of Autoridad de Energía Eléctrica [Electric Energy Authority]. Farms #14,641 and* [Illegible] *are free of charges. Farm* [Illegible] *is subject to a Lien giving rise to the notation letter A and farm #38,975 is subject to the following charges: easement in favor of the Commonwealth of P.R., lease in favor of Alvaro L.* [Illegible], *easement in favor of Autoridad de las Fuentes Fluviales de P.R. [P.R. Water Resources Authority]; easement in favor of Autoridad de Acueductos y Alcantarillados de P.R. [P.R. Aqueducts and Sewer Authority]; easement in favor of Puerto Rico Telephone Company, Restrictive conditions. Ponce, August 8, 1982.*

  *No fees.*                              [Signature]
                                          Registrar[5]

  *Attention: there are 5 farms*

                        [Seals]

---

[5] *Translator's Note: Scan of original document contains printed text that appears reversed and likely bled through from the other side of the paper when the copy/scan was made.*

Forma FmHA 427-1 PR
10/77

---------------------------------- NUMERO **DIECINUEVE (19)**------

------------------- HIPOTECA VOLUNTARIA---------------

En **Ponce, Puerto Rico a los catorce (14) días del
mes de mayo de mil novecientos ochenta y dos (1982).**

-------------------- ANTE MI --------------------

---**ISIDORO MONTES CEBOLLERO** ------------------------

Abogado y Notario Público de esta Isla con residencia y vecindad en
**Ponce, Puerto Rico** ---- y oficina en **esta ciudad.** ----

------------------ COMPARECEN ----------------

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca
denominados de aquí en adelante el "deudor hipotecario" y cuyas
circunstancias personales aparecen de dicho párrafo.

Doy fe del conocimiento personal de los comparecientes, así como por sus
dichos de su edad, estado civil, profesión y vecindad. ------------------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre
administración de sus bienes y teniendo a mi juicio la capacidad legal
necesaria para este otorgamiento,

EXPONEN

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en
el párrafo UNDECIMO así como de todos los derechos e intereses en las
mismas, denominada de aquí en adelante "los bienes".

SEGUNDO: Que los bienes aquí hipotecados están afectos a los
gravámenes que se especifican en el párrafo UNDECIMO.

TERCERO: Que el deudor hipotecario viene obligado para con Estados
Unidos de América, actuando por conducto de la Administración de Hogares
de Agricultores, denominado de aquí en adelante el "acreedor hipotecario",
en relación con un préstamo o préstamos evidenciado por uno o más pagarés
o convenio de subrogación, denominado en adelante el "pagaré", sean uno o
más. Se requiere por el Gobierno que se hagan pagos adicionales mensuales
de una doceava parte de las contribuciones, avaluos (impuestos), primas de

FORMA FmHA 427-1 PR

1

SEP 30 1982

Forma FmHA-427-1 PR
10/77

seguros y otros cargos que se hayan estimados sobre la propiedad hipotecaria.——————————————————————

CUARTO: Se sobreentiende que: —————————————————

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la suma de principal especificada en el mismo, concedido, con el propósito y la intención de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno consolidando la Administración de Hogares de Agricultores o el Título Quinto de la Ley de Hogares de mil novecientos cuarenta y nueve, según ha sido enmendada. ————————————

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el prestamista asegurado. ——————————————

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acreedor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con el pagaré un endoso de seguro garantizando totalmente el pago de principal e intereses de dicho pagaré.—————————————

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado, determinarán en el endoso de dicha proporción del pago de intereses del pagaré que será designada como cargo anual.———

(Cinco) Una condición del aseguramiento del pago del pagaré será de que el tenedor cederá todos sus derechos y remedios contra el deudor hipotecario y cualquiera otro en relación con dicho préstamo así como también a los beneficios de esta hipoteca y aceptarán en su lugar los beneficios del seguro, y en caso de violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en cualquier convenio suplementario por parte del deudor hipotecario, a requerimiento del acreedor hipotecario endosará el pagaré al acreedor hipotecario. ————————————————————————

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca garantizará el pago del pagaré pero cuando el pagaré



—2—

Forma FmHA-427-1 PR
10/77

esté en poder de un prestamista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda, constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incumplimiento por parte del deudor hipotecario. ———————————————————

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré sea conservado por el acreedor hipotecario o en el caso de que el acreedor hipotecario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del importe del pagaré según se especifica en el subpárrafo (Uno) del párrafo NOVENO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho pagaré, su renovación o extensión y cualquier convenio contenido en el mismo, (b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garantía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí consignado, para garantizar el cumplimiento del convenio del deudor hipotecario de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el endoso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cualquier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el subpárrafo (Tres) del párrafo NOVENO de este instrumento y para asegurar el cumplimiento de todos y cada uno de los convenios y estipulaciones del deudor hipotecario aquí contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre los bienes descritos en la párrafo UNDECIMO más adelante, así como sobre los derechos, intereses, servidumbres, derechos hereditarios, adhesiones pertenecientes a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e ingreso de los mismos, toda mejora o propiedad personal en el presente o que en el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos, sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y después del vencimiento hasta que los mismos hayan sido pagados en su totalidad. En caso de ejecución, los bienes responderán del pago del principal, los intereses antes y después de vencimiento, hasta su total



—3—

Forma FmHA-427-1 PR
10/77

solvento, pérdida sufrida por el acreedor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cualquier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas, gastos y honorarios de abogado del acreedor hipotecario, toda extensión o renovación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma adicional especificada en él párrafo NOVENO de este documento. ————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente: ————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda aquí garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario. En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor hipotecario como agente cobrador del tenedor del mismo. ————————————————————————

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación y cualquier cargo por delincuencia requerido en el presente o en el futuro por los reglamentos de la Administración de Hogares de Agricultores.



(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegurado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido en el párrafo CUARTO anterior por cuenta del deudor hipotecario. ————————————————————————

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto por el acreedor hipotecario por cuenta del deudor hipotecario. ————————

Cualquier adelanto por el acreedor hipotecario tal como se describe en este subpárrafo devengará intereses a razón del **Trece y cuarto** por ciento **(13.25 %)** anual a partir de la fecha en que se venció el pago hasta la fecha en que el deudor hipotecario lo satisfaga. ————————————

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario,

—4—

FORMA FmHA-427-1 PR

Forma FmHA-427-1 PR
10/77

cualquier o todo adelanto hecho por el acreedor hipotecario para prima de seguro, reparaciones, gravámenes u otra reclamación en protección de los bienes hipotecados o para contribuciones o impuestos u otro gasto similar por razón de haber el deudor hipotecario dejado de pagar por los mismos, devengará intereses a razón del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos hasta que los mismos sean satisfechos por el deudor hipotecario. —————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipoteca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipotecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto hecho por el acreedor hipotecario no relevará al deudor hipotecario de su violación del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor hipotecario determinare. —————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para los propósitos autorizados por el acreedor hipotecario. —————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravámenes y cargas que graven los bienes o los derechos o intereses del deudor hipotecario bajo los términos de esta hipoteca. —————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requiera el acreedor hipotecario sobre los edificios y las mejoras existentes en los bienes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y otros riesgos serán en la forma y por las cantidades, términos y condiciones que aprobare el acreedor hipotecario. —————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las reparaciones necesarias para la conservación de los bienes; no cometerá ni permitirá que se cometa ningún deterioro de los bienes ni removerá ni demolerá ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca, ni removerá ni permitirá que se remueva tierra, arena, aceite, gas, carbón u otros minerales sin el consentimiento del acreedor hipotecario y prontamente llevará a efecto las reparaciones en los bienes que



—5—

FORMA FmHA-427-1 PR

Forma FmHA-427-1 PR
10/77

el acreedor hipotecario requiera de tiempo en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en tiempo pueda prescribir. ----------------------------------------------------------------

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se identifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor hipotecario personalmente operará los bienes por sí y por medio de su familia como una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a menos que el acreedor hipotecario consienta por escrito en otro método de operación o al arrendamiento. ------

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la información de sus ingresos y gastos y cualquier otra información relacionada con la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos que afecten los bienes o su uso. ---------------

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía otorgada está siendo mermada o deteriorada, y si dicho examen o inspección determinare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mermada o deteriorada, tal condición se considerará como una violación por parte del deudor hipotecario de los convenios de esta hipoteca. ------------------------------------------

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción, podrá instituir aquellos procedimientos que fueren necesarios en defensa de sus intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria para adelantos, gastos y otros pagos. ------

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acreedor hipotecario, el acreedor hipotecario es por la presente autorizado y con poderes para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar sus rentas, beneficios e ingresos de los mismos



—6—



Forma FmHA-427-1 PR
10/77

y aplicarlos en primer término a los gastos de cobro y administración y en segundo término al pago de la deuda evidenciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada, en el orden y manera que el acreedor hipotecario determinare. ————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor hipotecario puede obtener un préstamo de una asociación de crédito para producción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un tipo de interés y términos razonables para préstamos por tiempo y propósitos similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará y aceptará dicho préstamo en cantidad suficiente para satisfacer el pagaré y cualquier otra deuda aquí garantizada y pagar por las acciones necesarias en la agencia cooperativa en relación con dicho préstamo. ————————————————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido o en cualquiera convenio suplementario, o falleciere o se declarare o fuere declarado incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acreedores, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos, vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo, sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos) incurrir y pagar los gastos razonables para la reparación o mantenimiento de los bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según le conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de seguro y cualquier otro pago o gasto para la protección y conservación de los bienes y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres) de solicitar la protección de la ley. ————————————————



(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos de esta hipoteca, los del pagaré y en cualquier otro

—7—

Forma FmHA-427-1 PR
10/77

convenio suplementario, incluyendo los gastos de mensura, evidencia de título, costas, inscripción y honorarios de abogado. ————————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor hipotecario para requerir y hacer cumplir en cualquier fecha posterior los convenios, acuerdos u obligaciones aquí contenidas o similares u otros convenios y sin afectar la responsabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del gravámen, el acreedor hipotecario es por la presente autorizado y con poder en cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obligación aquí contenida o en el pagaré o en cualquier convenio suplementario; (Dos) negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el consentimiento del tenedor de dicho pagaré cuando esté en manos de un prestamista asegurado) o para el pago de cualquier deuda a favor del acreedor hipotecario, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cualquier parte de los bienes de la hipoteca aquí constituída u otorgar diferimiento o postergación de esta hipoteca a favor de cualquier otro gravámen constituído sobre dichos bienes.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca, incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones parciales, subordinación, cancelación total, radica sola y exclusivamente en el acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o interés alguno en o sobre el gravámen y los beneficios aquí contenidos, ————————————————

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cualesquiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipotecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía constituirá incumplimiento de esta hipoteca.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será remitido por correo certificado a menos que se disponga lo contrario por ley, y será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto, en el caso del acreedor hipotecario a Administración de Hogares de Agricultores, Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el caso del deudor hipotecario, a él a la dirección postal de



—8—

Forma FmHA-427-1 PR
10/77

su residencia según se especifica más adelante. ------------------

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario el importe de cualquier sentencia obtenido por expropiación forzosa para uso público de los bienes o parte de ellos así como también el importe de la sentencia por daños causados a los bienes. El acreedor hipotecario aplicará el importe que reciba al pago de los gastos en que incurriere en su cobro y el balance al pago del pagaré y cualquier deuda al acreedor hipotecario garantizada por esta hipoteca, y si hubiere algún sobrante, se reembulsará al deudor hipotecario. ------------------

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmendada, el deudor hipotecario por la presente tasa los bienes hipotecados en la suma de **CINCUENTA Y SIETE MIL SEISCIENTOS CINCUENTA DOLARES ($57,650.00).** ------------------

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requerimiento y se considerará en mora sin necesidad de notificación alguna por parte del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Administración de Hogares de Agricultores ahora en vigor y a futuros reglamentos, no inconsistentes con los términos de esta hipoteca, así como también sujeta a las leyes del Congreso de Estados Unidos de América que autorizan la asignación y aseguramiento del préstamo antes mencionado. ------------------

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:

Una. En todo tiempo cuando el pagaré relacionado con párrafo TERCERO de esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor hipotecario cediere esta hipoteca para asegurar el pago de **TREINTA MIL ............. DOLARES ($ 30,000.00** el principal de dicho pagaré, con sus intereses según estipulados a razón del **Trece y cuarto** por ciento (13.25%)

Dos. En todo tiempo cuando el pagaré es poseído por un prestamista asegurado:

(A)

   **TREINTA MIL ............** DOLARES **($30,000.00)**

--9--

Forma FmHA 427-1 PR
10/77

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado por motivo del incumplimiento del deudor hipotecario de pagar los plazos según se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO, Tercero; ———————————————

(B)

**CUARENTA Y CINCO MIL** ........DOLARES ( $ **45,000.00** )

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda sufrir bajo su seguro de pago del pagaré; —————————————

Tres. En cualquier caso y en todo tiempo; ——————————————————

(A)

**DOCE MIL** ................. DOLARES ( $ **12,000.00** )

para intereses después de mora; ——————————————————————

(B)

**SEIS MIL** ................. DOLARES ( $ **6,000.00** )

para contribuciones, seguro y otros adelantos para la conservación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo SEXTO, Tercero; ——————————————————————

(C)

**TRES MIL** ................. DOLARES ( $ **3,000.00** )

para costas, gastos y honorarios de abogado en caso de ejecución; —————

(D)

**TRES MIL** ................. DOLARES ( $ **3,000.00** )

para costas y gastos que incurriere el acreedor hipotecario en procedimientos para defender sus intereses contra cualquier persona que intervenga o impugne el derecho de posesión del deudor hipotecario a los bienes según se consigna en el párrafo SEXTO, Trece.————————————————

DECIMO: Que el (los) pagaré(s) a que se hace referencia en el párrafo TERCERO de esta hipoteca es (son) descrito(s) como sigue:

"Pagaré otorgado en el caso número **Sesenta y tres guión trein-**
ta y tres , guión **ta y tres guión uno)**
s

(63-33- fechado el día **catorce (14)** ———
—— de **mayo** de mil novecientos **ochenta y dos** ———
(1982) .—————————————————————————————————

10

Forma FmHA 427-1 PR
10/77

por la suma de **TREINTA MIL DOLARES ($30,000.00)**——————————
——————— dólares de principal más intereses sobre el balance del principal
adeudado a razón del **TRECE Y CUARTO** ——————————————————
——————— (**13.25%** ) por ciento anual, hasta tanto su principal sea
totalmente satisfecho según los términos, plazos, condiciones y estipulaciones
contenidas en dicho pagaré y según acordados y convenidos entre el
Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
representada, de no haber sido satisfecho con anterioridad, vencerá y será
pagadero a los **CUARENTA (40)** años de la fecha de este pagaré.
——— Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido
por el Gobierno al Prestatario de conformidad con la Ley del Congreso
de los Estados Unidos de América denominada "Consolidated Farm and
Rural Development Act of 1961" o de conformidad con el "Title V of
the Housing Act of 1949", según han sido enmendadas y está sujeto a los
presentes reglamentos de la Administración de Hogares de Agricultores
y a los futuros reglamentos no inconsistentes con dicha Ley . De cuya
descripción, yo, el Notario Autorizante, DOY FE. ———————————————
UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que
se constituye Hipoteca Voluntaria, se describe como sigue: ————————————
———"A"- RUSTICA : Porción de terreno sin nombre, que
radica en el término municipal de Ponce, Barrio————
Marrueño, con cabida de cuarenta cuerdas, más o menos
equivalentes a quince hectáreas, setenta y dos áreas,
dieciseis centiáreas , iguales a Ciento cincuenta y-
siete mil doscientos dieciseis metros cuadrados———————
(157,216 m/c), colindando al Norte con Sucesión de-
Don Sandalio Rivera Luna, por el Sur, Sucesión————
Maldonado y Don Claudino Chamorro, por el Este, la-
citada Sucesión de Don Sandalio Rivera y el referido-
Don Claudino Chamorro , y por el Oeste, el Río————
Marueño".—————————————————————————————

———Inscrito al Folio Ciento once (111) del Tomo————
Cuatrocientos quince (415) de Ponce Finca número———
Diez mil cero treinta y ocho (10,038).—————————————

———La antes descrita Finca tiene un valor de Veinte——
Mil Dólares ($20,000.00).———————————————————————

———"B"-RUSTICA : Predio de terreno compuesto de cuatro
cuerdas y cuadro, equivalentes a una hectárea, ———————
sesenta y siete áreas y cuatro centiáreas, más o menos
iguales a Quince mil setecientos veintiuno punto———————
sesenta metros cuadrados (15,721.60 m/c), radicados——
en el Barrio Marueño del término municipal de Ponce,-
colindando al norte, con terrenos de Don Sandalio————
Rivera hoy su Sucesión , al Sur, con Manuel ——————————



Folio—115
Tomo-(415)
       122
Finca 10/038
170 - 16
por al
f. 268
f. 104

Folio —
Tomo = 10
Finca —

11

Maldonado Velázquez, y por el Este y Oeste con------
terrenos de Don Sandalio Rivera, hoy su Sucesión.---
Se hace constar que actualmente, por el Oeste y-----
Norte, esta finca colinda con Román Quintana.--------

---Inscrito al Folio Doscientos Treinta y ocho (238)
del Tomo Doscientos cincuenta y uno (251) de Ponce,-
Finca número Nueve mil novecientos dieciocho (9,918)
inscripción tercera.--------------------------------

---Tiene un valor de Dos mil dólares ($2,000.00).---

---"C" - RUSTICA : Predio de terreno compuesto de---
Cuatro cuerdas, equivalentes a Una hectárea,--------
Cincuenta y siete áreas y veintidos centiáreas,-----
iguales a Quince mil setecientos veintiuno punto----
sesenta metros cuadrados (15,721.60 m/c), radicado--
en el Barrio Marueño del término Municipal de Ponce,
Puerto Rico, en lindes por el Norte con terrenos del
Sr. Román Quintana, y por el Sur, Este y Oeste con--
terrenos de Don Antonio Batiz.----------------------

---Inscrito al Folio Ochenta y seis (86) del Tomo---
Cuatrocientos veintidos (422), municipio de Ponce,--
Finca número Catorce mil seiscientos cuarenta y dos-
(14,642), inscripción primera.----------------------

---Tiene un valor de Dos mil dólares ($2,000.00).---

---"D" - RUSTICA : Predio de terreno radicado en el
Barrio Marueño del término municipal de Ponce,Puerto
Rico, compuesto de Ocho cuerdas, equivalentes a Tres
hectáreas, Catorce áreas y cuarenta y tres centi----
áreas, iguales a Treinta y un mil cuatrocientos-----
cuarenta y tres punto Veinte metros cuadrados-------
(31,443.20 m/c.).-----------------------------------
En lindes por el Norte y Este con terrenos de Don---
Román Quintana, por el Sur con terrenos de Antonio--
Batiz y Román Quintana y por el Oeste, con el Río---
Marueño.--------------------------------------------

---Inscrito al Folio Ochenta y uno (81) del Tomo----
Cuatrocientos veintidos (422), municipio de Ponce,--
Finca número Catorce mil seiscientos cuarenta y uno-
(14,641), inscripción primera.----------------------

---Tiene un valor de Cuatro mil dólares ($4,000.00).

---"E" - RUSTICA : Cuatro cuerdas de terreno más o-
menos, equivalentes a una hectárea, Cincuenta y siete
áreas, veintiuna centiáreas, iguales a Quince mil----
setecientos veintiuno punto sesenta metros cuadrados
(15,721.60 m/c), radicadas en el Barrio Marueño de--
Ponce , colindando al Norte, digo El Norte, con-----
Vicente, Juana, Miguel Maldonado y Ramón Maldonado,
digo antes Santiago Maldonado, al Sur con Manuel----
Maldonado, al Este, con el mismo Miguel Maldonado y
Ramona Maldonado , y por el Oeste don al Río-------
Marueño.--------------------------------------------

---Inscrita al Folio Veintitres (23) del Tomo------
Doscientos cincuenta y cinco (255) del municipio de-
Ponce, Finca número Diez mil dos (10,002),---------
inscripción segunda .----------------------------

---Tiene un valor de Dos mil dólares ($2,000.00).---

---"F"--URBANA : Solar radicado en el Barrio Canas--
del término municipal de Ponce, Puerto Rico, en la-
Urbanización Punto Oro, marcado con el número-------
Cincuenta y ocho (58) del Bloque "O", con un área----
superficial de TRESCIENTOS SESENTA Y OCHO METROS----
CUADRADOS CON VEINTISEIS CENTIMETROS CUADRADOS------
(368.26 m/c); en lindes por el Norte, en doce metros
con ochenta y ocho centímetros , con el solar número
sesenta y nueve del Bloque "O" de dicha Urbanización,
por el Sur, en Dieciseis, digo Dieciseis metros con-
cuarenta y un centímetros, con la calle número Uno--
de dicha Urbanización , por el Este, en Veinticinco
metros con el solar número cincuenta y siete del----
Bloque "O" de dicha Urbanización , y por el Oeste,--
en veinticinco metros, con el solar número cincuenta
y nueve del mismo Bloque "O" de la Urbanización.-----
---El antes descrito solar contiene una residencia-
de hormigón reforzado, para fines residenciales de-
una sola familia .-----------------------------

---Inscrita al Folio Ciento dieciocho (118) del-----
Tomo Mil trescientos sesenta y uno (1,361) del------
municipio de Ponce II, Finca número Cinco mil-------
setecientos ocho (5,708) por su inscripción segunda.

---Fue adquirida la anterior descrita propiedad,----

según consta de la escritura número Diociocho,------

otorgada en la ciudad de Ponce, Puerto Rico , el día

veintiseis de junio de mil novecientos ochenta y uno

ante el Notario Francisco Méndez Santana,-----------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

---------------------------------------------------

11-b

Forma FmHA 427-1 PR
10/77

Adquirió el prestatario la descrita finca por compra a--------
Don Román Quintana Colón y la Sucesión de Doña Juana--
Maldonado, las fincas descrita bajo las letras A,B,C,D,
y E según consta de la Escritura Número  Veinte (20) ----------

-------------- de fecha Ocho de mayo de mil novecien-

tos ochenta y dos otorgada en la ciudad de  Ponce -------

ante el Notario  Francisco Méndez Santana .-------------

Dicha propiedad se encuentra  afecta a las cargas y-------

restricciones  que se describen en el párrafo -------

Décimo Noveno de esta escritura .-----------------------

------------------------------------------------------

---------------------------------------------------------

-----------------------------------------------------------

DUODECIMO:  Que comparecen en la presente escritura como------

Deudores Hipotecarios  DON LUIS G. SEDA BONILLA , mayor--

de edad, divorciado  ,-----------------------------

cuya direccion postal es:  Urbanización Villa Grillasca--

G-7 B , Ponce, Puerto Rico 00731 ,--------------------

y vecino de Ponce, Puerto Rico ,-----------------------

DECIMO TERCERO: El importe del préstamo aquí consignado se

usó ó será usado para fines agrícolas y la construcción y/o

reparación y/o mejoras de las instalaciones físicas en la-----

finca(s) descrita(s).-------- --------------- --- ---- --- ----

DECIMO CUARTO: El prestatario ocupará personalmente y usará--

cualquier estructura que haya sido construída, mejorada o-----

comprada con el importe del préstamo aquí garantizado y no----

arrendará o usará para otros fines dicha estructura a menos que

el Gobierno lo consienta por escrito. La violación de esta---

clausula como la violación de cualquiera otro convenio o cláu-

sula aquí contenida ocasionará el vencimiento de la obligación

como si todo el término hubiese transcurrido y en aptitud el

Gobierno de declarar vencido o pagadero el préstamo y proceder

a la ejecución de la hipoteca.--------------------------- ----

DECIMO QUINTO: Esta hipoteca se extiende expresamente a toda

construcción o edificación existente en la(s) finca(s) antes--



12

Forma FmHA 427-1PR
10/77

descrita(s) y a toda mejora, construcción o edificación que
se construya en dicha finca(s) durante la vigencia del ------
préstamo hipotecario constituido a favor del Gobierno, veri-
ficada por los actuales dueños deudores o por sus cesionarios
o causahabientes.

DECIMO SEXTO:   El deudor hipotecario por la presente------
renuncia mancomunada y solidariamente por sí y a nombre de--
sus herederos causahabientes, sucesores o representantes a--
favor del acreedor (Administración de Hogares de -----------
Agricultores), cualquier derecho de Hogar Seguro (Homestead)
que en el presente o en el futuro pudiera tener en la ------
propiedad descrita en el párrafo undécimo y en los edificios
allí enclavados o que en el futuro fueran construídos; ------
renuncia esta permitida a favor de la Administración de ----
Hogares de Agricultores por la Ley Número trece (13) del ---
veintiocho (28) de mayo de mil novecientos sesenta y nueve--
(1969) (31 L.P.R.A. 1851).----------------------------------

DECIMO SEPTIMO:  El acreedor y el deudor hipotecario -------
convienen en que cualquier estufa, horno, calentador compra-
do o financiado total o parcialmente con fondos del préstamo
aquí garantizado, se considerará e interpretará como parte--
de la propiedad gravada por esta Hipoteca.------------------

DECIMO OCTAVO : Este Instrumento garantizará así------
mismo el rescate o recuperación de cualquier crédito-
por intereses o subsidio que pueda otorgarse a los---
prestatarios por el Gobierno de acuerdo con las------
disposiciones del Título 42 del Código de los Estados
Unidos , Sección 1490-A , (42 U.S.C. 1490-A)--------
DECIMO NOVENO : Las fincas objeto de esta Hipoteca--
están afectas a las siguientes cargas y condiciones:--
--La descrita bajo la letra "A", a derecho real de----
servidumbre de paso sobre una faja de terreno de Ocho



13

punto Dos mil Seiscientos Noventa y Siete cuerdas---
(8.2697 cdas.), a favor de la Autoridad de Energía--
Eléctrica de Puerto Rico ; y a una anotación de-----
demanda en el caso civil número ochenta y siete-----
setenta y cinco (8775) sobre Cobro de Dinero, de----
fecha veintidos de abril de mil novecientos veinti-
siete, por Doscientos Dólares ($200.00), Corte------
Municipal de Ponce, cuya anotación de demanda------
también aparece anotada en la finca descrita bajo la
letra "E" ; La finca descrita bajo la letra "B" se-
encuentra afecta a dos hipotecas, por el importe de-
Cuatrocientos dólares ($400.00) cada una, otorgadas-
el catorce de julio de mil novecientos veintiseis,--
a favor del portador, con fechas de vencimiento-----
treinta de junio de mil novecientos veintiocho y----
treinta de junio de mil novecientos treinta ; Las---
fincas descritas bajo las letras "C" y "D" estan----
libres de cargas y gravámenes ; La propiedad descri-
ta bajo la letra "F" se halla afecta a servidumbres-
a favor de la Autoridad de las Fuentes Fluviales de-
Puerto Rico, ahora Autoridad de Energía Eléctrica,--
Autoridad de Acueductos y Alcantarillados de 'Puerto-
Rico , Puerto Rico Telephone Company, Municipio de--
Ponce , condiciones restrictivas sobre edificación--
y uso , y a una Primera hipoteca por la suma de-----
Veintisiete Mil Seiscientos Cincuenta dólares------
($27,650.00) , con intereses a razón del cinco y ---
medio por ciento (8 1/2 %) anual , a favor de James-
T. Barnes of Puerto Rico.----------------------------
VIGESIMA : Con relación a la Cláusula séptima , en-
la cual se hace constar que para el caso de--------



ejecución de esta hipoteca se tasan los bienes------

hipotecados en la suma de Cincuenta y siete mil-----

Seiscientos cincuenta Dólares ($57,650.00), no se-

hace distribución en cuanto a la responsabilidad---

de cada una de las fincas porque el deudor hipote---

cario expresamente consiente a que en caso de ejecu-

ción, las fincas responderán solidariamente .-------

---Tal es la escritura de hipoteca Voluntaria que---

formaliza y acepta al compareciente, luego que Yo,--

el Notario , le hice las advertencias legales-------

pertinentes a la naturaleza del presente otorgamien-

to .-----------------------------------------------

---Leída esta escritura por el compareciente, en su-

contenido se ratifica , estampa sus iniciales en ---

todos y cada uno de los folios de la misma, y la----

firma conmigo, el Notario , que de todo lo consigna-

do en este Instrumento Público , DOY FE.------------

FIRMADO:      Luis. G. Seda Bonilla --------

FIRMADO, SIGNADO, SELLADO  Y  RUBRICADO: ISIDORO MONTES
CEBOLLERO, Abogado y Notario Público.

Hay adheridos los correspondientes sellos de Rentas Internas y el sello del Cole-
gio de Abogados de Puerto Rico, debidamente cancelados y existen las iniciales
de los otorgantes en todos los folios del original de esta escritura.

CORRESPONDE BIEN Y FIELMENTE, el anterior testimonio con el original de su
contenido, obrante en mi Protocolo Corriente de Instrumentos Públicos, según el
número al principio indicado, bajo mi custodia y al cual me remito. EN FE de
ello y a petición de la parte interesada, expido la presente que firmo, sello,
signo y rubrico en Ponce, Puerto Rico. Hoy día de su otorgamiento.

ISIDORO MONTES CEBOLLERO
ABOGADO-NOTARIO
APARTADO 7594
PONCE, P. R. 00732





pertinentes a la naturaleza del presente ----------

otorgamiento.---------------------------------------

----Leída esta escritura por el compareciente, su
contenido se enteró, ---estampa sus iniciales en----
todos y cada una de los folios de la misma, y la
firma conmigo, el Notario, que de todo --------------
consignado en este Instrumento Público, DOY FE.

Luis G. Seda Bonilla - - - - - - - - - - -

-----FIRMADO, SIGNADO, SELLADO Y RUBRICADO----------
CEBOLLERO, Abogado y Notario Público.

ISIDORO MONTES CEBOLLERO
ABOGADO-NOTARIO
APARTADO 7594
PONCE, P. R. 00732

REGISTRO DE LA PROPIEDAD DE PONCE
SECCION II
Presentado a la (s)
Asiento Núm.
Deras; Un r. llo de 50¢        Núm.
Un comprobante de   $1.00    Num.
                comprobante de $          N.
                comprobante de $          N
Total Dera.   $
En Ponce, P. R., a       de        de 19

Registrador (a)

Inscrito este documento allí donde se indican al margen de la descripción de cada una de las fincas. La finca #10,038 está afecta a servidumbre a favor de la Autoridad de Energía Eléctrica. Las fincas ... están libre de cargas. La finca #14,641 ... afecta a Embargo que motivó la anotación letra A y la finca #38,975 afecta a las siguientes cargas: servidumbre a favor del Estado Libre Asociado de P.R. arrendamiento a favor de Marco L. Cardona; servidumbres a favor de la Autoridad de las Fuentes Fluviales de P.R. servidumbre a favor de la Autoridad de Acueductos y Alcantarillados de P.R. servidumbre a favor de la Puerto Rico Telephone Company, a condiciones restrictivas. Ponce, a 8 de agosto de 1983.

Registradora

Ojo son

ISIDORO MONTES ... PUERTO RICO

REGISTRO DE LA PROPIEDAD ... JUSTICIA ... PONCE ... PUERTO RICO

Margin notes: I CERTIFY: That the first certified copy of this deed was issued today to the party concerned. I BEAR WITNESS.
[Signature]
ERASMO LEON ROSARIO
NOTARY

## PUBLIC DEED NUMBER SEVENTY-FIVE (75)

### RE: SALE, RECOGNITION OF OBLIGATION, MORTGAGE MODIFICATION, MORTGAGE LOAN LIQUIDATION AND PARTIAL RELEASE FROM MORTGAGES ENCUMBERING FARMS

In the city of Juana Díaz, Puerto Rico on June twenty-three, nineteen eighty-eight,

### IN MY PRESENCE

ERASMO LEON ROSARIO, Attorney and Notary for Puerto Rico, with residence in Ponce, and offices in Juana Díaz, Puerto Rico, Bar Association number five thousand five hundred and forty-two (5542),

### THERE NOW APPEAR

AS THE FIRST PARTY: MR. LUIS GUILLERMO SEDA BONILLA, of legal, single, property owner and resident of Ponce, Puerto Rico, with Social Security number ............................................................................, hereinafter referred to as the SELLER.

AS THE SECOND PARTY: MR. ASAEL GUZMAN, ALSO KNOWN AS ASAEL GUZMAN CORREA AND MRS. ADA MINERVA TORRES ALVAREZ, who are of legal age, married to each other, he a farmer and she a homemaker, residents of Villalba, Puerto Rico; his Social Security number five hundred and ...          .               x
(

[Translator's note: The source document skips to a new page that is translated as follows:]

### THEY DECLARE

FIRST: That the SELLER is the unconditional owner of the following properties:

A. RURAL: Unnamed plot of land located in the municipality of Ponce, Barrio Marrueño, with a surface area of FORTY *CUERDAS*\*, equivalent to fifteen hectares,

---

\* Translator's note: A *cuerda* is equivalent to 0.971 acres, 3,930.39 meters squared and 42,291 squared feet.

seventy-two ares and sixteen centiares, equivalent to ONE HUNDRED AND FIFTY-SEVEN THOUSAND TWO HUNDRED AND SIXTEEN METERS SQUARED (157,216). It has the following boundaries; to the NORTH, with the heirs of Maldonado and with Mr. Claudino Chamorro; to the EAST, with the aforementioned heirs of Mr. Sandalio Rivera and the aforementioned Mr. Claudino Chamorro, and to the WEST, with the Marrueño River.

Recorded on page one hundred and fifteen, side two (115), volume four hundred and fifteen (415), farm 10,038, continuing on to page 268, volume 704.

B. RURAL: Plot of land consisting of FOUR *CUERDAS\**, approximately equivalent to one hectare, sixty-seven ares and four centiares, equivalent to FIFTEEN THOUSAND SEVEN HUNDRED AND TWENTY-ONE POINT SIXTY METERS SQUARED (15,721.60), located in Barrio Marrueño in the municipality of Ponce. It has the following boundaries: to the NORTH, with property belonging to Mr. Sandalio Rivera, presently to his heirs; to the SOUTH, with Manuel Maldonado Velázquez; and to the EAST and WEST, with property belonging to Mr. Sandalio Rivera, presently to his heirs. For the record, this farm currently borders Ramón Quintana to the WEST and NORTH.

Recorded on page two hundred and thirty-eight (238), volume two hundred and fifty-one (251) of Ponce, farm 9,918.

C. RURAL: Plot of land consisting of FOUR *CUERDAS\**, equivalent to one hectare, fifty-seven ares and twenty-two centiares, equivalent to FIFTEEN THOUSAND SEVEN HUNDRED AND TWENTY-ONE POINT SIXTY METERS SQUARED (15,721.60), located in Barrio Marrueño in the municipality of Ponce. It has the following boundaries: to the NORTH, with property belonging to Mr. Ramón Quintana; and to the SOUTH, EAST and WEST, with property belonging to Mr. Antonio Baliz.

Recorded on page eighty-eight (88), volume 422, farm 14,642, 4th recording.

D. RURAL: Plot of land located in Barrio Marrueño in the municipality of Ponce, Puerto Rico, consisting of EIGHT *CUERDAS\**, equivalent to three hectares, fourteen ares and forty-three centiares, equivalent to THIRTY-ONE THOUSAND FOUR HUNDRED AND FORTY-THREE POINT TWENTY METERS SQUARED (31,443.20). It has the following boundaries: to the NORTH and EAST, with property belonging to Mr. Román *[sic]* Quintana; to the SOUTH, with properties belonging to Antonio Baliz and Román Quintana; and to the WEST, with the Marrueño River.

Recorded on page 83, volume 422, farm 4641, presently 6671, 4th recording.

E. RURAL: Plot of land consisting of approximately FOUR *CUERDAS\**, equivalent to one hectare, fifty-seven ares and  twenty-one centiares, equivalent to FIFTEEN

---

\* Translator's note: A *cuerda* is equivalent to 0.971 acres, 3,930.39 meters squared and 42,291 squared feet.

THOUSAND SEVEN HUNDRED AND TWENTY-ONE POINT SIXTY METERS
SQUARED (15,721.60), located in Barrio Marrueño in Ponce. It has the following
boundaries: to the NORTH, with Vicente, Juan, Miguel Maldonado and Ramona
Maldonado, I mean, previously with Santiago Maldonado; to the SOUTH, with Manuel
Maldonado; to the EAST, with the aforementioned Manuel Maldonado and Ramona
Maldonado, and to the WEST, with the Marrueño River.

Recorded on page 25, volume 255, farm 10,002, presently 6674, 4th recording.

F. URBAN: Lot located in Barrio Canas Canas in the municipality of Ponce, Puerto Rico,
in the Punto Oro Urbanization, designated as number fifty-eight of the O Block, with a
surface area of THREE HUNDRED AND SIXTY-EIGHT POINT TWENTY-SIX
METERS SQUARED (368.26). It has the following boundaries: to the NORTH, twelve
point eighty-eight meters with lot number sixty-nine of the O Block of said urbanization;
to the SOUTH, sixteen point forty-one meters with street number one of said
urbanization; to the EAST, twenty-five meters with lot number fifty-seven of the O Block
of said urbanization; and to the WEST, twenty-five meters with lot number fifty-nine of
the O Block of said urbanization.

It bears a reinforced concrete home designed as a single family residence.

Recorded on page 118, volume 1,361 of Ponce, Section II, farm 5,708, second recording.

## TITLES AND CHARGES

The SELLER acquired the properties described as letters A,B,C,D and E through
purchase from Mr. Román Quintana Colón and the heirs of Mrs. Juana Maldonado,
pursuant to deed number twenty (20), executed in the city of Ponce, Puerto Rico, on May
eight, nineteen eighty-three, before the Notary Francisco Méndez Santana.

He acquired farm F through purchase, pursuant to deed number eighteen, executed in the
city of Ponce, Puerto Rico, on June twenty-six, nineteen eighty-one, before the Notary
Francisco Méndez Santana.

## CHARGES

Said properties are encumbered by three mortgage notes in favor of the United States of
America, in the following amounts:
A. THIRTY THOUSAND DOLLARS ($30,000.00), with an interest rate of THIRTEEN
AND ONE QUARTER PERCENT (13.25%), due in forty years.

B. FIVE THOUSAND DOLLARS ($5,000.00), furnished pursuant to deed number
twenty-eight, executed on June twenty-one, nineteen eighty-two, before the Notary
Isidoro Montes Cebollero.

C. TWO THOUSAND DOLLARS ($2,000.00), furnished pursuant to deed number one,

executed on January twelve, nineteen eighty-three, before the Notary Isidoro Montes Cebollero.

SECOND: The SELLER states that, in order to transfer the property to the BUYERS, he requested the permission of the mortgagee, United States of America and, in addition, requested liquidation of the loan mentioned in the Charges section, under letter A, which had an unpaid balance on June twenty-three, nineteen eighty-eight of THIRTY-ONE THOUSAND ONE HUNDRED AND FORTY-THREE DOLLARS AND FORTY-SEVEN CENTS ($31,143.47) of principal, plus TWENTY-FOUR THOUSAND AND NINETY-ONE DOLLARS AND ONE CENT ($24,091.01) of interests, for a total of FIFTY-FIVE THOUSAND TWO HUNDRED AND THIRTY-FOUR DOLLARS AND FORTY-EIGHT CENTS ($55,234.48).

THIRD: That said request having been submitted to the Farmers Home Administration to determine the eligibility of the BUYERS to receive the benefits of the Congress law known as "Consolidated Farmers Home Administration Act of 1961", and after the necessary processing, they qualified to receive said benefits, acquire the property and continue making payments on the mortgage they shall assume herein.

FOURTH: That the SELLER does hereby SELL, ASSIGN AND TRANSFER properties A,B,C,D and E, which are described and mentioned in the first paragraph of this deed, such that the BUYERS may use and enjoy it, as of today, as the sole and legal owners without any limitation whatsoever.

FIFTH: This sale is carried out at the price of FIFTY-FOUR THOUSAND DOLLARS ($54,000.00), which the BUYERS will retain per their agreement in order to assume the FIFTY-FIVE THOUSAND TWO HUNDRED AND THIRTY-FOUR DOLLARS AND FORTY-EIGHT CENTS ($55,234.48) that the SELLER owes to the United States of America, of which amount the BUYERS assume the sum of FIFTY-FOUR THOUSAND DOLLARS ($54,000.00), and the remainder, that is ONE THOUSAND TWO HUNDRED AND THIRTY-FOUR DOLLARS AND FORTY-EIGHT CENTS ($1,234.48), shall continue to be the responsibility of the SELLER herein.

SIXTH: The BUYERS acknowledge and become the sole and principal payers of the mortgage debt that the SELLER had contracted with the United States of America and they hereby subrogate all their rights and debts to the United States of America in the amount of FIFTY-FOUR THOUSAND DOLLARS ($54,000.00).

SEVENTH: The Second Party state that they are personally aware of each and every one of the obligations, clauses and stipulations contained or mentioned in the promissory note referred to in the Declaratory section herein, as well as those mentioned or contained in the mortgage deed, and they hereby clearly, solemnly and absolutely agree to comply with each and every one of said obligations, clauses and stipulations as though they had been the original executors. They also agree to abide by the rules and regulations that govern these types of loans which are granted by the Farmers Home Administration and/or the Secretary of the United States Department of Agriculture, and thus they release

the First Party from the debt of FIFTY-FOUR THOUSAND DOLLARS ($54,000.00).

MODIFICATION OF PROMISSORY NOTE AND MORTGAGE PAYMENT

The Third Party, in the capacity he bears, attests that as the BUYERS, have qualified to receive benefits from the Congress law "Consolidated Farmers Home Administration Act of 1961", he has agreed to payment of the installments stipulated in the mortgage note which they assume herein, as follows:
The entire amount of the promissory note to be reamortized herein is FIFTY-FIVE THOUSAND TWO HUNDRED AND THIRTY-FOUR DOLLARS AND FORTY-EIGHT CENTS ($55,234.48), of which amount the SELLER assumes the sum of ONE THOUSAND TWO HUNDRED AND THIRTY-FOUR DOLLARS AND FORTY-EIGHT CENTS ($1,234.48), which he shall pay when or before the original due date. The amount assumed by the BUYERS shall be paid as follows: Said debt will now accrue interest at the rate of FIVE PERCENT (5%) per annum, during the forty-year period, and shall be paid in annual installments. The first shall be due on or before January first, nineteen eighty-nine and shall be in the amount of ONE THOUSAND FOUR HUNDRED AND TWENTY-ONE DOLLARS ($1,421.00), and the amount of THREE THOUSAND ONE HUNDRED AND SEVENTY-FOUR DOLLARS ($3,174.00) in subsequent years, during the aforementioned period.

EIGHTH: The Third Party, in his official capacity, gives me, the authorizing Notary, the promissory note reamortized herein, and assures me it has not been negotiated or encumbered in any way by its current owner and holder, United States of America, and once it has been identified by me, the Notary, and I have ascertained that it is the original note, I proceed to attach the following annotation to the back of the same:
This promissory note, liquidated on June twenty-three, nineteen eighty-eight, had an unpaid balance of FIFTY-FIVE THOUSAND TWO HUNDRED AND THIRTY-FOUR DOLLARS AND FORTY-EIGHT CENTS ($55,234.48), of which amount the SELLER, MR. LUIS GUILLERMO SEDA BONILLA, assumes the sum of ONE THOUSAND TWO HUNDRED AND THIRTY-FOUR DOLLARS AND FORTY-EIGHT CENTS ($1,234.48), and the remainder of FIFTY-FOUR THOUSAND DOLLARS ($54,000.00) is assumed herein by the BUYERS, MR. ASAEL GUZMAN CORREA and his wife MRS. ADA MINERVA TORRES ALVAREZ, who assume said debt and which debt is reamortized to be paid as follows: ONE THOUSAND FOUR HUNDRED AND TWENTY-ONE DOLLARS ($1,421.00) on or before January first, nineteen eighty-nine; and THREE THOUSAND ONE HUNDRED AND SEVENTY-FOUR DOLLARS ($3,174.00) in subsequent years, for the period of forty years; said debt shall now accrue interest at the rate of FIVE PERCENT (5%) per annum, pursuant to deed number seventy-five (75),

[Translator's note: The source document skips to a new and final page, translated as follows:]

ACCEPTANCE

5

The parties accept this deed as written, having found it agrees with their statements.
I, the Notary, have given the parties the pertinent legal warnings for the execution of this deed.

### EXECUTION

Thus the appearing parties state and execute, after having waived their right to request the presence of attesting witnesses, of which right I advised them.

### READING

This deed having been read out loud to the parties by me, the Notary, and the parties and witnesses having read it themselves, they ratify its contents and place their initials on each and every page of this deed, with the exception of MRS. ADA MINERVA TORRES ALVAREZ, who, although she knows how to print her name, does not know how to sign it correctly. Thus the witness, IVAN BAEZ LESPIER, of legal age, single, employed and a resident of Juana Díaz, Puerto Rico, Social Security number five eighty-four dash forty-six dash seventy-seven eighty-two (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), does so at her request.

# **CERTIFICATE**

    I hereby certify that the attached Deed of Sale, Recognition of Obligation, Mortgage Modification, Mortgage Loan Liquidation and Partial Release from Mortgages Encumbering Farms is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

DATED this 18th day of April of 2005.

Nicole Harris

WITNESS my hand and official seal hereto affixed this
18th day of April of 2005.

Signature

Notary Public
State of Washington
Rosa Walker
Commission Expires 02-01-06

Print Name: Rosa Walker
Notary Public in and for the State of Washington
My appointment expires: 02/01/06

6

NOTAS MARGINALES

...Certifico: Que en
el día de hoy se expi
dió Primera Copia
Certificada de esta
escritura a la parte
interesada. DOY FE.

ERASMO LEON ROSARIO
NOTARIO





..............ESCRITURA PUBLICA................

...NUMERO:   SETENTA Y CINCO (75) .............

...SOBRE :  COMPRAVENTA, RECONOCIMIENTO DE OBLIGACION

MODIFICACION DE HIPOTECA, LIQUIDACION DE PRESTAMO

HIPOTECARIO Y LIBERACION PARCIAL DE LAS HIPOTECAS

EXISTENTES SOBRE LAS FINCAS....................

...En la ciudad de Juana Díaz, Puerto Rico, a los

veintitres días del mes de junio de mil novecientos

ochenta y ocho.............................

.....................ANTE MI.................

...ERASMO LEON  ROSARIO, Abogado y Notario Público

de Puerto Rico, con residencia y vecindad en Ponce

estudio abierto en Juana Díaz, Puerto Rico, Número

Colegiado Cinco Mil Quinientos Cuarentidos (5542)...

.....................COMPARECEN................

...DE LA PRIMERA PARTE:  DON LUIS GUILLERMO SEDA ..

BONILLA,  quien es mayor de edad, soltero, propieta

rio y vecino de Ponce, Puerto Rico, Seguro Social ..

número                                            ..

s                               ...., deno

minado de ahora en adelante "EL VENDEDOR"..........

...DE LA SEGUNDA PARTE:  DON ASAEL GUZMAN CONOCIDO

POR ASAEL GUZMAN CORREA,  y DOÑA ADA MINERVA TORRES

ALVAREZ, quienes son mayores de edad, casados entre

agricultor él, ama de casa ella, vecinos de Villalba

Puerto Rico, Seguro Social él

v

denominados de ahora en adelante "LOS COMPRADORES"

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

---DE LA TERCERA PARTE:   ESTADOS UNIDOS DE AMERICA

actuando por conducto y a través del Administrador

de la Administración de Hogares de Agricultores a

tenor de las disposiciones de la Ley del Congreso

titulada "Consolidated Farmers Home Administration

Act of 1961", según enmendada, Columbia, Estados

Unidos de America, representada en este acto por

DON JUAN MERCADO ACEVEDO, quien es mayor de edad,

casado, empleado y vecino de Patillas, Puerto Rico,

en su carácter de Supervisor Local de la Adminis-

tración de Hogares de Agricultores, cuyo carácter

consta debidamente acreditado en el Registro de la

propiedad , Seguro Social Número

,-               denominado de ahora en adelante "El

ACREEDOR HIPOTECARIO. ---------------------------

---DOY FE de conocer personalmente a los compare-

cientes y por sus dichos la doy de sus circunstan-

cias personales, me aseguran tener y a mi juicio

tienen la capacidad legal necesaria para este otor-

gamiento y en tal virtud, libres y voluntariamente;

..................E X P O N E N..................

...PRIMERO:  Que el vendedor es dueño en pleno domi

nio de las siguientes propiedades: ................

...."A:  RUSTICA:  Porción de terreno sin nombre, que
radica en el término Municipal de Ponce, Barrio ....
Marrueño, con una cabida de CUARENTA CUERDAS, más o
menos equivalentes a quince hectáreas, setenta y dos
áreas, dieciseis centiáreas, iguales a Ciento Cin..
Cienta y siete mil doscientas dieciseis metros cua
drados (157,216 m/C), colindando al NORTE con Suce
sión Maldonada y Don Claudino Chamorro, por el ESTE,
la citada Sucesión de DOn Claudino Rivera y el refe
rido DOn Claudino Chamorro y por el OESTE , el Río:.
Marueño.......................................

...Inscrito al folio Ciento quince vuelto (115 vto)
del tomo cuatrocientos quince (415), Finca 10,038,
pasa al folio 268, tomo 704.....................$..

...."B"  RUSTICA:  Predio de terreno compuesto de
CUATRO CUERDAS Y CUADRO, equivalentes a una hectárea
sesenta y siete áreas y cuatro centiáreas, más o
menos, iguales a Quince mil setecientos veintiuno ..
punto sesenta metros cuadrados (15,721.60 m/C), radi
cados en el Barrio Marueño del término Municipal de
POnce, colindando al NORTE con terrenos de Don ...
Sandalio Rivera  hoy su Sucesión, por el SUR, con ..
Manuel Maldonado Velázquez y por el ESTE Y OESTE con
terrenos de Don Sandalio Rivera, hoy su Sucesión, se
hace constar que actualmente, por el OESTE y NORTE
esta finca colinda con Ramón Quintana.............

...Inscrita al folio doscientos treinta y ocho ..
(238), del Tomo Doscientos Cincuenta y Uni (251)
de Ponce, finca 9,910...........................

..."C"  RUSTICA:  Predio de terreno compuesto de ..
Cuatro Cuerdas, equivalentes a una hectárea, Cincuen
ta y siete areas y veintidos centiáreas, iguales a
Quince mil setecientos  veintiuno punto sesenta metros
cuadrados (15,721.60 M/C) radicado en el barrio ...
Marueño del término Municipal de Ponce, Puerto Rico,
en lindes por el NORTE con terrenos del Sr. Ramón
Quintana, y por el SUR, ESTE Y OESTE con terrenos de
DOn Antonio Batiz.............................

...Inscrito al folio ochentiocho (88), tomo 422,
finca 14642, hoy 6672, inscripción 4.............

..."D"  RUSTICA:  Predio de terreno radicado en el
Barrio Marueño del término Municipal de Ponce, Puerto
Rico, compuesto de Ocho cuerdas, equivalentes a Tres
hectáreas, Catorce áreas y cuarenta y tres centiáreas
iguales a Treinta y un mil cuatrocientos cuarenta y
tres punto Veinte metros cuadrados  (31,443.20 M/C)
en lindes por el NORTE y ESTE con terrenos de DOn
Román Quintana, por el SUR con terrenos de Antonio
Batiz y Román Quintana, y por el OESTE, con el Río
Marueño...................................

...Inscrito al folio 83, del tomo 422, finca 4641
hoy 6671, inscripción 4ta........................

Se Dicen que se
Mete la Colindancia
Sur de la finca, y
segun Registro por el
Sur, Con lo da la
Sucesión Maldonado
y esto del Claudino
Chamorro

folio: 269
O G  tomo: 704 E
   (fca: 10,038)
         6339
mr/8.

A UNTA VII
X M la

folio: 89 alto
tomo: 422
fca: (14,642) Cin6
y del c

folio: 84 vuelto
tomo: 422
fca: (14,641) 6671
mo 6to

LCDO. ERASMO LEON ROSARIO
ABOGADO
NOTARIO
PUERTO RICO

folio: 27
tomo: 255
finca (10,002)
6674
ins 5to.



a-G-C

A- interior
Urna.

CDO. ERASMO LEON ROSARIO
ABOGADO
NOTARIO
PUERTO RICO

..."E" RUSTICA:  CUATRO CUERDAS de terreno más o ...
menos, equivalentes a una héctarea, Cincuenta y ..
Siete áreas, veintiuna Centiáreas iguales a QUINCE
MIL SETECIENTOS VEINTIUNO PUNTO SESENTA METROS CUA.
DRADOS (15,721.60 m/c) radicadas en el Barrio Marue
ño de Ponce, colindando al NORTE con Vicente, Juan,
Miguel Maldonado y Ramona Maldonado, digo antes San
tiago Maldonado, al SUR con Manuel Maldonado, al ..
ESTE con el mismo Miguel Maldonado y Ramona Maldona
do, y por el OESTE con el Rio Marueño...............

...Inscrito al folio 25, del tomo  255, finca 10002,
hoy 6674, inscripción 4ta........................

..."F" URBANA:  Solar radicado en el Barrio Canas
Canas del término  Municipal de Ponce, Puerto Rico,
en la urbanización Punto Oro, marcado con el número
Cincuenta y Ocho  del Bloque "O" con un área super
ficial de TRESCIENTOS SESENTA Y OCHO METROS CUADRA
DOS CON VEINTISEIS CENTIMETROS CUADRADOS (368.26 MC)
en lindes por el NORTE en doce metros con ochenta
y ocho cenlimetros, con el solar número sesenta y..
nueve del bloque "O" de dicha Urbanización, por el
SUR en diecisiete metros con cuarenta y un centimetros
con la calle número Uno de dicha Urbanización, por
el ESTE en veinticinco metros con el solar número..
Cincuenta y Siete del Bloque "O" de dicha Urbaniza
ción y por el OESTE en veinticinco metros con el so
lar número CIncuenta y nueve del mismo bloque "O"
de la Urbanización...........................

...COntiene una residencia de hormigón reforzado..
para dines residenciales de una sola familia.......

...Inscrita al folio 118 del tomo 1,361 del Munici
pio de Ponce II, finca 5,708, inscripción segunda..

...................TITULOS Y CARGAS....................

...Adquirió el vendedor las fincas descritas bajo

las letras A,B,C,D & E , mediante compra que de la

misma hiciere según surge y consta de la Escritura

número VEINTE (20), otorgada  en la ciudad de Ponce

Puerto Rico, ante el Notario Francisco Méndez ....

Santana,  allá para el ocho de mayo de mil novecien

tos ochenta y tres a ........  Don Román Quintana

Colón y la Sucesión  de Doña Juana Maldonado........

...Hubo la descrita bajo la letra "F" mediante com

pra según surge de la Escritura Número Dieciocho,

otorgada en la ciudad de Ponce, Puerto Rico, el día

veintiseis de junio de mil novecientos ochenta y uno

ante el Notario Francisco Méndez Santana..........

..................C A R G A S...................

...Se encuentran afecta dichas propiedades a tres

pagareses hipotecarios a favor de Estados Unidos de

América, por las siguientes cantidades...........

..."A" TREINTA MIL DOLARES ($30,000.00), con inte

reses a razón del trece y un cuarto........y porciento

(13.25%), vencedero a los cuarenta años...........

..."B" CINCO MIL DOLARES ($5,000.00), constituida

mediante la Escritura Número Veintiocho, otorgada

el veintiuno de junio de mil novecientos ochentidos

ante el Notario Isidoro Montes Cebollero...........

..."C DOS MIL DOLARES ($2,000.00), constituida ...

mediante la escritura número Uno otorgada el doce

de enero de mil novecientos ochenta y tres ante el

Notario Isidoro Montes Cebollero..................

...SEGUNDO: Que según manifiestan los vendedores

que con el fin de transferir la propiedad a los

compradores, solicitó el consentimiento del acreedor

hipotecario Estados Unidos de América, , asi también

solicitó la liquidación del préstamo relacioando en

la GARGAS bajo la letra "A", que al día veintitres

de junio de mil novecientos ochenta y ocho dió un

saldo deudor montante a TREINTA Y UN MIL CIENTO

CUARENTA Y TRES DOLARES CON CUARENTA Y SIETE CENTA..

VOS ($31,143.47), de principal, más VEINTICUATRO

MIL NOVENTA Y UN DOLAR CON UN CENTAVO ($24,091.01)

de intereses, osea un total de CINCUENTA Y CINCO MIL

DOSCIENTOS TREINTA Y CUATRO DOLARES CON CUARENTA Y

OCHO CENTAVOS ($55,234.48).........................

...TERCERO: Que sometida dicha solicitud para la

consideración de la Administración de Hogares de

Agricultores la candidatura de la parte compradora,

para recibir los beneficios de la Ley del Congreso

"Consolidared Farmers Home Administration Act of 19

61 y previo los trámites de rigor, fueron aprobados

para recibir dichos beneficios, adquirir la propiedad

y continuar pagando la hipoteca que aquí asumiran...

...CUARTO: Que el vendedor por la presente VENDE,

CEDE Y TRASPASA a favor de los compradores que adqui

eren las fincas descritas bajo las letras A,B,C,D,

&E, descritas y relacionadas en el HECHO PRIMERO de

esta escritura, para que éstos la usen, gocen y

disfruten desde hoy en adelante como sus únicos y

legítimos dueños sin limitación de clase alguna....

....QUINTO: Que esta venta se efectúa por la suma

de CINCUENTA Y CUATRO MIL DOLARES ($54,000.00), los

cuales han acordado los compradores,retendrán, para

de esta forma éstos asumir de los CINCUENTA Y CINCO

MIL DOSCIENTOS TRIENTA Y CUATRO DOLARES CON CUARENTA

Y OCHO CENTAVOS ($55,234.48), que el vendedor adeuda

a Estados Unidos de América, los aquí asumirán de

dicha suma, la cantidad de compraventa, es decir,

CINCUENTA Y CUATRO MIL DOLARES ($54,000.00), y el

remanente de MIL DOSCIENTOS TREINTA Y CUATRO DOLA

RES CON CUARENTA Y OCHO CENTAVOS (1,234.48), ....

seguirá siendo obligación del aquí vendedor........

...SEXTO: Los aquí compradores reconocen y se cons

tituyen como únicos y principales pagaderos de la

deuda hipoteca que con Estados Unidos de América

tenían contraída los vendedores y por la presente

se subrogan en todos sus derechos y obligaciones

para con Estados Unidos de América, por la suma

de CINCUENTA Y CUATRO MIL DOLARES ($54,000.00).....

...SEPTIMO: Manifiestan los comparecientes de la

Segunda parte que es de su conocimiento personal

todas y cada una de las obligaciones cláusulas y

estipulaciones contenidas en el pagaré relacionado

en el EXPOSITIVO ; así también contenidas o men

cionadas en la Escritura de Hipoteca y en este acto

en forma clara, solemne y terminante, se obligan

a cumplir con todas y cada una de dichas cláusulas

condiciones y estipulaciones como si ellos hubieran

sido los otorgantes originales, así como también

se obligan y comprometen a acatar las reglas y re

glamentos que gobiernan los prestamos de esta natu

raleza por la Administración de Hogares de Agricul

tores y/o el Secretario de Agricultura de Estados

Unidos de América, y en su consecuencia relevan de

la deuda de CINCUENTA Y CUATRO MIL DOLARES ........

($54,000.00) al compareciente de la primera parte..

....MODIFICACION DE PAGO DE PAGARE E HIPOTECA......

Manifiesta el compareciente de la tercera parte en

el carácter que ostenta, que habiendo sido aceptado

los comparecientes de la segunda parte para recibir

los beneficios de la Ley del Congreso Consolidated

Farmers Home Administration Act of 1961 según en

mendada ha convenido modificar la forma de pago de

los plazos consignados en el pagaré de la hipoteca

que mediante la presente asumieron en la siguiente

forma:  Que el importe  total del pagaré que aquí

se reamortizará es de CINCUENTA Y CINCO MIL DOS

CIENTOS TREINTA Y CUATRO DOLARES CON CUARENTA Y

OCHO CENTAVOS ($55,234.48), de los cuales, el ven

dedor compareciente de la primera parte asumirá la

suma de MIL DOSCIENTOS TREINTA Y CUATRO DOLARES CON

CUARENTA Y OCHO CENTAVOS ($1,234.48), los cuales

pagará en o antes de su vencimiento original, pero

los asumidos por los compradores comparecientes de

la segunda parte, serán pagadero de la siguiente

forma:  devengará intereses dicha deuda ahora a

razón del cinco porciento anual (5%), por el térmi

no de cuarenta año  pagaderos en anualidades, ven

ciendo la primera en o antes del primero de enero

de mil novecientos ochenta y nueve por la suma de

MIL CUATROCIENTOS VEINTIUN DOLAR  ($1,421.00), y

TRES MIL CIENTO SETENTA Y CUATRO DOLARES ($3,174.00)

los años subsiguientes hasta el término antes men

cionado........................................

...OCTAVO:  El compareciente de la tercera parte

en el carácter que ostenta, me entrega a mi el ..

Notario autorizante, el pagaré aquí reamortizado
quien me asegura no ha sido negociado ni gravado
en forma alguna por su actual tenedor y poseedor,
Estados Unidos de América y una vez identificado
por mí cerciorándome de que se trata del pagaré...
original procedo a poner al dorso del mismo la ...
siguiente nota: Este pagaré liquidado al veinti..
tres de junio de mil novecientos ochenta y ocho dió
un saldo deudor montante a CINCUENTA Y CINCO MIL ..
DOSCIENTOS TREINTA Y CUATRO DOLARES CON CUARENTA.
Y OCHO CENTAVOS ($55,234.48), de los cuales el
Vendedor Luis Guillermo Seda Bonilla, asumirá la..
suma de MIL  DOSCIENTOS TREINTA Y CUATRO DOLARES
CON CUARENTA Y OCHO CENTAVOS ($1,234.48); y el re
manente de CINCUENTA Y CUATRO MIL DOLARES ($54,000)
asumidos por los comparecientes de la Segunda Parte
Don Asael Guzmán Correa y su esposa Ada Minerva
Torres Alvarez,  quienes  asumen dicha deuda y a
quienes se le reamortiza para ser pagada de la si
guiente forma:   MIL CUATROCIENTOS VEINTIUN DOLAR
($1,421.00) en o antes del primero de enero de mil
novecientos ochenta y nueve; y TRES MIL CIENTO ...
SETENTA Y CUATRO DOLARES ($3,174.00), los años
subsiguientes, por el término de cuarenta años,
devengando intereses dicha deuda ahora a razón del
cinco porciento anual (5%), todo ello según surge
de la Escritura número  SETENTA Y CINCO  (75).....

..................ACEPTACION.......................

...Los comparecientes aceptan la presente escritura en la forma que ha sido redactada por ser y hallarla conforme a lo manifestado por ellos, y yo, el Notario les hice las advertencias legales pertinentes a --- este otorgamiento. .............................

.....................OTORGAMIENTO...................

...Así lo dicen y otorgan los comparecientes luego de haber renunciado al derecho que les hice saber tenían para requerir la presencia de testigos ins trumentales. -----------------------------------
----------------------LECTURA....................

---Y leída la presente Escritura en Alta voz por mí el · datario a los otorgantes y por los otorgantes y los testigos, se ratifican en su contenido estampando sus iniciales en todos y cada uno de las pági nas de esta escritura a excepción de DOÑA ADA ... MINERVA TORRES ALVAREZ, quien aunque sabe escribir su nombre en letra de molde, no puede firmarlo corréc tamente por lo que lo hace a su ruego el testigo de huella IVAN BAEZ LESPIER, quien es mayor de edad soltero, empleado y vecino de Juana Díaz, Puerto Rico, Seguro Social número Cinco Ochenta y cuatro raya cuarenta y seis raya setenta y siete ochenta y dos (584 46 7782).............................

.......................................................



. . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . . . . . . .

quien (es) junto con los demás otorgantes estampan
sus iniciales en todos y cada uno de los folios y
firman al final de esta escritura, así también las
huellas de los no firmantes al margen de cada folio
y al pie del último. -------------------------------
---DE TODO LO CUAL, y de haberse otorgado todo en
un solo acto y del contenido general de este ins-
trumento público, que firmo, signo, sello y rubrico
yo, el Notario, DOY FE. ----------------------------



(FIRMADO) JUAN MERCADO ACEVEDO, TESTIGO IVAN BAEZ LESPIER LUIS GUILLLERMO SEDA BONILLA, ASAEL GUZMAN CP ASAEL GUZMAN CORREA, ADA MINERVA TORRES ÁLVAREZ.

Firmado, signado, sellado y rubricado: ERASMO LEON ROSARIO. Tiene cancelados los sellos de Rentas Internas correspondientes y el del Impuesto Notarial del Colegio de Abogados de Puerto Rico; puesta por los otorgantes sus iniciales y por el Notario su rúbrica en cada una de los folios ................. CERTIFICO: Que lo que antecede es .......... PRIMERA .......... copia fiel y exacta del original de la escritura matriz número ....7.5............... del protocolo del año     1988 de esta Notaría a mi cargo y que se lleva a parte interesada la libro en el sitio y fecha de su otorgamiento.

ERASMO LEON ROSARIO
Notario Público

REGISTRO DE LA PROPIEDAD DE PONCE
SECCION II

Presentado a la (s) *1-55* ... de la *tarde*
Asiento Núm. *326*
Retirado *326 D-0836696*
*200 D-1991989*
*17000 D-1991986*
*172.50*
Total ... ...
En Ponce, P. R., a *31* de *Agost* de 19 *81*
Registrador (a)

Notificado hoy por los fundamentos incluidos en la notificación legajada bajo el número *1244*
*Ponce*, P. R., a *8* de *Sept* de 19 *80*

Retirado hoy 11/1/88
con comp de $170.00
D-1991986  en Ponce, P.R.

REGISTRO DE LA PROPIEDAD DE PONCE
SECCION II

Presentado a la (s) *2-55* ... de *mañana*
Asiento Núm. *163* del tomo diario *2*
Deru: Un sello de 50¢ Núm. *0836696*
Un comprobante de *10000* Núm. *0238701*
comprobante de *17000* D-*1991986*
comprobante de ... Núm. ...
Total Deru: $ *180.50*
En Ponce, P. R., a *28* de *noviembre* de 19 *90*
Registrador (a)

Notificado hoy por los fundamentos incluidos en la notificación legajada bajo el número *1680*
*Ponce*, P. R., a *12* de *dic* de 19 *90*

Retirado hoy 7/feb/91
con comp de $170.00
D-1991986  más sello 50¢

REGISTRO DE LA PROPIEDAD DE PONCE
SECCION II

Presentado a la (s) *1-53* ... de la *tarde*
Asiento Núm. *254* del tomo diario *2*
Deru: Un sello de 50¢ Núm. *0912* ... *0577*
Un comprobante de $10000 Núm. *2113856*
comprobante de $7000 Núm. D-*1991986*
comprobante de ... Núm. ...
Total Deru: $ *180.50*
En Ponce, P. R., a *8* de *Octubre* de 19 *91*
Registrador (a)

Exhibit 4

PUBLIC DEED

NUMBER: SIXTY-TWO (62)

RE: NOTARY CLARIFICATION CERTIFICATE

MARGIN NOTE

I Certify: That as on this day, First Certified Copy of this deed was issued to the interested party.
I do attest.

[Signature]
ERASMO LEON ROSARIO
NOTARY

In the City of Juana Diaz, Puerto Rico, on August thirty, nineteen ninety-one.

BEFORE ME

ERASMO LEON ROSARIO, Attorney and Notary Public with open offices in the city of Juana Diaz, Puerto Rico, and resident of the city of Ponce, Puerto Rico, Bar Association number five thousand five hundred forty-two (5542).

[Seal]

[Initials]

[Fingerprints]

APPEAR

MR. LUIS GUILLERMO SEDA BONILLA, who is of legal age, single, property owner and resident of Ponce, Puerto Rico, Social Security (XXX-XX-XXXX), THE SELLER.

THE SECOND PARTY: MR. ASAEL GUZMAN, ALSO KNOW AS ASAEL GUZMAN CORREA, AND MRS. ADA MINERVA TORRES ALVAREZ, who are of legal age, married to each other, he a Farmer, she a homemaker, and residents of Villalba, Puerto Rico, his Social Security (XXX-XX-XXXX), her Social Security (XXX-XX-XXXX); hereafter THE BUYERS.

AS THE THIRD PARTY: UNITED STATES OF AMERICA, acting through the Administrator of Farmers Home Administration, in accordance with the provisions of the Law of Congress titled "Consolidated Farmers Home Administration Act of 1961," as amended, Columbia, United States of America, represented in this act by Mr. LENIN SEPULVEDA FIGUEROA, also known as LENIN SEPULVEDA, who is of legal age, married, an employee, and resident of Sabana Grande, Puerto Rico, Social Security number (XXX-XX-XXXX), in his capacity as Local Supervisor of the Farmers Home Administration, whose capacity

[Seal]

is duly accredited at the Property Registry, hereafter "The Mortgagee."

[Initials]

[Fingerprints]

I ATTEST to being personally acquainted with the appearing parties and, through their statements, I also attest to their personal circumstances, they assure me that they have and, in my judgment, they do have the legal capacity necessary for this granting and thus, freely and voluntarily;

THEY STATE

[Seal]

FIRST: That on June twenty-three, nineteen eighty-eight, before this notary, the parties appearing herein granted Deed Number SEVENTY-FIVE (75) AND SEVENTY-SIX, the first regarding PURCHASE, ACKNOWLEDGMENT OF OBLIGATION, MORTGAGE MODIFICATION LIQUIDATION OF

MORTGAGE LOAN AND PARTIAL RELEASE OF THE EXISTING MORTGAGES ON FARMS; and the second regarding VOLUNTARY MORTGAGE.

SECOND: That in the section corresponding to the description of the properties in question, farm nine thousand nine hundred eighteen (9918) was described, identified with the letter "B." Said farm is not recorded in favor of the seller, for that reason, through this document, it is requested that same not be acknowledged; until resolved by the Notary Francisco Méndez Santana with a Petition with which the aforementioned farm can be recorded.

[Seal]

[Initials]

[Fingerprints]

Same also served as additional security for the Voluntary Mortgage, which should not be acknowledged until the aforementioned Petition is made.

THIRD: That in Deed Number Seventy-Five, the PURCHASE amount of FIFTY-FOUR THOUSAND DOLLARS ($54,000.00) was not distributed amongst the sold properties what follows:[1] The farm described in subsection "A", "C", "D" and "E" have a value of SIX THOUSAND DOLLARS ($6,000.00) each, and the farm described in subsection "F" has a value of TWENTY-FIVE THOUSAND DOLLARS ($25,000.00).

[Seal]

FIFTH:[2] It is further stated that the mortgages of FIVE THOUSAND DOLLARS AND TWO THOUSAND DOLLARS that encumber said properties, United States of America releases the properties from same: the reason for this being that the buyers do not assume said mortgages and owing to an error, although this was indicated in the Title of the Deed, the exception was not made,

---

[1] *Translator's Note: Wording on original Spanish-language document is vague.*
[2] *Translator's Note: Numbering reflects original Spanish-language document.*

which is made now through this deed.

Regarding the total sale amount of FIFTY-FIVE THOUSAND TWO HUNDRED THIRTY-FOUR DOLLARS EIGHT CENTS; it is hereby stated that the buyers assume only FIFTY-FOUR THOUSAND DOLLARS ($54,000.00); and the remainder of ONE THOUSAND TWO HUNDRED THIRTY-FOUR DOLLARS AND FORTY-EIGHT CENTS ($1,234.48); is assumed by the seller; given that it was agreed with the United States of America to pay off said amount.

[Seal]

[Initials]

[Fingerprints]

SIXTH: The mortgage Deeds are further clarified in that the farms shall be severally liable for the amount mentioned therein.

It is stated on said Deed that Juan Mercado Acevedo appeared as representative of the United State of America, who on said date was the local supervisor; but at this time the party appearing herein holds said position.

Both deeds are also clarified regarding the party who did not sign; it is hereby stated that said party's thumbprints were taken.

SEVENTH: That the Honorable Registrar of the Property take note and accept this deed as amending Deed Number SEVENTY-FIVE AND SEVENTY-SIX, granted in Juana Diaz, Puerto Rico, by the parties appearing herein, and that same be recorded.

ACCEPTANCE

[Seal]

The appearing parties accept this deed it in the manner drafted, as they found it in accordance with their agreement, I, the Notary, made the pertinent legal advisements

and, being informed of their right to read this deed themselves, but as it appears that the grantor ADA MINERVA TORRES ALVAREZ does not know how to read or write, the neighbor BRENDA IVELISSE VAZQUEZ CARTAGENA appears to witness her fingerprints. Said witness is of legal age, single, employee, resident of Juana Diaz, Puerto Rico, Social Security number XXX-XX-XXXX, and known to me, the Notary. After the Deed was read aloud twice, first by me, the Notary, and second by the witness, the appearing parties ratify the content of this Deed, granted in one act and noting that the appearing party ADA MINERVA TORRES ALVAREZ does not knows how to sign, and so requests that the fingerprint witness sign with the other grantors, and the thumbprints of the party who does not sign are hereby affixed to each of the pages of this deed.

[Initials]

[Fingerprints]

[Seal]

To all that is set forth in this public instrument, and to having observed at the same time all the formalities corresponding to this deed, and to having identified the appearing parties, I, the Notary, DO ATTEST.

[Signatures]
[Fingerprints]

[Seal]

[Stamp]

**(SIGNED)** Asael Guzmán Correa, BRENDA IVELISSE VAZQUEZ CARTAGENA, LUIS GUILLERMO SEDA BONILLA, LENIN SEPULVEDA FIGUEROA

**Signed, stamped, sealed, and marked: ERASMO LEON ROSARIO. The corresponding Internal Revenue and Bar Association of Puerto Rico seals have been cancelled; the appearing parties placed their initials and the Notary his mark on each of the folios......**
         **I CERTIFY: That the preceding is <u>FIRST</u> true and exact copy of the original deed number <u>62</u> from the notary register for the year <u>1991</u> of this Notary Office under my charge; and for delivery to the interested party, I issue it at the place and date of its granting.**

<div align="center">

[Signature]
**ERASMO LEON ROSARIO**
**NOTARY PUBLIC**

</div>

[Illegible handwriting]
[Handwritten]
Folios: 269, reverse of 89, reverse of 84, and 27
Books: 704II - 422, 422 and 255
Farms: (10,038) 6239 - (14,642) 6672        [Seals]
        (14,641) 6671 and (10,002) 6674
Recordings: 18, 6th, 6th, and 5th
October 16, 1991

        [Signature]

NOTA MARGINAL

...Certifico:      Que
en el día de  hoy se
expidió        Primera
Copia  Certificada de
esta  escritura  a  la
parte      interesada.
doy fe.

ERASMO LEON ROSARIO
NOTARIO

--------------ESCRITURA PUBLICA----------------

...NUMERO: SESENTA Y DOS   (62) ----------------

...SOBRE :   ACTA NOTARIAL ACLARATORIA.........

...En la ciudad de Juana Díaz, Puerto Rico, a

los  treinta  días  del  mes  de  agosto  de  mil

novecientos noventa y uno. --------------------

---------------------ANTE MI------------------

----ERASMO   LEON    ROSARIO,  Abogado  y  Notario

Público  con  estudio  abierto  en  la  ciudad  de

Juana  Díaz,  Puerto  Rico  y  residencia  en  la

ciudad de Ponce, Puerto Rico, Colegiado número

cinco mil  quinientos  cincuentidós (5542). -----

-----------------COMPARECE-------------------

---DON  LUIS  GUILLERMO  SEDA  BONILLA,  quien  es

mayor de edad, soltero,  propietario y  vecino de

Ponce,    Puerto    Rico,    Seguro   Social  ~~████~~

~~████████  ████  ████████  ████  ████~~

~~████  ████████████~~         EL VENDEDOR.

---DE  LA  SEGUNDA  PARTE:  DON  ASAEL  GUZMAN

CONOCIDO POR ASAEL  GUZMAN  CORREA,  Y  DOÑA ADA

MINERVA  TORRES  ALVAREZ,  quienes son mayores de

edad,  casados entre sí,  Agricultor  él,  ama de

casa  ella  y  vecinos .de Villalba, Puerto Rico,

Seguro   Social   él  ~~████~~   ~~████████~~  raya

~~████████████ ████ ████~~ y ~~████████~~

~~████~~);  ella  ~~████~~  ████████  y  ~~████~~ raya

~~████~~ y ~~████ ████ ████~~ y ~~████~~ y

~~(████████)~~;    denominados   LOS

COMPRADORES. --------------------------------

...DE LA TERCERA PARTE: ...... ESTADOS UNIDOS DE AMERICA, actuando por conducto y a través del Administrador de la Administración de Hogares de Agricultores a tenor con las disposiciones de la Ley del Congreso titulada "Consolidated Farmers Home Administration Act of 1961" según enmendada, Columbia, Estados Unidos de America, representada en este acto por DON LENIN SEPULVEDA FIGUEROA también conocido por LENIN SEPULVEDA, quien es mayor de edad, casado, empleado, vecino de Sabana Grande, Puerto Rico, Seguro Social número ▓▓▓ ▓▓▓▓▓▓▓▓ raya ▓▓▓▓ a raya ▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓ y ▓▓▓ (▓▓▓- ▓▓▓▓), en su carácter de Supervisor Local de la Administración de Hogares de Agricultores de Juana Díaz, cuyo carácter consta debidamente acreditado en el Registro de la Propiedad, denominado de ahora en adelante "El Acreedor Hipotecario"...............................

---DOY FE de conocer personalmente a los comparecientes y por sus dichos la doy de sus circunstancias personales, me aseguran tener y a mi juicio tienen la capacidad legal necesaria para este otorgamiento y en tal virtud, libres y voluntariamente;----------------------

--------------E X P O N E N----------------

---PRIMERO: Que los aquí comparecientes otorgaron allá para el veintitres de Junio de mil novecientos ochenta y ocho, ant el fedatario, la Escritura Número SETENTICINCO (75) Y SETENTISEIS, la primera sobre COMPRAVENTA, RECONOCIMIENTO DE OBLIGACION MODIFICACION DE HIPOTECA LIQUIDACION DE,......



PRESTAMO HIPOTECARIO Y LIBERACION PARCIAL DE LAS HIPOTECAS EXISTENTES SOBRE LAS FINCAS; y la segunda por HIPOTECA VOLUNTARIA.------------

-------SEGUNDO: Que en la sección correspondientes a la descripción de las propiedades en cuestión se describió la finca nueve mil novientos diez y ocho (9918) identificada con la letra "B"; la cual no consta inscrita a favor del vendedor, por lo que mediante la presente se solicita no se tome razón en cuanto a la misma; hasta tanto se solucione por el Notario Francisco Méndez Santana una Instancia con la cual si podrá inscribirse la aludida finca.------------

----Que así también se hizo constar como garantía adicional en la Hipoteca Voluntaria de la que no se debe tomar razón hasta tanto se realice la Instancia antes aludida.-----------

-----TERCERO: Que en la Escritura Número Setenticinco no se distribuyó el valor de COMPRAVENTA de CINCUENTA Y CUATRO MIL DOLARES ($54,000.00) entre las propiedades vendidas lo que se dice a continuación: La finca descrita bajo el inciso "A", "C", "D" y "E" tienen un valor cada una DE SEIS MIL DOLARES ($6,000.00) y la descrita bajo el inciso "F" tiene un valor de VEINTICINCO MIL DOLARES ($25,000.00).------

----QUINTO: Se hace constar además que las hipotecas de CINCO MIL DOLARES Y DOS MIL DOLARES que gravan dichas propiedades, Estados Unidos de América libera a las propiedades de las mismas; razón por la cual no las asumen los compradores y por error aunque en el Titulo de la Escritura se indicó no se hizo la salvedad.



lo que se hace ahora mediante la presente.------

---En cuanto al total de venta de CINCUEN A Y
CINCO MIL DOLARES DOSCIENTOS TREINTA Y CUATRO
DOLARES OCHO CENTAVOS; se hace constar que los
compradores solamente asumen CINCUENTA Y CUATRO
MIL DOLARES ($54,000.00); y el remanente de MIL
DOSCIENTOS TREINTA Y CUATRO DOLARES CON
CUARENTA Y OCHO CENTAVOS ($1,234.48); lo asume
el vendedor; toda vez que se comprometió con
Estados Unidos de América saldar dicha suma.--

---SEXTO:  Se aclara además las Escrituras de
hipotecas en cuanto a que las fincas responden
solidariamente por la cantidad que allí se
menciona. -------------------------------------

---Se hace constar que en dicha Escritura
compareció como representante de Estados Unidos
de América Juan Mercado Acevedo, quien para
dicha fecha era el supervisor local; pero en
éstos momentos lo es el aquí compareciente.-----

---Se aclaran ambas escrituras también encuanto
a la no firmante; haciéndose constar, que se le
tomaron las huellas de sus dedos pulgares.------

-----SEPTIMO:  Que se interesa del Honorable
Registrador de la Propiedad acepte la presente
y se de por enmendada la Escritura Número
SETENTICINCO Y SETENTISEIS, otorgada en Juana
Diaz, Puerto Rico, por los aquí comparecientes
y se inscriban las mismas.----------------------

............A C E P T A C I O N................

...Los otorgantes aceptan esta escritura en la
forma que ha sido redactada, por ser y
encontrarla conforme a lo por ellos acordado, Yo
El Notario, les hice las advertencias legales

pertinentes y enterados del derecho a leer por si esta escritura , pero apareciendo que la otorgante ADA MINERVA TORRES ALVAREZ no sabe leer ni escribir concurre como testigo de sus huellas digitales, la vecina BRENDA IVELISSE VAZQUEZ CARTAGENA quien es mayor de edad, soltera, empleada, vecina de Juana Diaz, Puerto Rico, Seguro Social numero Cinco Ochenticuatro raya sesenta y nueve raya sesenta y siete cero siete conocido por mi, el Notario, y habiendose dado lectura dos veces a la escritura en voz alta la primera por el Notario y la segunda por el testigo, los otorgantes se ratifican en el contenido de la Escritura otorgada en un solo acto y advirtiendo que el compareciente ADA MINERVA TORRES ALVAREZ, no sabe firmar lo hace a su ruego el testigo de huella quien firma con los demas otorgantes, asi tambien se estampan las huellas digitales de los pulgares del no firmante en todos los pliegos de esta escritura. ..De todo lo consignado en este instrumento publico y de haberse observado la unidad de acto en todas las formalidades que esta escritura conlleva y de haber identificado a los comparecientes, yo, el Notario DOY FE.



(FIRMADO)   Asael Guzmán Correa, BRENDA IVELISSE VAZQUEZ
CARTAGENA, LUIS GUILLERMO SEDA BONILLA , LENIN SEPULVEDA
FIGUEROA

Firmado, signado, sellado y rubricado: ERASMO LEON
ROSARIO. Tiene canceladas los sellos de Rentas Internas
correspondientes y el del Impuesto Notarial del Colegio de
Abogados de Puerto Rico; puesta por los otorgantes sus
iniciales y por el Notario su rúbrica en cada uno de los
folios ............................................... CERTIFICO: Que lo que
antecede es .....PRIMERA.................................... copia
fiel y exacta del original de la escritura matriz número....
......62.................... del protocolo del año .......1991 .......
de esta Notaria a mi cargo; y para entregar a parte intere-
sada la libro en el sitio y fecha de su otorgamiento. .........

ERASMO LEON ROSARIO
Notario Público

Retornada a
los:
folio: 269-89vto - 84vto y 27
Toms: 704#-422, 422 y 255
fincas (10,038) 6239 - (4,648) 6672
     (14,641) 6671 y (0,003) 6674
mss: 18, 6 t, 6 t y Sto.
14 Octubre de 1991

Exhibit 5

**FmHA Form 1940-17 (S)**
**(Rev. 11-1-78)**

<div align="center">

UNITED STATES DEPARTMENT OF AGRICULTURE
FARMERS HOME ADMINISTRATION
PROMISSORY NOTE

</div>

TYPE OF LOAN
Type: FO-LIMITED RESOURCES
In accordance with:

      X    Consolidated Farm and Rural Development Act
            Emergency Agricultural Credit Adjustment Act of 1978

Name: ASAEL GUZMAN CORREA
State: PUERTO RICO
Office: JUANA DIAZ
Case Number: 63-33-
Date: JUNE 23, 1988

ACTION REQUIRING NOTE:

|   | | |
|---|---|---|
| | Initial Loan | New Payment Plan |
| X | Subsequent Loan | Reamortization |
| | Consolidation and Subsequent Loan | Sale on Credit |
| | Consolidation | Deferred Payments |

FOR VALUE RECEIVED, the undersigned Borrower(s) and any other co-borrower, jointly and severally promise to pay to the order of the United States of America, acting through the Farmers Home Administration, United States Department of Agriculture (herein called the "Government"), or its representative, at its offices located in JUANA DIAZ, PUERTO RICO or at another location designated in writing by the Government, the principal sum of FOURTEEN THOUSAND DOLLARS ($14,000.00), plus interest on the unpaid principal of FIVE PERCENT (5%) PER ANNUM. If this note is for a Limited Resources Loan (indicated in the box above, under the heading "Type of Loan"), the Government may CHANGE THE INTEREST RATE, in accordance with the Farmers Home Administration regulations, not more frequently than a calendar trimester basis, and shall notify Borrower at his most current address by mail, with thirty (30) days' notice. The new interest rate shall not exceed the highest interest rate established by the Farmers Home Administration regulations for the type of loan indicated above.

Principal and interests shall be paid in 41 installments, as indicated below, unless modified by a different interest rate, on or before the following dates:

$369.00................on January 1, 1989

and $823.00 each January first subsequently thereafter until the principal and interests are completely paid, except for the final payment of the debt evidenced herein, which, if not sooner paid, shall be due and payable 40 years from the date of this note, with the exception that prepayments may be made as provided for below. The consideration hereof shall support any agreement modifying the schedule of payments.

If the total amount of the loan is not forwarded by the due date, the loan will be forwarded to Borrower, pursuant to request by Borrower and approval by the Government. Approval by the Government shall be granted only when the loan is requested for purposes authorized by the Government. Interests will accrue on the amount of each loan starting on the date these become effective as shown in the Payment Log at the end of this note. Borrower authorizes the Government to note the amount(s) and date(s) of any prepayment(s) in the Payment Log.

For any note that is reamortized, consolidated or with a new payment plan, interests accumulated as of the date of this instrument will be added to the principal and the new principal will accrue interests at the rate evidenced herein.

Every payment made on any indebtedness evidenced by this note shall be applied first to interests computed as of the effective payment date and then to the principal.

Payments in advance of scheduled installments, or any portion thereof, may be made at any time at the option of the Borrower. Refunds and extra payments, as defined in regulations (7 C.F.R. 1861.2) of the Farmers Home Administration, according to the source of the funds involved, shall, after payment of interest, be applied to the last installments to come due under this promissory note, and shall not affect Borrower's duty to pay the remaining installments as scheduled herein. If at any time the Government should assign this promissory note and insure payment of the same, the Borrower shall continue making payments to the Government as collecting agent of the holder.

If this note is held by an insured lender, advance payments made by Borrower may, at the Government's option, be transferred promptly by the Government to the holder, except the final payment, or such payments shall be retained by the Government and transferred to the holder either on an annual installment due date basis. The effective date of any advance payment retained and transferred by the Government to the holder on an annual installment due date basis shall be the date of Borrower's advance payment, and the Government shall pay the interest to which the holder is entitled, accruing between the effective date of any such advance payment and the date of the Treasury check paid to the holder.

Any amount forwarded or invested by the Government in order to collect on this promissory note or to preserve or protect the security of the loan or paid in any way under the terms of any security agreement or other instrument executed in relation to the loan evidenced herein, shall, at the option of the Government, become part of the loan and

2

shall accrue interest at the same rate as the principal of the debt evidenced herein and shall be immediately due and payable by the Borrower to the Government without the need of requirements.

Property constructed, improved, purchased, or refinanced in whole or in part with the loan evidenced herein shall not be voluntarily leased, surrendered, sold, transferred, or encumbered, without the previous written consent of the Government. Unless the Government gives written consent to the contrary, Borrower will personally manage said property as a farm if this is a Farm Owner (FO) loan.

If "Consolidation and Subsequent Loan", "Consolidation", "Reamortization" or "New Payment Plan" is marked in the upper box of the first page titled "Action Requiring Note", this promissory note is executed to consolidate, reamortize or as evidence of a new payment plan, but not to satisfy the principal and interests of the following promissory note(s) or assumption agreement(s) (new terms):

AMOUNT OF NOTE: $
INTERESTS: %
DATE:
ORIGINAL BORROWER:
LAST INSTALLMENT DUE:

The security documents taken in relation to the loans evidenced by the described promissory notes or other stated obligations are not affected by the execution of this consolidation, reamortization or new payment plan. These security instruments shall remain in effect and the security offered for the loans evidenced by the described promissory notes shall continue to guarantee the loan evidenced by this promissory note and by any other stated obligations.

REFINANCING AGREEMENT: If at any time the Government determines that Borrower may be able to obtain a loan from a responsible cooperative or other private credit source at reasonable rates and terms for loans for similar purposes and time periods, Borrower shall, at the Government's request, apply for and accept a loan of a sufficient amount to pay this note in full and, if the lender is a cooperative, to pay for any necessary shares.

DEFAULT: Failure to pay any debt described herein when due, or failure to comply with any condition or agreement of this document, shall constitute default under any other instrument evidencing a debt insured or guaranteed by the Government, or in any other way related to such debt, that the Borrower may have; and default under any other instrument shall constitute default under the terms of this document. UPON ANY SUCH DEFAULT, the Government, at its discretion, may declare all or part of such debt due and payable immediately.

This note is given as evidence of a loan to Borrower made or insured by the Government, pursuant to the Consolidated Farm and Rural Development Act or the Emergency

Agricultural Credit Adjustment Act of 1978 and for the type of loan indicated in the box 'TYPE OF LOAN" above. This note is subject to the present regulations of Farmers Home Administration and to its future regulations not inconsistent with the stipulations expressed herein.

Presentation, protest, and notice are hereby expressly waived.

[Signature]
ASAEL GUZMAN CORREA (BORROWER)
[Signature]
ADA MINERVA TORRES ALVAREZ (BORROWER)

HC-01 BOX 4291
VILLALBA, PUERTO RICO 00766

CERTIFICATION
I, ILEANA ECHEGOYEN, of legal age, single, a resident of Rio Piedras, Puerto Rico, in my official capacity as State Director of the Farmers Home Administration, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.
San Juan, Puerto Rico
[Signature]
IELANA ECHEGOYEN
State Director

PAYMENT LOG

| AMOUNT | DATE | AMOUNT | DATE | AMOUNT | DATE |
|---|---|---|---|---|---|
| $14,000.00 | 6/23/88 | $ | | $ | |

TOTAL: $14,000.00

# CERTIFICATE

I hereby certify that the attached Promissory Note is a true and accurate translation to the best of my knowledge, ability and belief. I am experienced, competent and certified to translate from Spanish into English.

4

DATED this 18th day of April of 2005.

Nicole Harris

WITNESS my hand and official seal hereto affixed this
18th day of April of 2005.

Signature

Notary Public
State of Washington
Rosa Walker
Commission Expires 02-01-06

Print Name: Rosa Walker
Notary Public in and for the State of Washington
My appointment expires: 02/01/06

5

(Rev. 11-1-78).

**DEPARTAMENTO DE AGRICULTURA DE ESTADOS UNIDOS**
**ADMINISTRACION DE HOGARES DE AGRICULTORES**

**PAGARE**

| CLASE DE PRESTAMO |
|---|
| Tipo: FO RECURSOS LIMITADOS |
| De acuerdo a: |
| ☒ Consolidated Farm & Rural Development Act |
| ☐ Emergency Agricultural Credit Adjustment Act of 1978 |

| Nombre    ASAEL GUZMAN CORREA | |
|---|---|
| Estado   PUERTO RICO | Oficina   JUANA DIAZ |
| Caso Núm.   63-33- | Fecha   23 DE JUNIO DE 1988 |

| ACCION QUE REQUIERE PAGARE: | |
|---|---|
| ☐ Préstamo Inicial | ☐ Nuevo Plan de Pago |
| ☒ Préstamo Subsiguiente | ☐ Reamortización |
| ☐ Consolidación y préstamo subsiguiente | ☐ Venta a Crédito |
| ☐ Consolidación | ☐ Pagos Diferidos |

POR VALOR RECIBIDO, el Prestatario(s) subscribiente y cualquier otro co-deudor mancomunada y solidariamente pagaremos a la orden de Estados Unidos de América, actuando por conducto de la Administración de Hogares de Agricultores del Departamento de Agricultura de los Estados Unidos (denominado en adelante el "Gobierno") o su cesionario en su oficina en ___JUANA DIAZ, PUERTO RICO___

o en otro sitio designado por el Gobierno por escrito, la suma principal de ___CATORCE MIL CON 00/100___

_____ dólares ($ __14,000.00__ ) más intereses sobre el principal adeudado al

_____CINCO_____ **POR CIENTO (** 5 **%)** anual. Si este pagaré es para un préstamo de Recursos Limitados (indicado en el encasillado superior "Clase de Préstamo"), el Gobierno puede **CAMBIAR EL PORCIENTO DE INTERES**, de acuerdo con los reglamentos de la Administración de Hogares de Agricultores, no más frecuente que trimestralmente, notificando por correo al Prestatario con treinta (30) días de anticipación a su última dirección. El nuevo tipo de interés no deberá exceder el porciento de interés más alto establecido en los reglamentos de la Administración de Hogares de Agricultores para el tipo de préstamo arriba indicado.

Principal e intereses serán pagados en ___41___ plazos, según indicado abajo, excepto si es modificado por un tipo de interés diferente, en o antes de las siguientes fechas:

| | | |
|---|---|---|
| $ __369.00__ en enero 1, 19 89 | $ __NA__ en enero 1, 19 ; |
| $ __NA__ en enero 1, 19 ; | $ __NA__ en enero 1, 19 ; |
| $ __NA__ en enero 1, 19 ; | $ __NA__ en enero 1, 19 ; |
| $ __NA__ en enero 1, 19 ; | $ __NA__ en enero 1, 19 ; |
| $ __NA__ en enero 1, 19 ; | $ __NA__ en enero 1, 19 ; |

y $ __823.00__ _____, subsiguientemente en enero 1 de cada año hasta que el principal e intereses sean completamente pagados excepto que el plazo final de la deuda aquí evidenciada, de no ser pagada anteriormente, vencerá y será pagadero en ___40___ años de la fecha de este pagaré y excepto que se podrán hacer pagos adelantados según se provee más abajo. La consideración aquí envuelta respaldará cualquier convenio modificando el plan de pagos.

Si la cantidad total del préstamo no es adelantada a la fecha del cierre, el préstamo será adelantado al Prestatario según solicitado por el Prestatario y aprobado por el Gobierno. La aprobación del Gobierno será dada siempre y cuando el adelanto es solicitado para un propósito autorizado por el Gobierno. Se acumularán intereses por la cantidad de cada adelanto desde su fecha actual como se demuestra en el Registro de Adelantos en el final de este pagaré. El Prestatario autoriza al Gobierno a anotar la(s) cantidad(es) y fecha(s) de tal(es) adelanto(s) en el Registro de Adelantos.

En cada pagaré reamortizado o consolidado, o con un nuevo plan de pago, los intereses acumulados a la fecha de este instrumento deberán ser sumados al principal y ese nuevo principal acumulará intereses a razón del porciento evidenciado por este instrumento.

Todo pago hecho en cualquier deuda representada por este pagaré será primero aplicado a intereses computados a la fecha efectiva del pago y después al principal.

Pagos adelantados de los pl[a]... estipulados o cualquier parte de los mism... podrán hacerse en cualquier tiempo a opción del Prestatario. Reembolsos y pagos extras, según se definen en los reglamentos (7 C.F.R. 1861.2) de la Administración de Hogares de Agricultores, de acuerdo con la fuente de los fondos envueltos, después de abonarse los intereses, se aplicarán a los últimos plazos a vencer bajo este pagaré y no afectarán la obligación del Prestatario de pagar los restantes plazos según se especifican en el mismo. Si el Gobierno en cualquier momento cediera este pagaré y asegura el pago del mismo, el prestatario continuará haciendo los pagos al Gobierno como agente cobrador del tenedor.

Mientras este pagaré esté en poder de un prestamista asegurado, los pagos adelantados hechos por el Prestatario podrán, a opción del Gobierno, ser remitidos por el Gobierno prontamente al tenedor o, a excepción del pago final, podrán ser retenidos por el Gobierno y remitidos al tenedor a base de plazo anual vencido. La fecha efectiva de todo pago hecho por el prestatario, excepto pagos retenidos y remitidos por el Gobierno al tenedor a base de plazo anual vencido será la fecha del cheque del Tesoro de los Estados Unidos mediante el cual el Gobierno remite el pago al tenedor. La fecha efectiva de cualquier pago adelantado retenido y remitido por el Gobierno al tenedor a base de plazo anual vencido, será la fecha del pago adelantado por el Prestatario y el Gobierno pagará los intereses a los cuales el tenedor tiene derecho que se devenguen entre la fecha efectiva de cualquiera de dichos pagos adelantados y la fecha del cheque del Tesoro remitido al tenedor.

Cualquier cantidad adelantada o invertida por el Gobierno para el cobro de este pagaré o para preservar o proteger la garantía del préstamo o de otra manera invertido bajo los términos de cualquier convenio de garantía u otro instrumento otorgado en relación con el préstamo aquí evidenciado, a opción del Gobierno pasará a ser parte del préstamo y devengará intereses al mismo tipo de interés que el principal de la deuda aquí evidenciada y vencerá y será pagadera inmediatamente por el Prestatario al Gobierno sin necesidad de requerimiento.

La propiedad construida, mejorada, comprada o refinanciada en total o en parte con el préstamo aquí evidenciado no será arrendada, cedida, vendida, transferida o gravada voluntariamente o de otra forma, sin el previo consentimiento por escrito del Gobierno. A menos que el Gobierno consienta lo contrario por escrito, el Prestatario operará personalmente dicha propiedad como una finca si este préstamo es a dueño de finca (FO).

Si una "Consolidación y un Préstamo Subsiguiente", "Consolidación", "Reamortización" o un "Nuevo Plan de Pago" es indicado en el encasillado superior de la primera página "Acción que Requiere Pagaré", este pagaré es otorgado para consolidar, reamortizar o evidenciar un nuevo plan de pago pero no en satisfacción del principal e intereses del siguiente pagaré(s) o convenio(s) de subrogación (nuevos términos):

| VALOR DEL PAGARE | INTERESES | FECHA | PRESTATARIO ORIGINAL | ULTIMO PLAZO A VENCER |
|---|---|---|---|---|
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |
| $ | % | ,19 | | ,19 |

Los documentos de garantía tomados en relación con los préstamos evidenciados por estos pagarés descritos u otras obligaciones relacionadas no son afectadas por el otorgamiento de esta consolidación, reamortización o nuevo plan de pago. Estos instrumentos de garantía continuarán en efecto y la garantía ofrecida para los préstamos evidenciados por los pagarés descritos permanecerán como garantía para el préstamo evidenciado por este pagaré y por cualquier otra obligación relacionada.

CONVENIO DE REFINANCIAMIENTO: Si en cualquier tiempo el Gobierno determinare que el Prestatario puede obtener un préstamo de una cooperativa responsable u otra fuente de crédito privada a un tipo de interés y términos razonables para préstamos por tiempo y condiciones similares, el Prestatario, a requerimiento del Gobierno, solicitará y aceptará el préstamo en cantidad suficiente para satisfacer este pagaré en su totalidad y pagar las acciones necesarias si el prestamista es una cooperativa.

INCUMPLIMIENTO: La falta de pago a su vencimiento de cualquier deuda aquí evidenciada o el incumplimiento de cualquier condición o acuerdo bajo este documento constituirá incumplimiento bajo cualquier otro instrumento evidenciando una deuda del Prestatario asegurada o garantizada por el Gobierno o en cualquier otra forma relacionada con dicha deuda; el incumplimiento bajo cualquier otro instrumento constituirá incumplimiento bajo los términos de este documento. COMETIDO CUALQUIER INCUMPLIMIENTO, el Gobierno, a su opción, podrá declarar toda o parte de dicha deuda vencida y pagadera inmediatamente.

Este Pagaré se otorga como evidencia de un préstamo al Prestatario concedido o asegurado por el Gobierno de conformidad con la Consolidated Farm and Rural Development Act o el Emergency Agricultural Credit Adjustment Act of 1978 y para el tipo de préstamo según indicado en el encasillado "CLASE DE PRESTAMO" más arriba. Este Pagaré está sujeto a los reglamentos presentes de la Administración de Hogares de Agricultores y a sus futuros reglamentos no inconsistentes con las estipulaciones aquí consignadas.

Presentación, protesto y aviso son por la presente expresamente renunciados.

_ASAEL GUZMAN CORREA_ (Prestatario)

_ADA MINERVA TORRES ALVAREZ_ (Prestatario)

**CERTIFICATION**

I, ILEANA ECHEGOYEN, of legal age, single a resident of Río Piedras, Puerto Rico. In my official capacity as State Director of the Farmers Home Administration, U.S. Department of Agriculture, hereby declare under penalty of perjury that this is a true and exact copy of the original document which I have under my custody.

San Juan, Puerto Rico

ILEANA ECHEGOYEN
State Director

HC-01 BOX 4291

VILLALBA, P. R.  00766

| REGISTRO DE ADELANTOS | | | | | |
|---|---|---|---|---|---|
| CANTIDAD | FECHA | CANTIDAD | FECHA | CANTIDAD | FECHA |
| $ 14,000.00 | 06-23-88 | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | | $ | |
| $ | | $ | TOTAL | $ 14,000.00 | |

Jay-Ce-Agricultura

Posición 2

Forma FmHA 1940-17 (S)
(Rev. 11-1-78)

Exhibit 6

Forma   HA 427-1(S) PR
(Rev      82)

NOTAS MARGINALES

...CERTIFICO: Que en el
dia de hoy se expidió Pri
mera copia certificada de
esta escritura a la parte
interesada. DOY FE.

ERASMO LEON ROSARIO
NOTARIO

------------------NUMERO SETENTA     .IS ...............
                          NUMBER SEVENTY SIX

------------HIPOTECA VOLUNTARIA------------
                  VOLUNTARY MORTGAGE

En Juana Diaz, Puerto Rico a veintitres de junio de mil novecientos
in Juana Diaz, Puerto Rico at twenty three day of June of nineteen

ochenta y ocho
hundred eighty eight

----------------------ANTE MI-----------------------
                    BEFORE ME

.............ERASMO LEON ROSARIO...............

Abogado y Notario Público de la Isla de Puerto Rico con residencia en  PONCE
Attorney and Notary Public for the Island of Puerto Rico, with residence in     PONCE

PUERTO RICO......, y oficina en    JUANA DIAZ, PUERTO RICO....
PUERTO RICO......, and office in     JUANA DIAZ, .....  Puerto Rico.

------------------------COMPARECEN-----------------------
                           APPEAR

Las personas nombradas en el párrafo DUODECIMO de esta hipoteca denomina-
The persons named in paragraph TWELFTH of this mortgage----------------------

dos de aquí en adelante el "deudor hipotecario" y cuyas circunstancias personales
hereinafter called the "mortgagor" and whose personal circumstances--------------

aparecen de dicho párrafo.-----------------------------------------
appear from said paragraph.----------------------------------------

Doy fe del conocimiento personal de los comparecientes, así como por sus dichos
I, the Notary, attest to the personal knowledge of the appearing parties, as well as to their--

de su edad, estado civil, profesión y vecindad.-----------------------
statements which I believe to be true of their age, civil status, profession and residence.--------

Aseguran hallarse en el pleno goce de sus derechos civiles, la libre administración
They assure me that they are in full enjoyment of their civil rights, and the free administration

de sus bienes y teniendo a mi juicio la capacidad legal necesaria para este otorga-
of their property, and they have, in my judgment, the necessary legal capacity to grant this----

miento.-----------------------------------------------
voluntary  mortgage.----------------------------------

-------------------------EXPONEN----------------------
                           WITNESSETH:

PRIMERO: El deudor hipotecario es dueño de la finca o fincas descritas en el
FIRST: That the mortgagor is the owner of the farm or farms described in----------

párrafo UNDECIMO así como de todos los derechos e intereses en las mismas---
paragraph ELEVENTH of this mortgage, and of all rights and interest in the same------

denominada de aquí en adelante "los bienes"------------------------
hereinafter referred to as "the property".--------------------------

SEGUNDO: Que los bienes aquí hipotecados están afectos a los gravámenes que
SECOND: That the property mortgaged herein is subject to the liens ------------

se especifican en el párrafo UNDECIMO.-------------------------
specified in paragraph ELEVENTH herein.-----------------------

TERCERO: Que el deudor hipotecario viene obligado para con Estados Unidos de
THIRD: That the mortgagor has become obligated to the United States----------

América, actuando por conducto de la Administración de Hogares de Agriculto-
of America, acting through the Farmers Home Administration,-----------------

res, denominado de aquí en adelante el "acreedor hipotecario", en relación con
hereinafter called the "mortgagee" in connection with----------------------

un préstamo o préstamos  enciado por uno o más pagarés o convenio de s
a loan or loans evidenced by  more promissory note(s) or assumption agreement(s)

rogación, denominado en adelante el "pagaré" sean uno o más. Se requiere por
hereinafter called "the note" whether one or more. It is required by

el Gobierno que se hagan pagos adicionales mensuales de una doceava parte de
the Government that additional monthly payments of one-twelfth of the

las contribuciones, avalúos (impuestos), primas de seguros y otros cargos que se
taxes, assessments, insurance premiums and other charges

hayan estimado sobre la propiedad hipotecada.
estimated against the property.

CUARTO: Se sobreentiende que:
FOURTH: It is understood that:

(Uno) El pagaré evidencia un préstamo o préstamos al deudor hipotecario por la
(One) The note evidences a loan or loans to the mortgagor in the

suma de principal especificada en el mismo, concedido con el propósito y la inten-
principal amount specified therein made with the purpose and intention

ción de que el acreedor hipotecario puede ceder el pagaré en cualquier tiempo y
that the mortgagee, at any time, may assign the note and

asegurar su pago de conformidad con el Acta de mil novecientos sesenta y uno
insure the payment thereof pursuant to the Act of Nineteen Hundred and Sixty-One

consolidando la Administración de Hogares de Agricultores o el Título Quinto de
consolidating the Farmers Home Administration or Title Five of

la Ley de Hogares de mil novecientos cuarenta y nueve, según han sido enmenda-
the Housing Act of Nineteen Hundred and Forty-Nine, as amended.

das.

(Dos) Cuando el pago del pagaré es garantizado por el acreedor hipotecario, puede
(Two) When payment of the note is guaranteed by the mortgagee

ser cedido de tiempo en tiempo y cada tenedor de dicho pagaré a su vez será el
it may be assigned from time to time and each holder of the insured note, in turn,

prestamista asegurado.
will be the insured lender.

(Tres) Cuando el pago del pagaré es asegurado por el acreedor hipotecario, el acree-
(Three) When payment of the note is insured by the mortgagee, the

dor hipotecario otorgará y entregará al prestamista asegurado conjuntamente con
mortgagee will execute and deliver to the insured lender along

el pagaré un endoso de seguro garantizando totalmente el pago de principal e in-
with the note an insurance endorsement insuring the payment of the note fully as to principal

tereses de dicho pagaré.
and interest.

(Cuatro) En todo tiempo que el pago del pagaré esté asegurado por el acreedor
(Four) At all times when payment of the note is insured by the mortgagee,

hipotecario, el acreedor hipotecario, por convenio con el prestamista asegurado,
the mortgagee by agreement with the insured lender

determinarán en el endoso de seguro la porción del pago de intereses del pagaré
set forth in the insurance endorsement will be entitled to a specified portion of the interest pay-

que será designada como "cargo anual".
ments on the note, to be designated the "annual charge".

(Cinco) Una condición del aseguramiento de pago del pagaré será de que el tene-
(Five) A condition of the insurance of payment of the note will be that the holder

dor cederá todos sus derechos y remedios contra el deudor hipotecario y cuales-
will forego his rights and remedies against the mortgagor and any



- 2 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

uiera otros en relación con dicho préstamo ar        no también a los beneficios
others in connection with said loan; as well as any be.

de esta hipoteca y aceptaré en su lugar los beneficios del seguro, y a requerimiento
of this mortgage, and will accept the benefits of such insurance in lieu thereof, and upon the

del acreedor hipotecario endosará el pagaré al acreedor hipotecario en caso de
mortgagee's request will assign the note to the mortgagee should the mortgagor

violación de cualquier convenio o estipulación aquí contenida o en el pagaré o en
violate any covenant or agreement contained herein, in the note, or any

cualquier convenio suplementario por parte del deudor.
supplementary agreement.

(Seis) Entre otras cosas, es el propósito e intención de esta hipoteca, que en todo
(Six) It is the purpose and intent of this mortgage that, among other things,

tiempo cuando el pagaré esté en poder del acreedor hipotecario, o en el caso en
at all times when the note is held by the mortgagee, or in the event the

que el acreedor hipotecario ceda esta hipoteca sin asegurar el pagaré, esta hipoteca
mortgagee should assign this mortgage without insurance of the note, this mortgage

garantizará el pago del pagaré pero cuando el pagaré esté en poder de un presta-
shall secure payment of the note; but when the note is held by an insured

mista asegurado, esta hipoteca no garantizará el pago del pagaré o formará parte
lender, this mortgage shall not secure payment of the note or attach to

de la deuda evidenciada por el mismo, pero en cuanto al pagaré y a dicha deuda,
the debt evidenced thereby, but as to the note and such debt

constituirá una hipoteca de indemnización para garantizar al acreedor hipotecario
shall constitute an indemnity mortgage to secure the mortgagee

contra cualquier pérdida bajo el endoso de seguro por causa de cualquier incum-
against loss under its insurance endorsement by reason of any default

plimiento por parte del deudor hipotecario.
by the mortgagor.

QUINTO: Que en consideración al préstamo y (a) en todo tiempo que el pagaré
FIFTH: That, in consideration of said loan and (a) at all times when the note

sea conservado por el acreedor hipotecario, o en el caso de que el acreedor hipote-
is held by the mortgagee, or in the event the mortgagee

cario ceda la presente hipoteca sin el seguro de pago del pagaré y en garantía del
should assign this mortgage without insurance of the payment of the note, in guarantee of the

importe del pagaré según se especifica en el subpárrafo (Uno) del Párrafo NOVE-
amount of the note as specified in subparagraph (one) of paragraph NINTH

NO con sus intereses al tipo estipulado y para asegurar el pronto pago de dicho
hereof, with interest at the rate stipulated, and to secure prompt payment of the

pagaré, su renovación cualquier convenio contenido en el mismo, o extensión y
note and any renewals and extensions thereof and any agreements contained therein,

(b) en todo tiempo que el pagaré sea poseído por el prestamista asegurado en garan-
(b) at all times when the note is held by an insured lender, in guarantee

tía de las sumas especificadas en el subpárrafo (Dos) del párrafo NOVENO aquí
of the amounts specified in subparagraph 9Two of paragraph NINTH hereof

consignado para garantizar el cumplimiento del convenio del deudor hipotecario
for securing the performance of the mortgagor's agreement

de indemnizar y conservar libre al acreedor hipotecario contra pérdidas bajo el en-
herein to indemnify and save harmless the mortgagee against loss under its

doso de seguro por razón de incumplimiento del deudor hipotecario y (c) en cual-
insurance endorsements by reason of any default by the mortgagor, and (c) in any

quier caso y en todo tiempo en garantía de las sumas adicionales consignadas en el
event and at all times whatsoever, in guarantee of the additional amounts specified in



- 3 -

subpárrafo (Tres) del pá-      NOVENO de este instrumento y para asegurar
subparagraph (Three) of para;   NINTH hereof, and to secure the—————————

cumplimiento de todos y cada uno de los convenios y del deudor hipotecario aquí
performance of every covenant and agreement of the mortgagor——————————

contenidos o en cualquier otro convenio suplementario, el deudor hipotecario por
contained herein or in any supplementary agreement, the mortgagor——————————

la presente constituye hipoteca voluntaria a favor del acreedor hipotecario sobre
hereby constitutes a voluntary mortgage in favor of the mortgagee on—————————

los bienes descritos en el párrafo UNDECIMO más adelante, así como sobre los
the property described in paragraph ELEVENTH hereof, together with all rights,————

derechos, intereses servidumbres, derechos hereditarios, adhesiones pertenecientes
interests easements, hereditaments and appurtenances thereto belonging,——————

a los mismos, toda renta, créditos, beneficios de los mismos, y todo producto e
the rents, issues and profits thereof and revenues and—————————————

ingreso de los mismos, toda mejora o propiedad personal en el presente o que en
income therefrom, all improvements and personal property now or—————————

el futuro se adhiera o que sean razonablemente necesarias para el uso de los mismos,
later attached thereto or reasonably necessary to the use thereof,—————————

sobre las aguas, los derechos de agua o acciones en los mismos, pertenecientes a
all water, water rights and shares in the same pertaining to—————————————

las fincas o a todo pago que en cualquier tiempo se adeude al deudor hipotecario
the farms and all payments at any time owing to the mortgagor—————————————

por virtud de la venta, arrendamiento, transferencia, enajenación o expropiación
by virtue of any sale, lease, transfer, conveyance or total or——————————

total o parcial de o por daños a cualquier parte de las mismas o a los intereses sobre
partial condemnation of or injury to any part thereof or interest——————————

ellas, siendo entendido que este gravámen quedará en toda su fuerza y vigor hasta
therein, it being understood that this lien will continue in full force and effect until—— ———

que las cantidades especificadas en el párrafo NOVENO con sus intereses antes y
all amounts as specified in paragraph NINTH hereof, with interest before and————

después del vencimiento hasta que los mismos hayan sido pagados en su totalidad.
after maturity until paid, have been paid in full.——————————————

En caso de ejecución, los bienes responderán del pago del principal, los intereses
In case of foreclosure, the property will be answerable for the payment of the principal, interest

antes y después de vencimiento, hasta su total solvento, pérdida sufrida por el ac-ee-
thereon before and after maturity until paid, losses sustained by the—————————

dor hipotecario como asegurador del pagaré, contribuciones, prima de seguro o cual-
mortgagee as insurer of the note, taxes, insurance premiums, and—————————

quier otro desembolso o adelanto por el acreedor hipotecario por cuenta del deudor
other disbursements and advances by the mortgagee for the mortgagor's account————

hipotecario con sus intereses hasta que sean pagados al acreedor hipotecario, costas,
with interest until repaid to the mortgagee, costs, expenses and————————

gastos y honorarios de abogado del acreedor hipotecario, toda extensión o reno-
attorney's fees of the mortgagee all extensions and renewals of any of——————

vación de dichas obligaciones con intereses sobre todas y todo otro cargo o suma
said obligations, with interest on all and all other charges and additional————

adicional especificada en el párrafo NOVENO de este documento.——————————
amounts as specified in paragraph NINTH hereof.——————————————

SEXTO: El deudor hipotecario expresamente conviene lo siguiente:————————
SIXTH: That the mortgagor specifically agrees as follows:——————————————

(Uno) Pagar al acreedor hipotecario prontamente a su vencimiento cualquier deuda
(One) To pay promptly when due any indebtedness—————————————





- 4 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)





'í garantizada e indemnizar y conservar libre de pérdida al acreedor hipotecario
ie mortgagee hereby secured and to indemnify and save    tas the mortgagee against any

bajo el seguro del pago del pagaré por incumplimiento del deudor hipotecario.
loss under its insurance of payment of the note by reason of any default by the mortgagor.——

En todo tiempo cuando el pagaré sea poseído por el prestamista asegurado, el
At all times when the note is held by an insured lender, the———————————————

deudor hipotecario continuará haciendo los pagos contra dicho pagaré al acreedor
mortgagor shall continue to make payments on the note to the mortgagee,—————

hipotecario como agente cobrador del tenedor del mismo.——————————————
as collection agent for the holder.——

(Dos) A pagar al acreedor hipotecario una cuota inicial por inspección y tasación
(Two) To pay to the Mortgagee any initial fees for inspection and appraisal——————

y cualquier cargo por delincuencia requerido en el presente o en el futuro por los ;
and any delinquency charges, now or hereafter required by——

reglamentos de la Administración de Hogares de Agricultores.——————————
regulations of the Farmer's Home Administration.——

(Tres) En todo tiempo cuando el pagaré sea poseído por un prestamista asegu-
(Three) At all times when the note is held by an insured lender,———————————

rado, cualquier suma adeudada y no pagada bajo los términos del pagaré, menos
any amount due and unpaid under the terms of the note, less——————————

la cantidad o carga anual, podrá ser pagada por el acreedor hipotecario al tenedor
the amount of the annual charge, may be paid by the mortgagee to the holder————

del pagaré bajo los términos provistos en el pagaré y en el endoso de seguro referido
of the note to the extent provided in the insurance endorsement——————————

en el párrafo CUARTO anterior por cuenta del deudor hipotecario.————————
referred to in paragraph FOURTH hereof for the account of the mortgagor.——

Cualquier suma vencida y no pagada bajo los términos del pagaré, sea éste poseído
Any amount due and unpaid under the terms of the note, whether it is held——————

por el acreedor hipotecario o por el prestamista asegurado, podrá ser acreditada
by the mortgagee or by an insured lender, may be credite——

por el acreedor hipotecario al pagaré y en su consecuencia constituirá un adelanto
by the mortgagee on the note and thereupon shall constitute an advance——————

por el acreedor hipotecario por cuenta del deudor hipotecario.—————————
by the mortgagee for the account of the mortgagor.——

Cualquier adelanto por el acreedor hipotecario tal como se describe en este sub-
Any advance by the mortgagee as described in this——

párrafo devengará intereses a razón del **CINCO** ••••••••••••••••
subparagraph shall bear interest at the rate of **FIVE** ••••••••••••••••

•••••••••••••'•                    por ciento (  **5**        º/o)—————————————
•••••••••••••••           per cent  (  **5**        º/o)—————————————

anual a partir de la fecha en que venció el pago hasta la fecha en que el deudor
per annum from the date on which the amount of the advance was due to the date of payment

hipotecario lo satisfaga.————————————————————————————
to the mortgagee.——

(Cuatro) Fuere o no el pagaré asegurado por el acreedor hipotecario, cualquier
(Four) Whether or not the note is insured by the mortgagee, any—————————

o todo adelanto hecho por el acreedor hipotecario para prima de seguro, repa-
and all amount advanced by the mortgagee for property insurance premiums, repairs,————

raciones, gravámenes u otra reclamación en protección de los bienes hipoteca-
liens and other claims, for the protection of the mortgaged property,————————

dos o para contribuciones o impuestos u otro gasto similar por razón de haber
or for taxes or assessments or other similar charges by reason of the——————

- 5 -

el deudor hipotecario ...do de pagar por los mismos, devengará intereses a ...ón
mortgagor's failure to pa, same, shall bear interest at the rate——————————————

del tipo estipulado en el subpárrafo anterior desde la fecha de dichos adelantos
stated in the next preceding subparagraph from the date of the advance——————————

hasta que los mismos sean satisfechos por el deudor hipotecario.——————————
until repaid to the mortgagee.——————————————————————————————

(Cinco) Todo adelanto hecho por el acreedor hipotecario descrito en esta hipo-
(Five) All advances made by mortgagee as described in this mortgage,—————————

teca con sus intereses vencerá inmediatamente y será pagadero por el deudor hipo-
with interest, shall be immediately due and payable by the mortgagor——————————

tecario al acreedor hipotecario sin necesidad de requerimiento alguno en el sitio
to mortgagee without demand at the—————————————————————————

designado en el pagaré y será garantizado por la presente hipoteca. Ningún adelanto
place designated in the note and shall be guaranteed hereby. No such advance—————

hecho por el acreedor hipotecario no relevará al deudor hipotecario de su obligación
by mortgagee shall relieve the mortgagor from breach of his covenant————————

del convenio de pagar. Dichos adelantos, con sus intereses, se reembolsarán de los
to pay. Such advances, with interest shall be repaid from the———————————

primeros pagos recibidos del deudor hipotecario. Si no hubieren adelantos, todo
first available collections received from mortgagor. Otherwise, any payments—————

pago verificado por el deudor hipotecario podrá ser aplicado al pagaré o a cualquier
payment made by mortgagor may be applied on the note or any——————————

otra deuda del deudor hipotecario aquí garantizada en el orden que el acreedor
indebtedness to mortgagee secured hereby, in any order mortgagee———————————

hipotecario determinare.————————————————————————————
determines.——————————————————————————————————

(Seis) Usar el importe del préstamo evidenciado por el pagaré únicamente para
(Six) To use the loan evidenced by the note solely————————————————

los propósitos autorizados por el acreedor hipotecario.——————————————
for purposes authorized by mortgagee.—————————————————————

(Siete) A pagar a su vencimiento las contribuciones, impuestos especiales, gravá-
(Seven) To pay when due all taxes, special assessments, liens————————————

menes y cargas que graven los bienes o los derechos o intereses del deudor hipo-
and charges encumbering the property or the right or interest of mortgagee——————

tecario bajo los términos de esta hipoteca.————————————————————
under the terms of this mortgage.——————————————————————————

(Ocho) Obtener y mantener seguro contra incendio y otros riesgos según requie-
(Eight) To procure and maintain insurance against fire and other hazards as required————

ra el acreedor hipotecario sobre los edificios y las mejoras existentes en los bie-
by mortgagee on all existing buildings and improvements on the pro—————————

nes o cualquier otra mejora introducida en el futuro. El seguro contra fuego y
perty and on any buildings and improvements put there on in the future. The insurance against

otros riesgos serán en la forma y por las cantidades, términos y condiciones que
fire and other hazards will be in the form and amount and on terms and conditions—————

aprobare el acreedor hipotecario.————————————————————————
approved by mortgagee.————————————————————————————

(Nueve) Conservar los bienes en buenas condiciones y prontamente verificar las
(Nine) To keep the property in good condition and promptly make all————————

reparaciones necesarias para la conservación de los bienes; no cometerá ni per-
necessary repairs for the conservation of the property; he will not commit nor————

mitirá que se cometa ningún deterioro de los bienes; ni removerá ni demolerá
permit to be committed any deterioration of the property; he will not remove nor demolish





- 6 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)





ningún edificio o mejora en los bienes, ni cortará ni removerá madera de la finca,
/ building or improvement on the property; nor will he    or remove wood from the farm

ni removerá ni permitirá que se remueva grava, arena, aceite, gas, carbón u otros
nor remove nor permit to be removed gravel, sand, oil, gas, coal, or other ––––––––––––––––––

minerales sin el consentimiento del acreedor hipotecario y prontamente llevará
minerals without the consent of mortgagee, and will promptly carry out ––––––––––––––

a efecto las reparaciones en los bienes que el acreedor hipotecario requiera de tiempo
the repairs on the property that the mortgagee may request from time ––––––––––––

en tiempo. El deudor hipotecario cumplirá con aquellas prácticas de conservación
to time. Mortgagor shall comply with such farm conservation practices ––––––––––––

de suelo y los planes de la finca y del hogar que el acreedor hipotecario de tiempo en
and farm and home management plans as mortgagee from time to ––––––––––

tiempo pueda prescribir. ––––––––––––––––––––––––––––––––––––––––––––––––
time may prescribe. ––––––––––––––––––––––––––––––––––––––––––

(Diez) Si esta hipoteca se otorga para un préstamo a dueño de finca según se iden-
(Ten) If this mortgage is given for a loan to a farm owner as identified ––––––––––––

tifica en los reglamentos de la Administración de Hogares de Agricultores, el deudor
in the regulations of the Farmers Home Administration, mortgagor ––––––––––––

hipotecario personalmente operará los bienes por sí y por medio de su familia como
will personally operate the property with his own and his family labor as a farm and for no other

una finca y para ningún otro propósito y no arrendará la finca ni parte de ella a
purpose and will not lease the farm or any part of it ––––––––––––––––––––––

menos que el acreedor hipotecario consienta por escrito en otro método de opera-
unless mortgagee agrees in writing to any other method of operation ––––––––––––––

ción o al arrendamiento. ––––––––––––––––––––––––––––––––––––––––––––
or   lease. –––––––––––––––––––––––––––––––––––––––––––––––

(Once) Someterá en la forma y manera que el acreedor hipotecario requiera la
(Eleven) To submit in the form and manner mortgagee may require, ––––––––––––––––––

información de sus ingresos y gastos y cualquier otra información relacionada con
information as to his income and expenses and any other information in regard to the –––––––––

la operación de los bienes y cumplirá con todas las leyes, ordenanzas y reglamentos
operation of the property, and to comply with all laws, ordinances, and regulations ––––––––––

que afecten los bienes o su uso. ––––––––––––––––––––––––––––––––––––––––
affecting the property or its use. –––––––––––––––––––––––––––––––––––––

(Doce) El acreedor hipotecario, sus agentes y abogados, tendrán en todo tiempo el
(Twelve) Mortgagee, its agents and attorneys, shall have the right at all reasonable times––––––

derecho de inspeccionar y examinar los bienes con el fin de determinar si la garantía
to inspect and examine the property for the purpose of ascertaining  whether or not––––––

otorgada está siendo mermada o deteriorada y si dicho examen o inspección deter-
the security given is being lessened or impaired, and if such inspection or examination shall––––

minare, a juicio del acreedor hipotecario, que la garantía otorgada está siendo mer-
disclose, in the judgment of mortgagee, that the security given is being lessened –––––––––

mada o deteriorada, tal condición se considerará como una violación por parte del
or impaired, such condition shall be deemed a breach by the ––––––––––––––––––

deudor hipotecario de los convenios de esta hipoteca. –––––––––––––––––––––––
mortgagor of the covenants of this mortgage. ––––––––––––––––––––––––––––

(Trece) Si cualquier otra persona detentare con o impugnare el derecho de posesión
(Thirteen) If any other person interferes with or contests the right of possession––––––––––

del deudor hipotecario a los bienes, el deudor hipotecario inmediatamente notificará
of the mortgagor to the property, the mortgagor will immediately notify––––––––––––

al acreedor hipotecario de dicha acción y el acreedor hipotecario, a su opción,
mortgagee of such action, and mortgagee at its option –––––––––––––––––––––––

- 7 -

podrá instituir aquellos p      limientos que fueren necesarios en defensa de s
may institute the necessary p        dings in defense of its——————————————————

intereses y los gastos y desembolsos incurrido por el acreedor hipotecario en dichos
interest, and any costs or expenditures incurred by mortgagee by said——————————

procedimientos, serán cargados a la deuda del deudor hipotecario y se considerarán
proceedings will be charged to the mortgage debt and considered———————————————

garantizados por esta hipoteca dentro del crédito adicional de la cláusula hipotecaria
by this mortgage within the additional credit of the mortgage clause———————————

para adelantos, gastos y otros pagos.————————————————————————————————
for advances, expenditures and other payments.———————————————————————————

(Catorce) Si el deudor hipotecario en cualquier tiempo mientras estuviere vigente
(Fourteen) If the mortgagor at any time while this mortgage remains in effect————

esta hipoteca, abandonare los bienes o voluntariamente se los entregase al acree-
should abandon the property or voluntarily deliver it to mortgagee,————————————

dor hipotecario, el acreedor hipotecario es por la presente autorizado y con pode-
mortgagee is hereby authorized and empowered——————————————————————————

res para tomar posesión de los bienes, arrendarlos y administrar los bienes y cobrar
to take possession of the property, to rent and administer the same and collect————

sus rentas, beneficios e ingresos de los mismos y aplicarlos en primer término a los
the rents, benefits, and income from the same and apply them first to the——————

gastos de cobro y administración y en segundo término al pago de la deuda eviden-
costs of collection and administration and secondly to the payment of the debt evidenced—

ciada por el pagaré o cualquier otra deuda del deudor hipotecario y aquí garantizada,
by the note or any indebtedness to mortgagee hereby guaranteed,————————————

en el orden y manera que el acreedor hipotecario determinare.——————————————
in what ever order and manner mortgagee may determine.—————————————————————

(Quince) En cualquier tiempo que el acreedor hipotecario determinare que el deudor
(Fifteen) At any time that mortgagee determines that mortgagor————————————————

hipotecario puede obtener un préstamo de una asociación de crédito para produc-
may be able to obtain a loan from a credit association for production——————————

ción, de un Banco Federal u otra fuente responsable, cooperativa o privada, a un
a Federal Bank or other responsible source, cooperative or private, at a—————————

tipo de interés y términos razonables para préstamos por tiempo y propósitos
rate of interest and reasonable periods of time and purposes,—————————————————

similares, el deudor hipotecario, a requerimiento del acreedor hipotecario, solicitará
mortgagor, at mortgagee's request will apply for and accept———————————————————

y aceptará dicho préstamo en cantidad suficiente para pagar por las acciones nece-
said loan in sufficient amount to pay the note and any other indebtedness secured hereby and to

sarias en la agencia cooperativa en relación con dicho préstamo.————————————
purchase any necessary shares of stock in the cooperative agency in regard to said loan.————

(Dieciseis) El incumplimiento de cualesquiera de las obligaciones garantizadas
(Sixteen) Should default occur in the performance or discharge of any obligation secured————

por esta hipoteca, o si el deudor hipotecario o cualquier otra persona incluída como
by this mortgage, or should mortgagor, or any one of the persons herein called——————

deudor hipotecario faltare en el pago de cualquier cantidad o violare o no cumpliere
mortgagor, default in the payment of any amounts or violate or fail to comply——————

con cualquier cláusula, condición, estipulación o convenio o acuerdo aquí contenido
with any clause, condition, stipulation, covenant, or agreement contained herein,————

o en cualquier convenio suplementario, o falleciere o se declarare o fuere declarado
or in any supplementary agreement, or die or be declared an————————————————

incompetente, en quiebra, insolvente o hiciere una cesión en beneficio de sus acree-
incompetent, a bankrupt, or an insolvent, or make an assignment for the benefit of————



- 8 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)

res, o los bienes o parte de ellos o cualquier interés en los mismos fueren cedidos,
ditors, or should the property or any part thereof or interest rein be assigned,—

vendidos, arrendados, transferidos o gravados voluntariamente o de otro modo,
sold, leased, transferred, conveyed, or encumbered, voluntarily or otherwise,————

sin el consentimiento por escrito del acreedor hipotecario, el acreedor hipotecario es
without the written consent of mortgagee, mortgagee is——————————————

irrevocablemente autorizado y con poderes, a su opción y sin notificación: (Uno) a
irrevocably authorized and empowered, at its option, and without notice: (One) to——

declarar toda deuda no pagada bajo los términos del pagaré o cualquier otra deuda
declare all amounts unpaid under the note, and any indebtedness——————————

al acreedor hipotecario aquí garantizada, inmediatamente vencida y pagadera y
to the mortgagee secured hereby, immediately due and payable and————————

proceder a su ejecución de acuerdo con la ley y los términos de la misma; (Dos)
to foreclose this mortgage in accordance with law and the provisions hereof; (Two)——

incurrir y pagar los gastos razonables para la reparación o mantenimiento de los
to incur and pay reasonable expenses for the repair and maintenance of the————



bienes y cualquier gasto u obligación que el deudor hipotecario no pagó según se
property and any expenses and obligations that mortgagor did not pay as————————

conviniere en esta hipoteca, incluyendo las contribuciones, impuestos, prima de
agreed in this mortgage, including taxes, assessments, insurance premium,——————

seguro y cualquier otro pago o gasto para la protección y conservación de los bienes
and any other expenses or costs for the protection and preservation of the property——

y de esta hipoteca o incumplimiento de cualquier precepto de esta hipoteca y (Tres)
and this mortgage, or for compliance with any of the provisions of this mortgage; and (Three)

de solicitar la protección de la ley.————————————————————
request the protection of the law.——————————————————————

(Diecisiete) El deudor hipotecario pagará o reembolsará al acreedor hipotecario
(Seventeen) Mortgagor will pay, or reimburse mortgagee——————————————

todos los gastos necesarios para el fiel cumplimiento de los convenios y acuerdos
for all necessary expenses for the fulfillment of the covenants and agreements————

de esta hipoteca, los del pagaré y en cualquier otro convenio suplementario, in-
of this mortgage and of the note and of any supplementary agreement, including——

cluyendo los gastos de mensura, evidencia de título, costas, inscripción y hono-
the costs of survey, evidence of title, court costs, recordation fee and——————

rarios de abogado.————————————————————————————
attorney's fees.————————————————————————————————

(Dieciocho) Sin afectar en forma alguna los derechos del acreedor a requerir y
(Eighteen) Without in any manner affecting the right of the mortgagee to require and——

hacer cumplir en una fecha subsiguiente a los mismos los convenios, acuerdos u
enforce performance at a subsequent date of the same, similar or other covenant, agreement

obligaciones aquí contenidos o similares u otros convenios, y sin afectar la respon-
obligation herein set forth, and without affecting the liability——————————

sabilidad de cualquier persona para el pago del pagaré o cualquier otra deuda aquí
of any person for payment of the note or any indebtedness————————————

garantizada y sin afectar el gravámen impuesto sobre los bienes o la prioridad del
secured hereby, and without affecting the lien created upon said property or the priority of

gravámen, el acreedor hipotecario es por la presente autorizado y con poder en
said lien, the mortgagee is hereby authorized and empowered at——————————

cualquier tiempo (Uno) renunciar el cumplimiento de cualquier convenio u obli-
any time (one) waive the performance of any covenant or obligation.———————

gación aquí contenida o en el pagaré o en cualquier convenio suplementario (Dos)
contained herein or in the note or any supplementary agreement; (two)——————

- 9 -

negociar con el deudor hipotecario o conceder al deudor hipotecario cualquier
deal in any way with mortgagor grant to mortgagor any

indulgencia o tolerancia o extensión de tiempo para el pago del pagaré (con el
indulgence or forbearance or extension of the time for payment of the note (with the

consentimiento del tenedor de dicho pagaré cuando esté en manos de un presta-
consent of the holder of the note when it is held by

mista asegurado) o para el pago de cualquier deuda a favor del acreedor hipoteca-
an insured lender) or for payment of any indebtedness to mortgagee

rio, y aquí garantizada; o (Tres) otorgar y entregar cancelaciones parciales de cual-
hereby secured; or (three) execute and deliver partial releases of any

quier parte de los bienes de la hipoteca aquí constituida u otorgar diferimiento o
part of said property from the lien hereby created or grant deferment or

postergación de esta hipoteca a favor de cualquier otro gravámen constituido sobre
postponement of this mortgage to any other lien over

dichos bienes.
said property.

(Diecinueve) Todos los derechos, título e interés en y sobre la presente hipoteca,
(Nineteen) All right, title and interest in or to this mortgage,

incluyendo pero no limitando el poder de otorgar consentimientos, cancelaciones
including but not limited to the power to grant consents, partial releases,

parciales, subordinación, cancelación total, radica sola y exclusivamente en el
subordinations, and satisfaction, shall be vested solely and exclusively in

acreedor hipotecario y ningún prestamista asegurado tendrá derecho, título o in-
mortgagee, and no insured lender shall have any right, title or interest

terés alguno en o sobre el gravámen y los beneficios aquí contenidos.
in or to the lien or any benefits herein contained.

(Veinte) El incumplimiento de esta hipoteca constituirá incumplimiento de cuales-
(Twenty) Default hereunder shall constitute default under any

quiera otra hipoteca, préstamo refaccionario, o hipoteca de bienes muebles poseída
other real estate or crop or chattel mortgage held

o asegurada por el acreedor hipotecario y otorgada o asumida por el deudor hipo-
or insured by mortgagee and executed or assumed by mortgagor,

tecario; y el incumplimiento de cualesquiera de dichos instrumentos de garantía
and default under any such other security instrument shall

constituirá incumplimiento de esta hipoteca.
constitute default hereunder.

(Veintiuno) Todo aviso que haya de darse bajo los términos de esta hipoteca será
(Twenty-One) All notices to be given under this mortgage shall

remitido por correo certificado a menos que se disponga lo contrario por ley, y
be sent by certified mail unless otherwise required by law,

será dirigido hasta tanto otra dirección sea designada en un aviso dado al efecto,
and shall be addressed until some other address is designated in a notice so given,

en el caso del acreedor hipotecario a Administración de Hogares de Agricultores,
in the case of mortgagee to Farmers Home Administration,

Departamento de Agricultura de Estados Unidos, San Juan, Puerto Rico, y en el
United States Department of Agriculture, San Juan, Puerto Rico, and in the

caso del deudor hipotecario, a él a la dirección postal de su residencia según se
case of mortgagor to him at the post office address of his residence as stated

especifica más adelante.
hereinafter.

(Veintidos) El deudor hipotecario por la presente cede al acreedor hipotecario
(Twenty-Two) Mortgagor by these presents grants to mortgagee

- 10 -



Forma FmHA 427-1(S) PR
(Rev. 10-82)

importe de cualquier sentencia obtenido por opiación forzosa para uso
e amount of any judgment obtained by reason of condemn proceedings for public

público de los bienes o parte de ellos así como también el importe de la sentencia
use of the property or any part thereof as well as the amount of any judgment—————

por daños causados a los bienes. El acreedor hipotecario aplicará el importe así
for damages caused to the property. The mortgagee will apply the amount so—————

recibido al pago de los gastos en que incurriere en su cobro y el balance al pago del
received to the payment of costs incurred in its collection and the balance to the payment—

pagaré y cualquier cantidad adeudada al acreedor hipotecario garantizada por esta
of the note and any indebtedness to the mortgagee secured by this—————

hipoteca, y si hubiere algún sobrante, se reembolsará al deudor hipotecario.—————
mortgage, and if any amount then remains, will pay such amount to mortgagor.—————

SEPTIMO: Para que sirva de tipo a la primera subasta que deberá celebrarse en caso
SEVENTH: That for the purpose of the first sale to be held in case—————

de ejecución de esta hipoteca, de conformidad con la ley hipotecaria, según enmen-
of foreclosure of this mortgage, in conformity with the mortgage law, as amended,—————

dada, el deudor hipotecario por la presenta tasa los bienes hipotecados en la suma
mortgagor does hereby appraise the mortgaged property in the amount—————

de    CATORCE MIL DOLARES   ($14,000.00).............
of    FOURTEEN THOUSAND DOLLARS  ($14,000.00).........

OCTAVO: El deudor hipotecario por la presente renuncia al trámite de requeri-
EIGHTH: Mortgagor hereby waives the requirement of law and agrees to be—————

miento y se considerará en mora sin necesidad de notificación alguna por parte
considered in default without the necessity of any notification of default or demand for pay-

del acreedor hipotecario. Esta hipoteca está sujeta a los reglamentos de la Ad-
ment on the part of mortgagee. This mortgage is subject to the rules and regulations of the—

ministración de Hogares de Agricultores ahora en vigor y a futuros reglamentos,
Farmers Home Administration now in effect, and to its future regulations—————

no inconsistentes con los términos de esta hipoteca, así como también sujeta a
not inconsistent with the provisions of this mortgage, as well as to the—————

las leyes del Congreso de Estados Unidos de America que autorizan la asignación
laws of the Congress of the United States of America authorizing the making and—————

y aseguramiento del préstamo antes mencionado.—————
insuring of the loan hereinbefore mentioned.—————

NOVENO: Las cantidades garantizadas por esta hipoteca son las siguientes:—————
NINTH: The amounts guaranteed by this mortgage are as follows:—————

Una. En todo tiempo cuando el pagaré relacionado en el párrafo TERCERO de
One. At all times when the note mentioned in paragraph THIRD of—————

esta hipoteca sea poseído por el acreedor hipotecario o en caso que el acreedor
this mortgage is held by mortgagee, or in the event mortgagee—————

hipotecario cediere esta hipoteca sin asegurar el pagaré CATORCE MIL....
should assign this mortgage without insurance of the note, FOURTEEN THOUSAND ..

•••••••••••••••••••••••••••••••••••••      14,000.00
•••••••••••••••••••••••••••••••••••DOLARES ($  14,000.00
                                        DOLLARS ($

el principal de dicho pagaré, con sus intereses según estipuladas a razón del    Cinco
the principal amount of said note, together with interest as stipulated therein at the rate of    five

•••••••••••••••••••••••••• por ciento (   5    %) anual;
                          per cent (     5    %) per annum;



-11-

Dos. En todo tiempo cu:   el pagaré es poseído por un prestamista asegura
Two. At all times when said note. . held by an insured lender:

(A)   CATORCE MIL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(A)   FOURTEEN THOUSAND . . . . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . .   DOLARES ($   14,000.00)
. . . . . . . . . . . . . . . . . . . . . .   DOLLARS ($   14,000.00)

para indemnizar al acreedor hipotecario por adelantos al prestamista asegurado
for indemnifying the mortgagee for advances to the insured lender————————

por motivo del incumplimiento del deudor hipotecario de pagar los plazos según
by reason of mortgagor's failure to pay the installments as———————————————

se especifica en el pagaré, con intereses según se especifica en el párrafo SEXTO,
specified in the note, with interest as stated in paragraph SIXTH,————————————

Tercero;—————————————————————————————————————————
Three;—————————————————————————————————————————————

(B)   VEINTIUN MIL . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
(B)   TWENTY ONE THOUSAND . . . . . . . . . . . . . . . . . . . . . . .

. . . . . . . . . . . . . . . . . . . . . .   DOLARES ($   21,000.00
. . . . . . . . . . . . . . . . . . . . . .   DOLLARS ($   21,000.00

para indemnizar al acreedor hipotecario además contra cualquier pérdida que pueda
for indemnifying the mortgagee further against any loss it might————————————

sufrir bajo su seguro de pago del pagaré.———————————————————————
sustain under its insurance of payment of the note;——————————————————

Tres. En cualquier caso y en todo tiempo;——————————————————————
Three. In any event and at all times whatsoever:—————————————————————

(A)   CINCO MIL SEISCIENTOS DOLARES . . . . . . . . . . . . . . . . . .
(A)   FIVE THOUSAND SIX HUNDRED DOLLARS . . . . . . . . . . . . .

($   5,600.00            ) para intereses después de mora:————————————
($   5,600.00            ) for default interest;———————————————————

(B)   DOS MIL OCHOCIENTOS DOLARES . . . . . . . . . . . . . . . . . .
(B)   TWO THOUSAND EIGHT HUNDRED DOLLARS . . . . . . . . . . .

{   $2,800.00            ) para contribuciones, seguro y otros adelantos para la con-
{   $2,800.00            ) for taxes, insurance and other advances for the preservation—

servación y protección de esta hipoteca, con intereses al tipo estipulado en el párrafo
and protection of this mortgage, with interest at the rate stated in paragraph————————

SEXTO, Tercero;————————————————————————————————————
SIXTH, Three;—————————————————————————————————————————

(C)   MIL CUATROCIENTOS DOLARES . . . . . . . . . . . . . . . . . . . .
(C)   ONE THOUSAND FOUR HUNDRED DOLLARS . . . . . . . . . . .

($   1,400.00            ) para costas, gastos y honorarios de abogado en caso
($   1,400.00            ) for costs, expenses and attorney's fees in case————————

de ejecución;————————————————————————————————————————
of   foreclosure:—————————————————————————————————————————

(D) MIL CUATROCIENTOS DOLARES . . . . . . . . . . . . . . . . . . . .
(D) ONE THOUSAND FOUR HUNDRED DOLLARS . . . . . . . . . . . .

($   1,400.00            ) para costas y gastos que incurriere el acreedor hipoteca-
($   1,400.00            ) for costs and expenditures incurred by the mortgagee in———

rio en procedimientos para defender sus intereses contra cualquier persona que inter-
proceedings to defend its interests against any other person interfering with——————

venga o impugne el derecho de posesión del deudor hipotecario a los bienes según
or contesting the right of possession of mortgagor to the property as—————————

se consigna en el párrafo SEXTO, Trece.——————————————————————
provided in paragraph (SIXTH, Thirteen.——————————————————————————

- 12 -

Forma FmHA 427-1(S) PR
(Rev. 10-82)



'MO: Que el (los) pagaré(s) a que se hace refere···   en el párrafo TERCERO
II: That the note(s), referred to in paragraph THIRD—

de esta hipoteca es (son) descrito(s) como sigue:————————————
of this mortgage is(are) described as follows:————————————

"Pagaré otorgado en el caso número **sesentitres raya treintitres raya**
"Promissory note executed in case number **sixty three dash thirty three dash ··**

———   **··· and west seventy bar** ···   ———   ··· ····
(6 ·················   ···· ····
(0···················   fechado el día ·········
dated the ···········

**veintitres** ···· de   **Junio**·········de mil novecientos————
**twenty three** day of   **June**········nineteen hundred and

**ochenta y ocho** ············ por la suma de **CATORCE MIL DOLARES**
**eighty tight** ············· in the amount of **FOURTEEN THOUSAND···**

($14,000.00)···················dólares de principal más
($14,000.00)···················of principal plus

$ intereses sobre el balance del principal adeudado a razón del   **CINCO** ········
interest over the unpaid balance at the rate of   **FIVE**·········

·····················   { 5 %   } por ciento anual,
{ 5 %   } percent per annum,

hasta tanto su principal sea totalmente satisfecho según los términos, plazos, condi-
until the principal is totally paid according to the terms, installments, —

ciones y estipulaciones contenida en dicho pagaré y según acordados y convenidos
conditions and stipulation contained in the promissory note and as agreed———

entre el Prestatario y el Gobierno; excepto el pago final del total de la deuda aquí
between the borrower and the Government, except that the final installment of the···

representada, de no haber sido satisfecho con anterioridad, vencerá y será pagadero
entire debt herein evidenced, if not sooner paid, will be due ···

a los   **CUARENTA AÑOS**····················
and payable **FORTY YEARS**··················

años de la fecha de este pagaré.————————————————
years from the date of this promissory note.————————————

Dicho pagaré ha sido otorgado como evidencia de un préstamo concedido por el
Said promissory note is given as evidence of a loan made by the———

Gobierno al Prestatario de conformidad con la Ley del Congreso de los Estados
Government to the borrower pursuant to the law of the Congress of the United—

Unidos de América denominada "Consolidated Farm and Rural Development Act
States of America known as "Consolidated Farm and Rural Development Act———

of 1961" o de conformidad con el "Title V of the Housing Act of 1949", según
of 1961" or pursuant to "Title V of the Housing Act of 1949, as————

han sido enmendadas y está sujeto a los presentes reglamentos de la Administración
amended, and is subject to the present regulations of the Farmers————

de Hogares de Agricultores y a los futuros reglamentos no inconsistentes con dicha
Home Administration and to its future regulations not inconsistent with the———

Ley. De cuya descripción, yo, el Notario Autorizante, DOY FE.————————
express provision thereof. Of which description I, the authorizing Notary, GIVE FAITH.—

UNDECIMO: Que la propiedad objeto de la presente escritura y sobre la que se
ELEVENTH: That the property object of this deed and over which————

constituye Hipoteca Voluntaria, se describe como sigue:————————————
voluntary mortgage is constituted, is described as follows:————————



- 13 -

1521. 313

fo 272
tom: 704 II
fni: 10,038
mi: 19

...."A: RUSTICA: Porción de terreno sin nombre, que
radica en el término Municipal de Ponce, Barrio ....
Marrueño, con una cabida de CUARENTA CUERDAS, más o
menos equivalentes a quince héctareas, setenta y dos
áreas, dieciseis centiáreas, iguales a Ciento Cin..
Cienta y siete mil doscientos dieciseis metros  cua
drados (157,216 m/C), colindando al NORTE con Suce
sión Maldonado y Don Claudino Chamorro, por el ESTE,
la  citada Sucesión de DOn Sandalio Rivera y el refe
rido DOn Claudino Chamorro y por el OESTE , el Río..
Marueño.............................................

...Inscrito al Folio Ciento quince vuelto (115 vto)
del tomo cuatrocientos quince (415), finca 10,038,
pasa al folio 268, tomo 704.........................



...."B" RUSTICA:  Predio de terreno compuesto de
CUATRO CUERDAS Y CUADRO, equivalentes a una hectárea
sesenta y siete áreas y cuatro centiáreas, más o
menos, iguales a Quince mil setecientos veintiuno ..
punto sesenta metros cuadrados (15,721.60 m/C), radi
cados en el Barrio Marueño del término Municipal de
POnce, colindando al NORTE con terrenos de Don ..
Sandalio Rivera  hoy su Sucesión, por el SUR, con ..
Manuel Maldonado Velázquez y por el ESTE Y OESTE con
terrenos de Don Sandalio Rivera, hoy su Sucesión, se
hace constar que actualmente, por el OESTE y NORTE
esta finca colinda con Ramón Quintana..............

....Inscrital al folio dosicentos treinta y ocho ..
(238), del tomo Doscientos Cincuenta y Uni (251) .
de Ponce, finca 9,918.............................

fo 290vtto
to: 835 II
fni: 14,642
mi: 7 ....

...."C" RUSTICA:  Predio de terreno compuesto de ..
Cuatro Cuerdas, equivalentes a una hectárea, Cincuen
ta y siete arees y veintidos centiáreas, iguales a
Quince mil setecientos  veintiuno punto sesenta metros
cuadrados (15,721.60 M/C) radicado en el barrio ...
Marueño del término Municipal de Ponce, Puerto Rico,
en lindes por el NORTE con terrenos del Sr. Ramón
Quintana, y por el SUR, ESTE Y OESTE con terrenos de
DOn Antonio Batiz.................................

...Inscrito al Folio ochentiocho (88), tomo 422,
finca 14642, hoy 6672, inscripción 4..............

fo 295 vto
to: 835 II
fni: 14,644
mi: 7 ....

...."D" RUSTICA: Predio de terreno radicado en el
Barrio Marueño del término Municipal de Ponce, Puerto
Rico, compuesto de Ocho cuerdas, equivalentes a Tres
hectáreas, Catorce áreas y cuarenta y tres centiáreas
iguales a Treinta y un mil cuatrocientos cuarenta y
tres punto Veinte metros cuadrados  (31,443.20 M/C)
en lindes por el NORTE y ESTE con terrenos de DOn
Román Quintana, por el SUR con terrenos de Antonio
Batiz y Román Quintana, y por el OESTE, con el Río
Marueño...........................................

...Inscrito al folio 83, del tomo 422, finca 4641
hoy 6671, inscripción 4ta.........................



br:3
mm:847 II
fm:10,002
mm:7 m

..."E" RUSTICA:   CUATRO CUERDAS de terreno más o ...
menos, equivalentes a una héctarea, Cincuenta y ..
Siete áreas, veintiuna Centiáreas iguales a QUINCE
MIL SETECIENTOS VEINTIUNO PUNTO SESENTA METROS CUA..
DRADOS (15,721.60 m/c) radicadas en el Barrio Marue
ño de Ponce, colindando el NORTE con Vicente, Juan,
Miguel Maldonado y Ramona Maldonado, digo antes San
tiago Maldonado, al SUR con Manuel Maldonado, el ..
ESTE con el mismo Miguel Maldonado y Ramona Maldona
do, y por el OESTE con el Río Marueño...............

...Inscrito el folio 25, del tomo  255, finca 10002,
hoy 6674, inscripción 4ta........................

....Adquirieron los prestatarios dicha propiedad

mediante compra que de la misma le hicieren al señor

Luis Guillermo Seda Bonilla, según surge de la

Escritura de Compraventa y otros de fecha veintitres

de junio de mil novecientos Ochenta y Ocho, Escri

tura número SETENTA Y CINCO, otorgada en la ciudad

de Juana Díaz, Puerto Rico, ante el Notario Erasmo

León Rosario......................................

"F"   Se tomará como en garantía adicional la pro

piedad que se describe a continuación: ..........

"F": RUSTICA:  Parcela marcada con el número Ciento
Veinte (120) en el plano de parcelación de la Comu
nidad Rural Tos Vaca del barrio Hato Puerco del
término municipal de Villalba, con una cabida super
ficial de mil treinta y cinco punto cero ocho ...
metros cuadrados......./p.35.B...................

..En lindes por el NORTE cpn parcela número ciento
diexinueve de la comunidad, por el SUR con parcela
número ciento veintiuno de la comunidad y quebrada
por el ESTE con quebrada por el OESTE con la calle
número cinco de la comunidad.....................

....Inscrita al folio noventa y siete (97) del to
mo noventa y cinco (95) de Villalba, finca 4,427..

...En esta propiedad actualmente hay presentada

un Acta aclaratoria en cuanto al nombre del Señor

Asael Guzmán Correa................................

......................................................



· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

....Las propiedades descritas en las letras A. B,
C,D, E, se encuentran gravada con hipoteca a favor
de Estados Unidos por la suma principal de TREINTA
MIL DOLARES ($30,000.00) estaban afectas a otras
dos, pero mediante la escritura número Setenta y
Cinco, otorgada en el día de hoy ante el Notario
Erasmo León Rosario, quedan liberadas............
...La descrita bajo la letra "F" está libre de
cargas y gravámenes............................
...DUODECIMO:  Comparecen en la presente escritura
como Deudores Hipotecarios:  DON ASAEL GUZMAN COND
CIDO POR ASAEL GUZMAN CORREA Y DOÑA ADA MINERVA
TORRES ALVAREZ, quienes son mayores de edad, casados
entre sí, propietarios y vecinos de Villalba, Puerto
Rico, Seguro Social él ~~~~~~~~~~~~~~~~~~~~~~~~~~~
~~~~~~~~~~~~ y ~~~~~~~~~~~~~~~~, ~~~~ ~~~~~ --
~~~~~~~~~~~, ~~~~ ~~~~~~~ y ~~~~ raya ~~~~~~~~ y
~~~~~~ ~~~~~~~~ y ~~~~~~~ (~~~~~~~~~~~) , ...........
· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·
...DECIMO TERCERO:  EL importe del préstamo aquí
consignado se usó o será usado .................

Forma FmHA 427-1(S) PR
(Rev. 10-82)

ra fines agrícolas y la construcción y/o reparación · mejoras de las instalaciones
r agricultural purposes and the construction and/or repair · improvement of the physical ——

físicas en la finca(s) descrita(s).————————————————————————
installations on the described farm(s).——

**DECIMO CUARTO:** El prestatario ocupará personalmente y usará cualquier estruc-
FOURTEENTH: The borrower will personally occupy and use any structure————————

tura que haya sido construída, mejorada o comprada con el importe del préstamo
constructed, improved or purchased with the proceeds of the loan————————————

aquí garantizado y no arrendará o usará para otros fines dicha estructura a menos
herein guaranteed and shall not lease or use for other purposes said structure unless————

que el Gobierno lo consienta por escrito. La violación de esta clausula como la
the Government so consents in writing. Violation of this clause as well as————

violación de cualquiera otro convenio o cláusula aquí contenida ocasionará el
violation of any other agreement or clause herein contained will cause————

vencimiento de la obligación como si todo el término hubiese transcurrido y en
the debt to become due as if the whole term had elapsed and the————

aptitud el Gobierno de declarar vencido o pagadero el préstamo y proceder a la
Government at its option may declare due and payable the loan and proceed to————

ejecución de la hipoteca.————————————————————————
the foreclosure of the mortgage.————



**DECIMO QUINTO:** Esta hipoteca se extiende expresamente a toda construcción
FIFTEENTH: This mortgage expressly extends to all construction————————————

o edificación existente en la(s) finca(s) antes descrita(s) y a toda mejora, construc-
or building existing on the farm(s) hereinbefore described and all improvement,————

ción o edificación que se construya en dicha finca(s) durante la vigencia del prés-
construction or building constructed on said farm(s) while the————

tamo hipotecario constituido a favor del Gobierno, verificada por los actuales
mortgage loan constituted in favor of the Government is in effect, made by the present————

dueños deudores o por sus cesionarios o causahabientes.————————————
owners or by their assignees or successors.————

**DECIMO SEXTO:** El deudor hipotecario por la presente renuncia mancomunada
SIXTEENTH: The mortgagor by these presents hereby waives jointly and————

y solidariamente por sí y a nombre de sus herederos causahabientes, sucesores o
severally for himself and on behalf of his heirs, assignees, successors or————

representantes a favor del acreedor (ADministración de Hogares de Agricultores),
representatives, in favor of mortgagee (Farmers Home Administration)————

cualquier derecho de Hogar Seguro (Homestead) que en el present o en el futuro
any Homestead right (Homestead) that presently or in the future————

pudiera tener en la propiedad descrita en el párrafo undécimo y en los edificios
he may have in the property described in paragraph eleventh and in the buildings————

allí enclavados o que en el futuro fueran construídos; renuncia esta permitida
thereon or which in the future may be constructed; this waiver being permitted————

a favor de la Administración de Hogares de Agricultores por la Ley Número trece
in favor of the Farmers Home Administration by Law Number Thirteen————

(13) del veintiocho (28) de mayo de mil novecientos sesenta y nueve (1969) (31
(13) of the twenty-eights of May, nineteen hundred sixty-nine (1969) (31————



L.P.R.A. 1851)——
L.P.R.A. 1851).————

**DECIMO SEPTIMO:** El acreedor y el deudor hipotecario convienen en que cual
SEVENTEENTH: Mortgagee and mortgagor agree that any————————————

quier estufa, horno, calentador comprado o financiado total o parcialmente con
stove, oven, water heater, purchased or financed completely or partially with————

- 15 -

fondos del préstamo ac    arantizado, se considerará e interpretará como
funds of the loan herein guar    ed, will be considered and understood to form part

de la propiedad gravada por esta Hipoteca.
of the property encumbered by this Mortgage.

DECIMO OCTAVO: El deudor hipotecario se compromete y se obliga a mudarse
EIGHTEENTH: The mortgagor agrees and obligates himself to move

y a ocupar la propiedad objeto de esta escritura dentro de los próximos sesenta
and occupy the property object of this deed within the following sixty

días a partir de la fecha de la inspección final; y en caso de circunstancias impre-
days from the date of final inspection, and in the event of unforeseen circumstances

vistas fuera del control del deudor hipotecario que le impidiera mudarse, éste lo
beyond his control which would impede him to do so, he will

notificará por escrito al Supervisor Local.
notify it in writing to the County Supervisor.

DECIMO NOVENO: Toda mejora, construcción o edificación que se construya
NINETEENTH: All improvement, construction or building constructed

en dicha finca durante la vigencia antes mencionada deberá ser construida previa-
on said farm(s) during the term hereinbefore referred to, must be made with the previous

autorización por escrito del acreedor hipotecario conforme a los reglamentos pre-
consent in writing of mortgagee in accordance with present regulations

sentes y aquellos futuros que se promulgaren de acuerdo a las leyes federales y
or future ones that may be promulgated pursuant to the federal and

locales no inconsistentes o incompatibles con las leyes actuales que gobiernan
local laws not inconsistent or incompatible with the present laws which govern

estos tipos de préstamos.
these types of loans.

VIGESIMO: Este instrumento garantiza asímismo el rescate o recuperación de
TWENTIETH: This instrument also secures the recapture of

cualquier crédito por intereses o subsidio que pueda otorgarse a los prestatarios
any interest credit or subsidy which may be granted to the borrower(s) by the

por el Gobierno de acuerdo con las disposiciones del Título Cuarentidos del Código
Government pursuant to Forty-Two

de Estados Unidos Sección Mil Cuatrocientos Noventa - a (42 U.S.C. 1490a)
U.S.C. Fourteen Ninety-a (42 U.S.C. 1490a)

VIGESIMO (B)   "Por tratarse de un préstamo de recur

sos limitados, según indicado en el pagaré, el Gobierno

puede cambiar el porciento de interés de acuerdo con los

reglamentos de la Administración de Hogares de Agricul

tores................................................

...................................................

...................................................



16

Forma FmHA 427-1(S) PR
(Rev. 10-82)

--ACEPTACION--
ACCEPTANCE

El (los) comparecientes ACEPTAN esta escritura en la forma redactada una vez
The appearing party (parties) ACCEPT(S) this deed in the manner drawn once————————

yo, el Notario autorizante, le (les) hice las advertencias legales pertinentes.————
I, the authorizing Notary, have made to him (them) the pertinent legal warnings.————————

Así lo dicen y otorgan ante mí, el Notario autorizante, el (los) compareciente(s)
So they say and execute before me, the authorizing Notary, the appearing party (parties)—————

sin requerir la presencia de testigos después de renunciar su derecho a ello del que
without demanding the presence of witnesses after waiving his (their) right to do so of which

le(s)   advertí.————————————————————————————————————————————
I advised him (them).————————————————————————————————————————

Después de ser leída esta escritura por el (los) compareciente(s), se ratifica(n)
After this deed was read by the appearing party(parties) he (they) ratify its————

en su contenido, pone(n) sus iniciales en cada uno de los fólios de esta escritura,
contents, place(s) his (their) initials on each of the folios of this deed————————

incluyendo el último y la firma(n) todos ante mí, el Notario autorizante, que DOY
including the last one, and all sign before me, the authorizing Notary who GIVES————

FE de todo el contenido de esta escritura.————————————————————————————
FAITH to everything contained in this deed.————————————————————————————

(FIRMADO)   ASAEL GUZMAN COP ASAEL GUZMAN CORREA

ADA MINERVA TORRES ALVAREZ

Firmado, signado, sellado y rubricado: ERASMO LEON
ROSARIO. Tiene cancelados los sellos de Rentas Internas
correspondientes y el del Impuesto Notarial del Colegio de
Abogados de Puerto Rico; puesto por los otorgantes sus
iniciales y por el Notario su rúbrica en cada uno de los
fólios ————————————————————— CERTIFICO: Que lo que
antecede es ——— PRIMERA —————————————— copia
fiel y exacta del original de la escritura matriz número ———
———— 76 ————————— del protocolo del año ————— 1988
de esta Notaría a mi cargo; y para entregar a parte intere-
sada la libro en el sitio y fecha de su otorgamiento.—————



ERASMO LEON ROSARIO
Notario Público





17

REGISTRO DE LA *PROPIEDAD*

11  15            *maña*
39                68
*Retirado*

Total Dchos.  $            *Sin derechos*
En Ponce, P. R., a 11 de   *agosto*   de 19 88

Registrador (a)

REGISTRO DE LA PROPIEDAD DE PONCE
SECCIÓN II

Presentado a la (s)
Asiento Núm.                        de la
Ders.  Un sello de 50¢       Núm.          del tomo-diario
Un comprobante de $1.00      Núm.
___ comprobante de $          Núm.
___ comprobante de $          Núm.
Total Ders.  $
En Ponce, P. R., a    de        de 19

Registrador (a)

Notificado hoy por los fundamentos in-
cluidos en la notificación legajada
el número  1221 .

*Ponce* , P. R. a 8 de *sept* .

*Retirado*   *Ley*  11/1/88

*en Ponce, P. R.*

REGISTRO DE LA PROPIEDAD DE PONCE
SECCIÓN II

Presentada a la (s)  2
Asiento Núm.  255            del tomo-diario  93
Ders:  Un sello de 50¢       Núm.
Un comprobante de $1.00      Núm.
___ comprobante de $         Núm.
___ comprobante de $         Núm.
Total Ders.  $  *Sin Derecho*
En Ponce, P. R., a  8  de  *dicbre*   de 19 91

Registrador (a)

Notificado hoy por los fundamentos in-
cluidos en la notificación legajada bajo
el número  1681 .

*Ponce* , P. R. a 22 de  *dic.*  de 90 .

*Retirado Ley*  7/ feb. /91 .
*dos Derecho.*

*Que al este documento encuentra los siguientes fincas:
finca (#10038) 6,239 al folio 272 - tomo 704 E aja 19
afecta a Embargo por $2500 a fin Eloy Colón Luna
finca (#14,643) 6,672 al folio 290 rota tomo 839 E
inso 7 mo finca (#14641) 6,671 folio 295 rota tomo 839 E
inso 7 mo y la finca (#10,000) 6,674 al folio 3 tomo 847 E
inso 7 mo afecta a Embargo por $2500 a fin Eloy Colón Luna.
Todos los 4 fincas antes relacionados están afecta existen
por $39,000 en fondos Esta unidad Gracia llevan que
no afecta y afectan los registros que no están cumple con
Constituye. Ponce, a 15 de noviembre de 1991.*
*Registrar*
*los derecho.*

# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748.4577 • FAX (787) 748-1143
estudios@eagletitlepr.com

**CLIENT: ASAEL GUZMAN CORREA**             **REF: 1521.313**
                                            **BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 6,239 (before 10,038), recorded at page 111 of
                 volume 122 of Ponce, Registry of Ponce, Puerto
                 Rico, II section.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**"A" RUSTICA:** Porción de terreno sin nombre, que radica en el
término municipal de Ponce, Barrio Marueño, con una cabida de
**cuarenta cuerdas, más o menos equivalentes a quince hectáreas,
setenta y dos áreas, dieciséis centiáreas, iguales a ciento
cincuenta y siete mil doscientos dieciséis metros cuadrados
(157,216 m/c)**, colindando al **NORTE**, con Sucesión Maldonado y Don
Claudino Chamorro; por el **ESTE**, la citada Sucesión de Don
Sandalio Rivera y el referido Don Claudino Chamorro; por el
**OESTE**, el Río Marueño; por el **SUR**, con la Sucesión Maldonado y
otras de Claudino Chamorro.

**TITLE:**

This property is registered in favor of ASAEL GUZMAN CORREA and
his wife ADA MINERVA TORRES ALVAREZ, who acquired it by purchase
from Luis Guillermo Seda Bonilla, single, at a price of
$54,000.00, responding by $6,000.00, pursuant to deed #75,
executed in Juana Diaz, Puerto Rico, on June 23, 1988, before
Erasmo León Rosario Notary Public; clarified by deed #62,
executed in Juana Diaz, Puerto Rico, on August 30, 1991, before
the same Notary, recorded at page 269 of volume 704 of Ponce,
property number 6,239, 18th inscription.

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and
     encumbrances

II.  By reason of itself this property is encumbered by the
     following:

1.   Real and perpetual Right of easement in favor of
     Commonwealth of Puerto Rico for compulsory expropriation,
     for compensation of $9,523.89, corresponding to this farm
     $601.57, by Resolution dictated on March 23rd, 1971 in the
     Superior Court of Puerto Rico, Expropriation Court, cases E-
     71-157 up to 176 both inclusive, recorded at overleaf of
     page 111 of volume 122 of Ponce, 12th, inscription,
     transferred in favor of Autoridad de Fuentes Fluviales de
     Puerto Rico before, today Autoridad de Energía Eléctrica, by
     Resolution issued on September 30th, 1981, recorded at page
     113 of volume 122 of Ponce, property number 6,239, 13th
     inscription.

2.   **MORTGAGE:** Constituted by Luis G. Seda Bonilla, over this and
     others, in favor of United Estates of America acting as
     Farmer Homes Administration, in the original principal
     amount of $30,000.00, with 13¼% annual interests, (do not
     express due date), constituted by deed #19, executed in
     Ponce, Puerto Rico, on May 14th, 1982, before Isidoro Montes
     Cebollero Notary Public, recorded at overleaf of page 115 of
     volume 122 of Ponce, property number 6,239, 16th inscription.

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.

PAGE #2
PROPERTY #6,239

3.   The mortgage for the amount of $30,000.00 of 16th inscription
     was modified as follows: In June 23rd, 1988 the balance is
     $55,234.48, payable $1,421.00 in or before of January 1st,
     1989 and $3,174.00 the subsequent years up to the term of 40
     years, with 5% annual interest, constituted by deed #75,
     executed in Juana Diaz, Puerto Rico, on June 23rd, 1988,
     before Erasmo León Rosario Notary Public; clarified by deed
     #62, executed in Juana Diaz, Puerto Rico, on August 30,
     1991, before the same Notary, recorded at page 269 of volume
     704 of Ponce, property number 6,239, 18th inscription.

4.   **MORTGAGE:** Constituted by Asael Guzmán Correa and his wife
     Ada Minerva Torres Alvarez, over this and others, in favor
     of United Estates of America acting as Farmer Homes
     Administration, in the original principal amount of
     $14,000.00, with 5% annual interests, due on 40 years,
     constituted by deed #76, executed in Juana Diaz, Puerto
     Rico, on June 23rd, 1988, before Erasmo Leon Rosario Notary
     Public, recorded at page 272 of volume 704 of Ponce,
     property number 6,239, 19th inscription and the last.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens,
Judgments and Daily Log up to November 5th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system
identified as Karibe, through which the historical volumes containing the data related
to the inscribed farms and with the documents presented and pending registration were
digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and
Agora System in most of the Sections of the Registry, which was used to search for
documents submitted and pending registration and preparation of degree studies and other
documents. There is also a delay in the entry of information to the System to this date.
In addition to this, the Federal and State Seizures are now entered and electronically
provided by the Central Office of the Land Registry in the Department of Justice,
without being able to corroborate the control books and with many errors which makes the
location impossible. We are not responsible for errors that may result in this study due
to errors and/or omissions of the Registry and/or its employees, when entering the data
in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

_____
     *Authorized signature*

tm/mv/**F**



I, Elias Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on November 5th, 2020, I examined the books and files of The Property Registry of Puerto Rico and prepared the     attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this __10__ day of __December__ of 2020.

_____
Elias Díaz Bermúdez

AFFIDAVIT NUMBER 4,409

Sworn and subscribed to before me by Elias Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this __10__ day of __December__ of 2020.

Exhibit 8

# TITLE SEARCH

**CLIENT: ASAEL GUZMÁN CORREA**          **REF: 1521.313**
                                        **BY: TAIMARY ESCALONA**

ESTUDIOS DE TITULO
SEGUROS DE TITULO
P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

**PROPERTY NUMBER:** 6,671 (before 14,641), recorded at page 81 of volume 126 of Ponce, Registry of Ponce, Puerto Rico, section II.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Predio de terreno radicado en el Barrio Marueño del término municipal de Ponce, Puerto Rico, compuesto de **ocho cuerdas, equivalentes a tres hectáreas, catorce áreas y cuarenta y tres centiáreas**, dedicado a café y frutos menores, en lindes por el **NORTE** y **ESTE**, con terrenos de Don Román Quintana; por el **SUR**, con terrenos de Antonio Batiz y Román Quintana; y por el **OESTE**, con el Río Marueño.

**TITLE:**

This property is registered in favor of ASAEL GUZMÁN CORREA and his wife ADA MINERVA TORRES ÁLVAREZ, who acquired by purchase from Luis Guillermo Seda Bonilla, at a price of $54,000.00, responding this property by $6,000.00, pursuant to deed #75, executed in Juana Díaz, Puerto Rico, on June 23, 1988, before Notary Public Erasmo León Rosario; clarified by deed #62, executed in Juana Díaz, Puerto Rico, on August 30, 1991, before the same Notary Public, recorded at overleaf of page 84 of volume 126 of Ponce, property number 6,671, 6th inscription.

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1.   **MORTGAGE:** Constituted by Luis Guillermo Seda Bonilla, over this and other property, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $30,000.00, with 13¾% annual interests, due on **(does not express)**, constituted by deed #19, executed in Ponce, Puerto Rico, on May 14, 1982, before Notary Public Isidoro Montes Caballero, recorded at page 83 of volume 126 of Ponce, property number 6,671, 4th inscription.

2.   The mortgage of $30,000.00 of the 4th inscription was modified as follows: the total amount as of June 23, 1988 ascends to $55,234.48 will be paid as follows $1,421.00 on or before January 1, 1989 and $3,174.00 each subsequent year for a term of 40 years, with 5% annual interest, constituted by deed #75, executed in Juan Díaz, Puerto Rico, on June 23, 1988, before Notary Public Erasmo León Rosario; and clarified by deed #62, executed in Juana Díaz, Puerto Rico, on August 30, 1991, before the same Notary Public, recorded at overleaf of page 89 of volume 126 of Ponce, property number 6,671, 6th inscription.

3.   **MORTGAGE:** Constituted by Asael Guzmán Correa and his wife Ada Minerva Torres Alvarez, over this and other property, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $14,000.00, with 5% annual interests, due on 40 years, constituted by deed #76, executed in Juana Díaz, Puerto Rico, on June 23, 1988, before Notary Public Erasmo León Rosario, recorded at overleaf of page 295 of volume 839 of Ponce, property number 6,671, 7th and last inscription.

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

PAGE #2
PROPERTY #6,671

REVIEWED:

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to November 5th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed farms and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of degree studies and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this study due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

*Authorized signature*

srd/mv/**F**

I, Elias Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on November 5th, 2020, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this 10 day of December of 2020.

Elias Díaz Bermúdez

AFFIDAVIT NUMBER 4,410

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this 10 day of December 2020.



NOTARY PUBLIC



ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

# TITLE SEARCH

**CLIENT: ASAEL GUZMÁN CORREA**                    **REF: 1521.313**
                                                    **BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 6,672 (before 14,642), recorded at page 86 of volume 126 of Ponce, Registry of Ponce, Puerto Rico, section II.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RÚSTICA:** Predio de terreno compuesto de **cuatro cuerdas, equivalentes a una hectárea, cincuenta y siete áreas y veintidós centiáreas,** radicado en el Barrio Marueño del término municipal de Ponce, Puerto Rico, dedicado a café y frutos menores, en lindes por el **NORTE**, con terrenos del Sr. Ramón Quintana; y por el **SUR**, **ESTE** y **OESTE**, con terrenos de Don Antonio Batíz.

**TITLE:**

This property is registered in favor of ASAEL GUZMÁN CORREA and his wife ADA MINERVA TORRES ALVAREZ who acquired this and other property by purchase from Luis Guillermo Seda Bonilla, single, at a price of $54,000.00, responding this property by $6,000.00, pursuant to deed #75, executed in Juana Díaz, Puerto Rico, on June 23, 1988, before Notary Public Erasmo León Rosario; clarified by deed #62, executed in Juana Díaz, Puerto Rico, on August 30, 1991, before the same Notary Public, recorded at overleaf of page 89 of volume 126 of Ponce, property number 6,672, 6th inscription.

**LIENS AND ENCUMBRANCES:**

I.   By reason of its origin this property is free of liens and encumbrances

II.  By reason of itself this property is encumbered by the following:

1. **MORTGAGE:** Constituted by Luis Guillermo Seda Bonilla, over this and other property, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $30,000.00, with 13¼% annual interests, due on **(does not express)**, constituted by deed #19, executed in Ponce, Puerto Rico, on May 14, 1982, before Notary Public Isidoro Montes Caballero, recorded at page 88 of volume 126 of Ponce, property number 6,672, 4th inscription.

2. The mortgage of $30,000.00 of the 4th inscription was modified as follows: the total amount as of June 23, 1988 ascends to $55,234.48 will be paid as follows $1,421.00 on or before January 1, 1989 and $3,174.00 each subsequent year for a term of 40 years, with 5% annual interest, constituted by deed #75, executed in Juana Díaz, Puerto Rico, on June 23, 1988, before Notary Public Erasmo León Rosario; and clarified by deed #62, executed in Juana Díaz, Puerto Rico, on August 30, 1991, before the same Notary Public, recorded at overleaf of page 89 of volume 126 of Ponce, property number 6,672, 6th inscription.

3. **MORTGAGE:** Constituted by Asael Guzmán Correa and his wife Ada Minerva Torres Alvarez, over this and other property, in favor of United States of America acting as Farmer Home Administration, in the original principal amount of $14,000.00, with 5% annual interests, due on 40 years, constituted by deed #76, executed in Juana Díaz, Puerto Rico, on June 23, 1988, before Notary Public Erasmo León Rosario, recorded at overleaf of page 290 of volume 839 of Ponce, property number 6,672, 7th and last inscription.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 748-6577 • FAX (787) 748-1143
estudio@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para completa protección deben requerir una póliza de Seguro de Título.



PAGE #2
PROPERTY #6,672

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748-1130 / 748-8577 - FAX (787) 748-1143
estudios@eagletitlepr.com

REVIEWED:

Federal Attachments, Commonwealth of Puerto Rico Tax Liens,
Judgments and Daily Log up to November 5th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system
identified as Karibe, through which the historical volumes containing the data related
to the inscribed farms and with the documents presented and pending registration were
digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and
Agora System in most of the Sections of the Registry, which was used to search for
documents submitted and pending registration and preparation of degree studies and other
documents. There is also a delay in the entry of information to the System to this date.
In addition to this, the Federal and State Seizures are now entered and electronically
provided by the Central Office of the Land Registry in the Department of Justice,
without being able to corroborate the control books and with many errors which makes the
location impossible. We are not responsible for errors that may result in this study due
to errors and/or omissions of the Registry and/or its employees, when entering the data
in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

*Authorized signature*

srd/mv/**F**

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.

I, Elías Díaz Bermúdez, of legal age, single and neighbor of San
Juan, Puerto Rico, under solemn oath declare:

   1. That my name and personal circumstances are the above
   mentioned.

   2. That on November 5th, 2020, I examined the books and
   files of The Property Registry of Puerto Rico and prepared
   the     attached title study which makes part of this
   affidavit.

   3. That the attached title study correctly represents in
   all its parts the status of the above described
   property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are
true.

In Guaynabo, Puerto Rico, this __10__ day of __December__ of 2020.



Elías Díaz Bermúdez

AFFIDAVIT NUMBER **4,411**.

Sworn and subscribed to before me by Elias Diaz Bermúdez of
the aforementioned personal circumstances, whom I
personally know.

In Guaynabo, Puerto Rico, this __10__ day of __December__ of 2020.



NOTARY PUBLIC

Sello

RECIBO

4U19-02165199

9397
11/23/2020
$5.00

Sello de Asistencia Legal
80093-2020-1123-43295060



# TITLE SEARCH

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Título, por lo cual no debe utilizarse
como tal. La responsabilidad de la entidad que preparó este Estudio de Título, está
limitada a la cantidad pagada por la preparación de dicho Estudio de Título. Para
completa protección deben requerir una póliza de Seguro de Título.

Eagle Title & Other Services, Inc.

**CLIENT: ASAEL GUZMAN CORREA**                    **REF: 1521.313**
                                                   **BY: TAIMARY ESCALONA**

**PROPERTY NUMBER:** 6,674, recorded at page 23 of volume 62 of Ponce, Registry of Ponce, Puerto Rico, II section.

**DESCRIPTION: (As it is recorded in the Spanish language)**

**RUSTICA:** Predio de cuatro cuerdas de terreno más o menos, equivalentes a una hectárea, cincuenta y siete áreas, veintiuna centiáreas iguales a **quince mil setecientos veintiuno punto sesenta metros cuadrados (15,721.60 m/c)**, radicadas en el Barrio Marueño de Ponce, colindando al **NORTE**, con Vicente, Juan, Manuel Maldonado, antes Santiago Maldonado; al **SUR**, con Manuel Maldonado; al **ESTE**, con el mismo Miguel Maldonado y Ramona Maldonado; y por el **OESTE**, con el Río Marueño.

**TITLE:**

This property is registered in favor of ASAEL GUZMAN CORREA and his wife ADA MINERVA TORRES ALVAREZ, who acquired it by purchase from Luis Guillermo Seda Bonilla, single, at a price of $54,000.00, responding by $6,000.00, pursuant to deed #75, executed in Juana Diaz, Puerto Rico, on June 23, 1988, before Erasmo Leon Rosario Notary Public; clarified by deed #62, executed in Juana Diaz, Puerto Rico, on August 30, 1991, before the same Notary, recorded at page 27 of volume 62 of Ponce, property number 6,674, 6th inscription.

**LIENS AND ENCUMBRANCES:**

I.    By reason of its origin this property is free of liens and encumbrances

II.   By reason of itself this property is encumbered by the following:

1.    **SEIZURE ANNOTATION:** Executed in the Municipal Court of the Municipal Judicial District of Ponce, civil case #8775, for reason of Collection of Money by Eloy Colón Luna plaintiff, versus Cecilio Quintana y Ramón Quintana, defendant, by the amount of $250.00 responding this for $82.50 of principal, plus interests, etc. Order dated April 9, 1927, recorded on April 10th, 1927 at overleaf of page 23 of volume 62 of Ponce, property number 6,674, annotation A.

2.    **MORTGAGE:** Constituted by Luis G. Seda, over this and others, in favor of United Estates of America acting as Farmer Homes Administration, in the original principal amount of $5,000.00, with 13 1/4% annual interests, due on 10 years, constituted by deed #28, executed in Ponce, Puerto Rico, on June 21st, 1982, before Isidoro Montes Cebollero Notary Public, recorded at page 25 of volume 62 of Ponce, property number 6,674, 3rd inscription.

3.    **MORTGAGE:** Constituted by Luis G. Seda, over this and others, in favor of United Estates of America acting as Farmer Homes Administration, in the original principal amount of $30,000.00, with 13 1/4% annual interests, (do not express due date), constituted by deed #19, executed in Ponce, Puerto Rico, on May 14th, 1982, before Isidoro Montes Cebollero Notary Public, recorded at overleaf of page 25 of volume 62 of Ponce, property number 6,674, 4th inscription.

ESTUDIOS DE TITULO
SEGUROS DE TITULO

P.O. BOX 1467, TRUJILLO ALTO, P.R. 00977-1467
TELS. (787) 748.1130 / 748-8577 • FAX (787) 748-1143
estudios@eagletitlepr.com

Este documento NO es una póliza de Seguro de Titulo, por lo cual no debe utilizarse como tal. La responsabilidad de la entidad que preparó este Estudio de Titulo, está limitada a la cantidad pagada por la preparación de dicho Estudio de Titulo. Para completa protección deben requerir una póliza de Seguro de Titulo.

PAGE #2
PROPERTY #6,674

4.   **MORTGAGE:** Constituted by Luis G. Seda, over this and other farms, in favor of United Estates of America acting as Farmer Homes Administration, in the original principal amount of $2,000.00, with 11 1/2% annual interests, due on 10 years, constituted by deed #1, executed in Ponce, Puerto Rico, on January 12th, 1983, before Isidoro Montes Cebollero Notary Public, recorded at overleaf of page 26 of volume 62 of Ponce, property number 6,674, 5th inscription.

5.   The mortgage for the amount of $30,000.00 of 4th inscription was modified as follows: In June 23rd, 1988 the balance is $55,234.48, payable $1,421.00 in or before of January 1st, 1989 and $3,174.00 the subsequent years up to the term of 40 years, with 5% annual interest, constituted by deed #75, executed in Juana Diaz, Puerto Rico, on June 23rd, 1988, before Erasmo Leon Rosario Notary Public; clarified by deed #62, executed in Juana Diaz, Puerto Rico, on August 30, 1991, before the same Notary, recorded at page 27 of volume 62 of Ponce, property number 6,674, 6th inscription.

6.   **MORTGAGE:** Constituted by Asael Guzman Correa and Ada Minerva Torres Alvarez, over this and other farms, in favor of United Estates of America acting as Farmer Homes Administration, in the original principal amount of $14,000.00, with 5% annual interests, due on 40 years, constituted by deed #76, executed in Juana Diaz, Puerto Rico, on June 23rd, 1988, before Erasmo Leon Rosario Notary Public, recorded at page 3 of volume 847 of Ponce, property number 6,674, 7th inscription and the last.

**REVIEWED:**

Federal Attachments, Commonwealth of Puerto Rico Tax Liens, Judgments and Daily Log up to November 5th, 2020.

*NOTICE: The Sections of the Property Registry have been computerized by the new system identified as Karibe, through which the historical volumes containing the data related to the inscribed farms and with the documents presented and pending registration were digitized. Since April 25, 2016, the Department of Justice discontinued the Tool-Kit and Agora System in most of the Sections of the Registry, which was used to search for documents submitted and pending registration and preparation of degree studies and other documents. There is also a delay in the entry of information to the System to this date. In addition to this, the Federal and State Seizures are now entered and electronically provided by the Central Office of the Land Registry in the Department of Justice, without being able to corroborate the control books and with many errors which makes the location impossible. We are not responsible for errors that may result in this study due to errors and/or omissions of the Registry and/or its employees, when entering the data in the system.*

**EAGLE TITLE AND OTHER SERVICES, INC.**

_____
*Authorized signature*

tm/mv/**F**



I, Elías Díaz Bermúdez, of legal age, single and neighbor of San Juan, Puerto Rico, under solemn oath declare:

1. That my name and personal circumstances are the above mentioned.

2. That on November 5th, 2020, I examined the books and files of The Property Registry of Puerto Rico and prepared the attached title study which makes part of this affidavit.

3. That the attached title study correctly represents in all its parts the status of the above described property in The Property Registry of Puerto Rico.

I, the undersigned, hereby swear that the facts herein stated are true.

In Guaynabo, Puerto Rico, this __10__ day of __December__ of 2020.

_____
Elías Díaz Bermúdez

AFFIDAVIT NUMBER 4,412

Sworn and subscribed to before me by Elías Díaz Bermúdez of the aforementioned personal circumstances, whom I personally know.

In Guaynabo, Puerto Rico, this __10__ day of __December__ of 2020.

NOTARY PUBLIC

Exhibit 11

**UNITED STATES DEPARTMENT OF AGRICULTURE**
**FARM SERVICE AGENCY**
654 Muñoz Rivera Avenue
654 Plaza Suite #829
San Juan, PR 00918

Borrower:      Guzman Correa, Asael              Case No:    63-033-1852

### CERTIFICATION OF INDEBTEDNESS

I, Carlos J. Morales, of legal age, single, a resident of San Juan, Puerto Rico, in my official capacity as Loan Resolution
Task Force Contractor of the *Farm Service Agency*, United States Department of Agriculture (USDA), state that:

- The borrower's indebtedness is as shown in the following Statement of Account, according
  to information obtained from all available records at the USDA-Farm Service Agency:

*Statement of Account as of*       ***July 10, 2020***

| Loan Number | 41-02 | |
|---|---|---|
| Note Amount | $ | 14,000.00 |
| Original Note Date | 6/23/1988 | |
| Date of Last Payment | 6/15/2009 Offset | |
| Principal Balance | $ | 14,000.00 |
| Unpaid Interest | $ | 22,199.60 |
| Misc. Charges | $ | - |
| Total Balance | $ | 36,199.60 |
| Daily Interest Accrual | $ | 1.9178 |
| Amount Delinquent | $ | 25,649.00 |
| Years Delinquent | 30 | |

| Loan Number | 41-03 | |
|---|---|---|
| Note Amount | $ | 30,000.00 |
| Original Note Date | 5/14/1982 | |
| Date of Last Payment | None | |
| Principal Balance | $ | 56,020.00 |
| Unpaid Interest | $ | 105,303.00 |
| Misc. Charges | $ | - |
| Total Balance | $ | 161,323.00 |
| Daily Interest Accrual | $ | 9.2088 |
| Amount Delinquent | $ | 100,414.00 |
| Years Delinquent | 30 | |

- The information in the above Statement of Account in affiant's opinion is a true and correct statement
  of the aforementioned account and to this date remains due and unpaid.

- The defendant is neither a minor, nor incompetent, nor in the military service of the
  United States of America.

- The above information is true and correct to the best of my knowledge and belief, and is made under
  penalty of perjury as allowed by 28 U.S.C. 1746.

*Carlos J. Morales*

Digitally signed by CARLOS MORALES (Affiliate)
DN: c=US, o=U.S. Government, ou=Department of
Agriculture,
0.9.2342.19200300.100.1.1=12001003816118,
cn=CARLOS MORALES (Affiliate)
Date: 2020.07.10 10:53:57 -04'00'
Adobe Acrobat version: 2020.009.20063

Carlos J. Morales Lugo
LRTF Contractor
July 10, 2020

Department of Defense Manpower Data Center

Results as of : Nov-02-2020 01:38:58 PM

SCRA 5.6



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

Exhibit 12

SSN: XXX-XX-1852
Birth Date:
Last Name: GUZMAN CORREA
First Name: ASAEL
Middle Name:
Status As Of: Nov-02-2020
Certificate ID: Z3LP5PDXCKQSHZ4

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

Department of Defense Manpower Data Center

Results as of : Nov-02-2020 01:40:14 PM

SCRA 5.6



**Status Report**
**Pursuant to Servicemembers Civil Relief Act**

SSN: XXX-XX-3964
Birth Date:
Last Name: ADA
First Name: TORRES ALVAREZ
Middle Name:
Status As Of: Nov-02-2020
Certificate ID: 56VRX0ZZRSQD3X9

| On Active Duty On Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects the individuals' active duty status based on the Active Duty Status Date | | | |

| Left Active Duty Within 367 Days of Active Duty Status Date | | | |
|---|---|---|---|
| Active Duty Start Date | Active Duty End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects where the individual left active duty status within 367 days preceding the Active Duty Status Date | | | |

| The Member or His/Her Unit Was Notified of a Future Call-Up to Active Duty on Active Duty Status Date | | | |
|---|---|---|---|
| Order Notification Start Date | Order Notification End Date | Status | Service Component |
| NA | NA | No | NA |
| This response reflects whether the individual or his/her unit has received early notification to report for active duty | | | |

Upon searching the data banks of the Department of Defense Manpower Data Center, based on the information that you provided, the above is the status of the individual on the active duty status date as to all branches of the Uniformed Services (Army, Navy, Marine Corps, Air Force, NOAA, Public Health, and Coast Guard). This status includes information on a Servicemember or his/her unit receiving notification of future orders to report for Active Duty.

Michael V. Sorrento, Director
Department of Defense - Manpower Data Center
400 Gigling Rd.
Seaside, CA 93955

The Defense Manpower Data Center (DMDC) is an organization of the Department of Defense (DoD) that maintains the Defense Enrollment and Eligibility Reporting System (DEERS) database which is the official source of data on eligibility for military medical care and other eligibility systems.

The DoD strongly supports the enforcement of the Servicemembers Civil Relief Act (50 USC App. § 3901 et seq, as amended) (SCRA) (formerly known as the Soldiers' and Sailors' Civil Relief Act of 1940). DMDC has issued hundreds of thousands of "does not possess any information indicating that the individual is currently on active duty" responses, and has experienced only a small error rate. In the event the individual referenced above, or any family member, friend, or representative asserts in any manner that the individual was on active duty for the active duty status date, or is otherwise entitled to the protections of the SCRA, you are strongly encouraged to obtain further verification of the person's status by contacting that person's Service. Service contact information can be found on the SCRA website's FAQ page (Q35) via this URL: https://scra.dmdc.osd.mil/scra/#/faqs. If you have evidence the person was on active duty for the active duty status date and you fail to obtain this additional Service verification, punitive provisions of the SCRA may be invoked against you. See 50 USC App. § 3921(c).

This response reflects the following information:  (1) The individual's Active Duty status on the Active Duty Status Date (2) Whether the individual left Active Duty status within 367 days  preceding the Active Duty Status Date (3) Whether the individual or his/her unit received early notification to report for active duty on the Active Duty Status Date.

## More information on "Active Duty Status"

Active duty status as reported in this certificate is defined in accordance with 10 USC § 101(d) (1).  Prior to 2010 only some of the active duty periods less than 30 consecutive days in length were available.  In the case of a member of the National Guard, this includes service under a call to active service authorized by the President or the Secretary of Defense under 32 USC § 502(f) for purposes of responding to a national emergency declared by the President and supported by Federal funds.  All Active Guard Reserve (AGR) members must be assigned against an authorized mobilization position in the unit they support.  This includes Navy Training and Administration of the Reserves (TARs), Marine Corps Active Reserve (ARs) and Coast Guard Reserve Program Administrator (RPAs).  Active Duty status also applies to a Uniformed Service member who is an active duty commissioned officer of the U.S. Public Health Service or the National Oceanic and Atmospheric Administration (NOAA Commissioned Corps).

## Coverage Under the SCRA is Broader in Some Cases

Coverage under the SCRA is broader in some cases and includes some categories of persons on active duty for purposes of the SCRA who would not be reported as on Active Duty under this certificate.  SCRA protections are for Title 10 and Title 14 active duty records for all the Uniformed Services periods. Title 32 periods of Active Duty are not covered by SCRA, as defined in accordance with 10 USC § 101(d)(1).

Many times orders are amended to extend the period of active duty, which would extend SCRA protections. Persons seeking to rely on this website certification should check to make sure the orders on which SCRA protections are based have not been amended to extend the inclusive dates of service. Furthermore, some protections of the SCRA may extend to persons who have received orders to report for active duty or to be inducted, but who have not actually begun active duty or actually reported for induction.  The Last Date on Active Duty entry is important because a number of protections of the SCRA extend beyond the last dates of active duty.

Those who could rely on this certificate are urged to seek qualified legal counsel to ensure that all rights guaranteed to Service members under the SCRA are protected

WARNING:  This certificate was provided based on a last name, SSN/date of birth, and active duty status date provided by the requester.  Providing erroneous information will cause an erroneous certificate to be provided.

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture _____ *Plaintiff(s)* v. ASAEL GUZMAN CORREA, et als. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No. FORECLOSURE OF MORTGAGE |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ADA MINERVA TORRES ALVAREZ
Barrio Marrueno                  Barrio Hato Puerco
Street Road 501, KM 7.1          SR 150 Km 3.2
Ponce, PR 00731                  Villalba, PR 00766

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____              _____
                                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

## District of Puerto Rico

| | |
|---|---|
| United States of America, acting through the United States Department of Agriculture<br><br>_____<br>*Plaintiff(s)*<br><br>v.<br><br>ASAEL GUZMAN CORREA, et als.<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

FORECLOSURE OF MORTGAGE

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   ASAEL GUZMAN CORREA
Barrio Marrueno              Barrio Hato Puerco
Street Road 501, KM 7.1      SR 150 Km 3.2
Ponce, PR 00731              Villalba, PR 00766

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUAN CARLOS FORTUÑO FAS
P.O. BOX 3908
GUAYNABO PR 00970

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Puerto Rico

| | |
|---|---|
| United States of America,<br>acting through the<br>United States Department of Agriculture<br><br>———————————————<br>*Plaintiff(s)*<br>v.<br>ASAEL GUZMAN CORREA, et als.<br><br>———————————————<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.

FORECLOSURE OF MORTGAGE

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Conjugal Partnership Guzmán-Torres
Barrio Marrueno          Barrio Hato Puerco
Street Road 501, KM 7.1   SR 150 Km 3.2
Ponce, PR 00731           Villalba, PR 00766

        A lawsuit has been filed against you.

        Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        JUAN CARLOS FORTUÑO FAS
        P.O. BOX 3908
        GUAYNABO PR 00970

        If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*MARIA ANTONGIORGI-JORDAN, ESQ.*
*CLERK OF COURT*

Date: _____          _____
                                                    *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

## DISTRICT OF PUERTO RICO

## CATEGORY SHEET

**You must accompany your complaint with this Category Sheet, and the Civil Cover Sheet (JS-44).**

Attorney Name (Last, First, MI):     Fortuño, Juan Carlos

USDC-PR Bar Number:     211913

Email Address:     jcfortuno@fortuno-law.com

1.     Title (caption) of the Case (provide only the names of the <u>first</u> party on <u>each</u> side):

Plaintiff:     UNITED STATES OF AMERICA, acting through the USDA

Defendant:     ASAEL GUZMAN CORREA; ET ALS.

2.     Indicate the category to which this case belongs:

☒ Ordinary Civil Case

☐ Social Security

☐ Banking

☐ Injunction

3.     Indicate the title and number of related cases (if any).

N/A

4.     Has a prior action between the same parties and based on the same claim ever been filed before this Court?

☐ Yes

☒ No

5.     Is this case required to be heard and determined by a district court of three judges pursuant to 28 U.S.C. § 2284?

☐ Yes

☒ No

6.     Does this case question the constitutionality of a state statute?  (See, Fed.R.Civ. P. 24)

☐ Yes

☒ No

Date Submitted:     January 11, 2021

rev. Dec. 2009

Print Form     Reset Form

JS 44   (Rev. 02/19)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | ASAEL GUZMAN CORREA, et als. |

| **(b)**   County of Residence of First Listed Plaintiff | County of Residence of First Listed Defendant    Ponce, P.R. |
|---|---|
| *(EXCEPT IN U.S. PLAINTIFF CASES)* | *(IN U.S. PLAINTIFF CASES ONLY)* |
| | NOTE:    IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED. |

| **(c)**   Attorneys *(Firm Name, Address, and Telephone Number)* | Attorneys *(If Known)* |
|---|---|
| Juan C. Fortuño Fas<br>Po Box 3908, Guaynabo, PR 00970<br>Tel. 787-751-5290 | |

## II.  BASIS OF JURISDICTION *(Place an "X" in One Box Only)*

☒ 1   U.S. Government
　　　Plaintiff

☐ 2   U.S. Government
　　　Defendant

☐ 3   Federal Question
　　　*(U.S. Government Not a Party)*

☐ 4   Diversity
　　　*(Indicate Citizenship of Parties in Item III)*

## III.  CITIZENSHIP OF PRINCIPAL PARTIES *(Place an "X" in One Box for Plaintiff*
*(For Diversity Cases Only)* *and One Box for Defendant)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT *(Place an "X" in One Box Only)*

Click here for: Nature of Suit Code Descriptions.

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 151 Medicare Act<br>☐ 152 Recovery of Defaulted Student Loans (Excludes Veterans)<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholders' Suits<br>☐ 190 Other Contract<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | **PERSONAL INJURY**<br>☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers' Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Personal Injury - Medical Malpractice | **PERSONAL INJURY**<br>☐ 365 Personal Injury - Product Liability<br>☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability<br>☐ 368 Asbestos Personal Injury Product Liability<br>**PERSONAL PROPERTY**<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 690 Other | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br>**PROPERTY RIGHTS**<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 835 Patent - Abbreviated New Drug Application<br>☐ 840 Trademark<br>**SOCIAL SECURITY**<br>☐ 861 HIA (1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g))<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)) | ☐ 375 False Claims Act<br>☐ 376 Qui Tam (31 USC 3729(a))<br>☐ 400 State Reapportionment<br>☐ 410 Antitrust<br>☐ 430 Banks and Banking<br>☐ 450 Commerce<br>☐ 460 Deportation<br>☐ 470 Racketeer Influenced and Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 485 Telephone Consumer Protection Act<br>☐ 490 Cable/Sat TV<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 890 Other Statutory Actions<br>☐ 891 Agricultural Acts<br>☐ 893 Environmental Matters<br>☐ 895 Freedom of Information Act<br>☐ 896 Arbitration<br>☐ 899 Administrative Procedure Act/Review or Appeal of Agency Decision<br>☐ 950 Constitutionality of State Statutes |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | **LABOR** | **FEDERAL TAX SUITS** | |
| ☐ 210 Land Condemnation<br>☒ 220 Foreclosure<br>☐ 230 Rent Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property | ☐ 440 Other Civil Rights<br>☐ 441 Voting<br>☐ 442 Employment<br>☐ 443 Housing/ Accommodations<br>☐ 445 Amer. w/Disabilities - Employment<br>☐ 446 Amer. w/Disabilities - Other<br>☐ 448 Education | **Habeas Corpus:**<br>☐ 463 Alien Detainee<br>☐ 510 Motions to Vacate Sentence<br>☐ 530 General<br>☐ 535 Death Penalty<br>**Other:**<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br>☐ 560 Civil Detainee - Conditions of Confinement | ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Management Relations<br>☐ 740 Railway Labor Act<br>☐ 751 Family and Medical Leave Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Employee Retirement Income Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant)<br>☐ 871 IRS—Third Party 26 USC 7609<br>**IMMIGRATION**<br>☐ 462 Naturalization Application<br>☐ 465 Other Immigration Actions | |

## V.  ORIGIN *(Place an "X" in One Box Only)*

☒ 1   Original Proceeding

☐ 2   Removed from State Court

☐ 3   Remanded from Appellate Court

☐ 4   Reinstated or Reopened

☐ 5   Transferred from Another District *(specify)*

☐ 6   Multidistrict Litigation - Transfer

☐ 8   Multidistrict Litigation - Direct File

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:
Consolidated Farm & Development Act, 7 USC 1921, et seq. & 28 USC 1345

Brief description of cause:

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A **CLASS ACTION** UNDER RULE 23, F.R.Cv.P.

DEMAND $
197,522.60

CHECK YES only if demanded in complaint:
JURY DEMAND:    ☐ Yes    ☒ No

## VIII.  RELATED CASE(S) IF ANY

*(See instructions):*

JUDGE

DOCKET NUMBER

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| 01/12/2021 | s/Juan Carlos Fortuño Fas |

**FOR OFFICE USE ONLY**

RECEIPT #　　　　　AMOUNT　　　　　APPLYING IFP　　　　　JUDGE　　　　　MAG. JUDGE